UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRE/Connecticut L.L.C. )<br>)<br>)<br>Defendant. )<br>_____ ) | C.A. No. 07-01389 (RR) |

### AFFIDAVIT OF SERVICE OF PROCESS

I, Fernando Amarillas, do declare and affirm as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein.

2. I am an employee with Cooter, Mangold, Tompert & Karas, LLP, counsel on behalf of the Plaintiff.

3. On July 31, 2007, I served by hand an executed copy of a Summons, Civil Cover Sheet, Plaintiff's Verified Complaint, and Plaintiff's Application for Preliminary Injunctive Relief on CT Corporation System, 1015 15th Street, N.W., Suite 1000, Washington, D.C. 20005, registered agent for BRE/Connecticut L.L.C., c/o The Blackstone Group, 345 Park Avenue, New York, NY 10154.

I declare under penalty of perjury that the information contained herein is true and correct.

Executed this **3rd** day of August, 2007, in Washington, D.C.

_____
Fernando Amarillas

SUBSCRIBED and SWORN to before me this **3rd** day of August, 2007, in Washington, D.C.

_____
Notary Public

Michele Terry
Notary Public District of Columbia
My Commission Expires: My Commission Expires 07-14-2012