CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INDEPENDENCE FEDERAL SAVINGS )
BANK )
)
)
)
Plaintiff )
)
)
v. )   Civil Case Number 07-1389 (JDB)
)
)
BRE/CONNECTICUT LLC )   Category    D
)
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 3, 2007 from Judge Richard W. Roberts to Judge John D. Bates by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:  Judge Roberts & Courtroom Deputy
     Judge Bates & Courtroom Deputy
     Liaison, Calendar and Case Management Committee
     Civil Case Processing Clerk ✓