UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDEPENDENCE FEDERAL SAVINGS BANK,**<br><br>    Plaintiff,<br><br>         v.<br><br>**1225 CONNECTICUT CO. LLC,**<br><br>    Defendant. | Civil Action No. 07-1389 (JDB) |

## SCHEDULING ORDER

In light of the telephone conference held on this date, and upon consideration of the entire record herein, it is this 15th day of August, 2007, hereby **ORDERED** as follows:

1. Defendant shall file its opposition to plaintiff's motion for a preliminary injunction by not later than 4:00 p.m. on August 17, 2007.

2. Plaintiff shall file any reply in support of its motion for a preliminary injunction by not later than 4:00 p.m. on August 24, 2007.

3. The parties shall jointly call chambers after 2:00 p.m. on August 21, 2007 to inform the Court whether they believe that this matter may be resolved via a settlement and, if so, whether they request the assistance of a Magistrate Judge.

4. A hearing on plaintiff's motion for a preliminary injunction will be held at 2:00 p.m. on August 30, 2007. Any request that live testimony be received at the motions hearing shall be made, and will be resolved, in accordance with Local Civil Rule 65.1(d).

5.  With respect to any issues not covered by this Scheduling Order, the parties are referred to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court.

**SO ORDERED**.

     /s/   John D. Bates
     JOHN D. BATES
     United States District Judge

Dated:  August 15, 2007