# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK<br><br>*Plaintiff,*<br><br>v.<br><br>1225 CONNECTICUT CO. LLC<br><br>*Defendant.* | Case No. 07-cv-1389 (JBD) |

## NOTICE OF APPEARANCE

Please note the appearance of Richard W. Luchs, Esq., William C. Casano, Esq., Joshua M. Greenberg, Esq., and the law firm of Greenstein DeLorme & Luchs, P.C. for Defendant 1225 Connecticut Co. LLC . in the above referenced matter.  In accordance with LCvR 83.6 of the United States District Court for the District of Columbia, each certifies that they are a member of the bar of the District of Columbia (Bar Nos. 243931, 352492 and 489323) and the bar of the United States District Court for the District of Columbia.  Each attorney listed in this Notice is in good standing within the legal profession.

320050v1

                                                  Respectfully submitted,

                                                  GREENSTEIN DELORME & LUCHS, P.C.

Dated:  August 17, 2007

                                                    /S/ Joshua M. Greenberg
                                              Richard W. Luchs, #243931
                                              William C. Casano, #352492
                                              Joshua M. Greenberg, 489323
                                              1620 L Street, N.W., Suite 900
                                              Washington, D.C.  20036-5605
                                              Telephone:  (202) 452-1400
                                              Email:  rwl@gdllaw.com
                                              Email:  wcc@gdllaw.com
                                              Email:  jmg@gdllaw.com

                                              *Counsel for Defendant*
                                              *1225 Connecticut Co. LLC*