# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INDEPENDENCE FEDERAL SAVINGS
BANK

*Plaintiff,*

v.                                                   Case No. 07-cv-1389 (JBD)

1225 CONNECTICUT CO. LLC

*Defendant.*

## DEFENDANT 1225 CONNECTICUT CO. LLC'S SUPPLEMENTAL MEMORANDUM (TO SUBSTITUTE COLOR VERSIONS OF EXHIBITS) IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

DEFENDANT 1225 CONNECTICUT CO. LLC ("1225"), by undersigned counsel,

hereby files the attached color versions of Exhibits I, J, K and L which should be substituted for

the black and white versions of those same photographs filed on August 17, 2007, as part of

Defendant's Opposition to Plaintiff Independence Federal Savings Bank's Application for

Preliminary Injunctive Relief.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated:  August 20, 2007

/S/ Joshua M. Greenberg

Richard W. Luchs, #243931
William C. Casano, #352492
Joshua M. Greenberg, 489323
1620 L Street, N.W., Suite 900
Washington, D.C.  20036-5605
Telephone:  (202) 452-1400
Email:  rwl@gdllaw.com
Email:  wcc@gdllaw.com
Email:  jmg@gdllaw.com

*Counsel for Defendant*
*1225 Connecticut Co. LLC*

2

# EXHIBIT I
# TO AFFIDAVIT









# EXHIBIT J
# TO AFFIDAVIT











































# EXHIBIT K
# TO AFFIDAVIT















# EXHIBIT L
# TO AFFIDAVIT

