UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDEPENDENCE FEDERAL SAVINGS BANK,**<br><br>    Plaintiff,<br>        v.<br><br>**1225 CONNECTICUT CO. LLC,**<br><br>    Defendant. | Civil Action No. 07-1389 (JDB) |

## ORDER

In light of the telephone conference held on this date, and upon consideration of the entire record herein, it is this 21st day of August, 2007, hereby

**ORDERED** that this matter shall be referred to Magistrate Judge Alan Kay for the sole purpose of the facilitation of settlement discussions.

**SO ORDERED**.

                                        /s/   John D. Bates
                                             JOHN D. BATES
                                        United States District Judge

Dated:  August 21, 2007