UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>1225 CONNECTICUT CO. LLC )<br>c/o its registered agent )<br>Corporation Service Company )<br>2711 Centerville Road )<br>Suite 400 )<br>Wilmington, DE 19808 )<br>    Defendant. )<br>_____ ) | C.A. No. 07-01389 (RR) |

**AFFIDAVIT OF SERVICE OF PROCESS**

I, Hunter Jamerson, do declare and affirm as follows:

1.  I am over the age of 18 and competent to testify to the matters set forth herein.

2.  I am an employee with Cooter, Mangold, Tompert & Karas, LLP, counsel on behalf of the Plaintiff.

3.  On August 13, 2007, I served by hand an executed copy of a Summons and Plaintiff's Amended Complaint on Richard W. Luchs, Greenstein, DeLorme and Luchs PC, 1620 L Street NW, Suite 900, Washington, DC 20036, attorney for 1225 Connecticut Co. LLC.

I declare under penalty of perjury that the information contained herein is true and correct. Executed this __14__ day of August, 2007, in Washington, D.C.

_____
Hunter Jamerson

SUBSCRIBED and SWORN to before me this 14th day of August, 2007, in Washington, D.C.

_____
Notary Public

My Commission Expires: Michele Terry
Notary Public District of Columbia
My Commission Expires 07-14-2012