UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK<br>1229 Connecticut Avenue, N.W.<br>Washington, DC 20036,<br><br>    Plaintiff,<br><br>v.<br><br>1225 CONNECTICUT CO. LLC,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 07-1389<br>Honorable John D. Bates |

**PLAINTIFF INDEPENDENCE FEDERAL SAVINGS BANK'S
MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVITS**

Pursuant to LCvr. 65.1(c), Plaintiff Independence Federal Savings Bank ("IFSB" or the "Bank"), by their undersigned counsel, hereby moves for leave to file supplemental Affidavits as exhibits to their Reply in Further Support of its Amended Application for Preliminary Injunctive Relief and states as follows:

Plaintiff filed its Complaint and Application for Preliminary Injunctive relief on July 31, 2007 against BRE/Connecticut.[1]  At the time of the filing, Plaintiff attached the Declaration of John Hall, documenting the applicable lease provisions and how those provisions will be violated by the construction.  Mr. Hall's Declaration contained the information

---

[1] On August 10, 2007, After Plaintiff learned that BRE assigned its rights and obligations under the lease at issue in this case to 1225 Connecticut Co. LLC, Plaintiff filed amended pleadings on August 10, 2007.

that was available at that time because Defendant refused to provide any information about the construction project prior to the filing of this case.

Since Mr. Hall's declaration, circumstances have significantly changed.  As explained further in the declarations, construction has begun and is moving faster than the July 20, 2007 notice.  The dust and noise from the construction is having a severe impact on IFSB's work environment.  The process of asbestos abatement has already begun, despite representations in the July 25, 2007 letter that abatement would begin 30 days from the date of that letter.  Moreover, attached to 1225's Opposition are documents that further explain the plans for asbestos abatement.  IFSB does not intend to offer oral testimony.  Accordingly, supplemental affidavits are necessary for the Court's consideration of the impacts of the construction on IFSB.

WHEREFORE, Plaintiff IFSB respectfully requests the Court grant its Motion for Leave to File Supplemental Affidavits.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT &
   KARAS, L.L.P.


_____/s/_____
Dale A. Cooter, #277454
Donna S. Mangold, #358851
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015
(202)537-0700

***Attorneys for Plaintiff
Independence Federal Saving Bank***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2007, a copy of the **PLAINTIFF INDEPENDENCE FEDERAL SAVINGS BANK'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVITS** was served via the Court's ECF system on:

Richard W. Luchs
Greenstein DeLorme & Luchs, PC
1620 L Street, N.W.
Suite 900
Washington, DC  20036-5605

***Counsel for Defendant***


_____/s/_____
Adam Pignatelli

3