UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INDEPENDENCE FEDERAL SAVINGS BANK,

    *Plaintiff*,

v.

1225 CONNECTICUT CO. LLC,

    *Defendant*.

Case No. 07-cv-1389 (JBD)

### DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S REPLY BRIEF AND TO CONTINUE THE HEARING ON AMENDED APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

Defendant 1225 Connecticut Co. LLC, by and through its undersigned counsel, hereby moves for leave to file a response to Plaintiff's reply in further support of amended application for preliminary injunctive relief and to continue the hearing on Plaintiff's amended application which hearing currently is set for Thursday, August 30, 2007. In support of this motion, Defendant states as follows:

    1.    On July 31, 2007, Plaintiff Independence Federal Savings Bank ("IFSB") filed a complaint and motion for preliminary injunctive relief against BRE/Connecticut LLC. The complaint was amended on August 9, 2007, and the motion was amended on August 10, 2007, to substitute Defendant 1225 Connecticut Co. LLC for BRE/Connecticut LLC. The thrust of Plaintiff's complaint and motion was that renovations being undertaken by Defendant at 1225 Connecticut Avenue breached the lease between Plaintiff and Defendant's predecessor in

320594v1

interest, interfered with the public's access to the bank, and that such interference with access was going to harm the business of the bank.

2. On August 17, 2007, Defendant filed its opposition to Plaintiff's application responding to the allegations made in the amended application that Plaintiff had filed.

3. On August 24, 2007, Plaintiff filed a "Reply" to Defendant's opposition to the amended application for injunctive relief. The reply, however, was a complete reconstitution of Plaintiff's case to the point that it arguably constitutes an entirely new application. In this regard, Plaintiff filed over 150 pages of new affidavits and pictures. Plaintiff raised many new factual allegations not previously raised in the amended application and, in essence, completely changed the theory of the case.

4. Because of this complete change of direction, Defendant has not had an opportunity to respond to the factual allegations and case law which Plaintiff now relies on to support its request to this court to impose an injunction.

5. Presently a hearing on Plaintiff's application is scheduled for Thursday, August 30, 2007.

6. Because Defendant has not had an opportunity to respond to those new factual allegations and theory of the case which Plaintiff now intends to rely upon to support its amended application for injunctive relief, and because Plaintiff's filing does not even provide to Defendant the minimum five day advance notice of grounds supporting requests for injunctions, Defendant hereby requests leave to file a response to Plaintiff's reply and that this Court set the due date for Defendant's response as Friday, August 31, 2007, which would provide Defendant with the minimum amount of time to respond to these new grounds for injunctive relief. See LCvR 65.1(c). Defendant also requests that the hearing on the application currently set for

2

320594v1

August 30, 2007, be continued until the afternoon of Tuesday, September 4, 5, 6, 10 (morning), 11, 14 or whatever subsequent date is convenient to the Court.

7.     On August 27, 2007, William C. Casano, co-counsel for Defendant, conferred with Dale A. Cooter, co-counsel for Plaintiff, concerning the instant motion.  Mr. Cooter advised that Plaintiff does not object to granting of leave to file a response as long as it is filed in advance of the August 30, 2007 hearing, and that Plaintiff objects to any continuation of the hearing.  Mr. Cooter also advised that he is unavailable the week of September 3-7, 2007.

WHEREFORE, Defendant requests that this Court grant it leave until August 31, 2007, to file a response to Plaintiff's reply, and that the hearing on Plaintiff's application for injunctive relief be rescheduled to a subsequent date convenient to the Court.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, PC

       /s/  William C. Casano
Richard W. Luchs, #243931
William C. Casano, Esq., #352492
Joshua M. Greenberg, #489323
1620 L Street, N.W., Suite 900
Washington, DC  20036-5605
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1410
E-mail:  rwl@gdllaw.com
E-mail:  wcc@gdllaw.com
E-mail:  jmg@gdllaw.com

*Attorneys for Defendant 1225 Connecticut Co. LLC*

320594v1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INDEPENDENCE FEDERAL SAVINGS BANK,

    *Plaintiff*,

v.

1225 CONNECTICUT CO. LLC,

    *Defendant*.

Case No. 07-cv-1389 (JBD)

## ORDER

Upon consideration of Defendant's Motion to File a Response and to Continue the Hearing On Plaintiff's Amended Application for Injunctive Relief it is this _____ day of _____, 2007 hereby:

ORDERED that Defendant's motion will be and hereby is GRANTED; and it is further

ORDERED that Defendant shall have until August 31, 2007 to file a response to Plaintiff's reply; and it is further

ORDERED that the hearing on Plaintiff's amended application for injunctive relief will be held on September _____, 2007 at _____ __.m.

 

_____
John D. Bates
United States District Court Judge

320600v1