UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INDEPENDENCE FEDERAL SAVINGS BANK,

    *Plaintiff*,

v.

1225 CONNECTICUT CO. LLC,

    *Defendant*.

Case No. 07-cv-1389 (JDB)

### **DEFENDANT'S ERRATA**

Please note that the Motion for Leave to File Response to Plaintiff's Reply Brief and To Continue the Hearing On Amended Application for Preliminary Injunctive Relief and attached proposed Order should list the Judge John D. Bates' initials as JDB rather than JBD.

    Respectfully submitted,

    GREENSTEIN DELORME & LUCHS, PC

       /s/  William C. Casano
    Richard W. Luchs, #243931
    William C. Casano, Esq., #352492
    Joshua M. Greenberg, #489323
    1620 L Street, N.W., Suite 900
    Washington, DC  20036-5605
    Telephone:  (202) 452-1400
    Facsimile:  (202) 452-1410
    E-mail:  rwl@gdllaw.com
    E-mail:  wcc@gdllaw.com
    E-mail:  jmg@gdllaw.com

    *Attorneys for Defendant 1225 Connecticut Co. LLC*

320617v1