UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INDEPENDENCE FEDERAL SAVINGS BANK,**<br><br>    **Plaintiff,**<br>        v.<br><br>**1225 CONNECTICUT CO. LLC,**<br><br>    **Defendant.** | **Civil Action No. 07-1389 (JDB)** |

## ORDER

Upon consideration of [15] plaintiff's motion for leave to file supplemental affidavits, [17] defendant's motion for leave to file a response to plaintiff's reply brief and to continue the hearing on plaintiff's amended application for preliminary injunctive relief, and the entire record herein, it is this 27th day of August, 2007, hereby

**ORDERED** that plaintiff's motion for leave to file supplemental affidavits is **GRANTED**, and the supplemental affidavits accompanying plaintiff's reply brief are deemed properly filed; it is further

**ORDERED** that defendant's motion for leave to file a response to plaintiff's reply brief is **GRANTED**, and defendant shall file any such response by not later than 12:00 p.m. on August 31, 2007; and it is further

**ORDERED** that defendant's motion to continue the hearing on plaintiff's amended application for preliminary injunctive relief is **GRANTED**; the hearing scheduled for August 30, 2007 at 2:00 p.m. is continued until September 7, 2007 at 3:15 p.m. in Courtroom 8.

**SO ORDERED**.

                                        /s/   John D. Bates
                                        JOHN D. BATES
                                  United States District Judge

Dated:  August 27, 2007