# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INDEPENDENCE FEDERAL SAVINGS BANK,

     *Plaintiff*,

v.

1225 CONNECTICUT CO. LLC,

     *Defendant*.

Case No. 07-cv-1389 (JDB)

## DEFENDANT 1225 CONNECTICUT CO. LLC'S RESPONSE TO PLAINTIFF INDEPENDENCE FEDERAL SAVINGS BANK'S REPLY CONCERNING AMENDED APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

Defendant 1225 Connecticut Co. LLC ("1225") hereby files the instant Response to Plaintiff Independence Federal Savings Bank's Reply In Further Support of Amended Application for Preliminary Injunctive Relief (the "Reply").

The Reply filed by Plaintiff Independence Federal Savings Bank ("IFSB" or the "Bank") relies on entirely new allegations and theories. In this regard, IFSB submits five new affidavits from Bank personnel and an individual whom IFSB apparently intends to offer as a construction expert. The Reply, in many instances, incorporates stale information, misrepresentation of the facts and conditions, gross speculation and, frankly, hysteria rather than a fact based analysis. The more relevant of such allegations will be addressed herein. Even employing such hyperbole, IFSB is unable to identify any imminent irreparable harm which it will suffer to support the relief it is requesting of this Court -- *i.e.*, an injunction barring 1225 until December 31, 2010 from renovating a building in which seven of the eight floors are vacant, and the top two floors of

which have been partially demolished.  For all the reasons stated herein, IFSB's application
should be denied.

**ADDITIONAL FACTS ALLEGED BY IFSB**

As noted above, in its Reply IFSB attaches five affidavits, four of which are from Bank
personnel, namely John Hall (President and CEO), Robert Isard (Vice Chairman of the Board
and Senior Asset Officer), Morton Bender (Director and majority owner of the Bank),[1] and
Brenda W. Noel (Chief Financial Officer).  *See Exhibits A, B, C and E to Reply.*  IFSB also
submitted the affidavit of John D. Bellingham, presumably a construction expert, although he
apparently is a "Renaissance Man" given that his affidavit also renders opinions on advertising,
pest control, asbestos abatement, public relations, chemistry, mold, legal standard of care, bank
robberies and other crime, Bank customer and employee psychology, leases, and business
development.  *See, Exhibit D to Reply.*

**IMMINENT IRREPARABLE HARM**

A.    BUSINESS INJURY

After one wades through IFSB's submission, there is precious little that IFSB can point to
that in any way addresses its claim that IFSB's "certain destruction" will result from 1225's
renovation work.  *Reply at 16.*

To the contrary, IFSB paints a picture of an institution that as a result of its own
indiscretions has  steadily been losing money for the past five years with losses exceeding $8.5
million ($1.28 million of that in the first half of 2007) including 39% of its assets and 32% of its

---

[1]    Notwithstanding its characterization as a minority bank, the majority of the Bank's stock is owned by Mr.
Bender and his wife, neither of whom are members of a racial minority.  *See Reply, Exhibit B to Halls Supplemental
Declaration.*

2

deposits. *Reply at 3-4.* The Bank's poor performance has landed it on the Office of Thrift Supervision's list of troubled institutions. *Id. at 4.* Moreover, IFSB submitted copies of media reports which chronicle years of Bank turmoil as a result, *inter alia*, of a racially charged battle for control of the Bank, mismanagement, and a money laundering scandal. *See Reply, Exhibit B to Hall's Supplemental Declaration.*

 In its Opposition, 1225 pointed out that the Bank has failed to identify even one customer who discontinued doing business with the Bank due to renovation activity. IFSB attempts to address this, but the feeble nature of the rebuttal merely serves to highlight the paucity of the Bank's claim that it has lost or will lose business due to 1225's conduct. In this regard, IFSB repeatedly states that it has experienced a reduction of ATM use at its headquarters. Specifically, IFSB states that it experienced a decrease in ATM use of 10.25% in July and 27.86% in August as compared to May and June 2007 and that, therefore "[c]learly, customers are ceasing to do business with IFSB." *Reply at 14; see also, IFSB's Exhibit A to Reply, Affidavit of John Hall at para. 10.* This argument is transparent and borders on a lack of forthcomingness to the Court. While IFSB provides back-up data concerning ATM use in a portion of July and August, no back-up documentation is provided for the months of May and June and, more importantly, no historical data is produced to provide the Court with information concerning how ATM use for the months of July and August typically compare to use in May and June. Given the general decline of commerce by District of Columbia residents in the summer months, such an absence of data is glaring and, no doubt, telling.

 The only other "evidence" of business disruption presented by IFSB are alleged comments made by unidentified bank customers to unidentified bank employees, none of whom

apparently were the affiant, John Hall.  *See Reply, Exhibit A. at para. 18.*  This "evidence" requires little comment.  It, of course, is rank hearsay which identifies neither the declarant nor recipient of the statements and thus should be rejected.  *See, e.g., Negron v. Wallace*, 436 F.2d 1139, 1145 (2d Cir. 1971) (Vague hearsay statements contained in an affidavit do not call for the issuance of an injunction).  That aside, there is nothing in the hearsay proffered that suggests any present or prospective loss of business.

Perhaps sensing the weakness of its showing of harm, IFSB attempts to focus instead on case law purportedly for the proposition that irreparable harm is established where the loss threatens the very existence of movant's business or there is a "serious risk of going out of business."  *See*, *Nichols v. Agency for Int'l Dev.,* 18 F. Supp. 2d 1, 4 (D.D.C. 1998); *Varicon Int'l v. Ofc. of Personnel Management,* 934 F. Supp. 440 (D.D.C. 1996); *Housing Study Group v. Kemp,* 736 F. Supp 321, 336 (D.D.C. 1990); *Atlantic Coast Airlines Holdings, Inc. v. Mesa Air Group, Inc.,* 295 F. Supp. 2d 75 (D.D.C. 2003)*; Grigsby Brandford & Co. Inc. v. U.S.,* 869 F. Supp. 984, 1003 (D.D.C. 1994).  In most of these cases, no injunctive relief was granted and IFSB merely cites court dicta.[2]  In the two cases in which injunctive relief was granted, the court had tangible evidence of business injury caused or sought to be caused by the defendant.[3]

---

[2]    *See, e.g., Nichols v. Agency for Int'l Dev., supra; Varicon International v. Office of Personnel Management, supra,* and *Grigsby Brandford & Co., Inc . v. United States, supra.*

[3]    For example, in *Atlantic Coast Airline Holdings, Inc. v. Mesa Air Group, Inc., supra,* the plaintiff established an effort by defendant to completely block plaintiff's plan to operate as an independent, low-fare airline.  In *Housing Study Group v. Kemp, supra,* the plaintiffs established that the interim rules of the Department of Housing and Urban Development severely curtailed the ability of plaintiffs to issue firm loan commitments and to contract with private borrowers to provide coinsured mortgage loans.  The court emphasized that to establish irreparable injury justifying preliminary injunctive relief, the movant must establish an injury that is "certain, great, and actual, not theoretical," that harm occurred in the past and is likely or certain to occur in the future, and that the alleged harm "will directly result from the action which the movant seeks to enjoin."  *Id.,* 736 F.Supp. at 330.

In the instant case, there is no doubt that for a number of years the bank has been on a steady business decline. There also is no doubt on the record in this case that <u>no</u> portion of that decline is attributable to any conduct of 1225, but rather is a byproduct of IFSB's indiscretions over the years. IFSB cites no authority to support the proposition that such circumstances should deprive 1225 from renovating its property as is its right. On the other hand, 1225 has cited authority to this Court that the standard to be applied in issuing injunctions is not lessened due to the business shortcomings of the movant. *See, Huron Valley Publishing Co., Inc. v. Booth Newspapers,* 336 F. Supp. 659, 660 (D. Mich. 1972).

Other than these attempts to establish lost business, the bases of IFSB's application focuses on what can be characterized as inconvenience, annoyance, complete speculation as to what the future will hold, and allegations of construction code, safety code, and fire code violations.

B.    <u>Inconvenience, Annoyance And Alleged Code Violations</u>

In its Reply, IFSB makes a number of statements concerning alleged conditions at the building. Most of these allegations are based on misinformation, stale information, or pure speculation rather than fact. Some describe conditions which were temporary and no longer exist and others are simply untrue or misinformed. There certainly is no condition at the premises justifying the imposition of a preliminary injunction.

The following is a summary of the conditions alleged by IFSB and 1225's rebuttal thereto:

320672v1

1.     <u>Fire Code Violation Allegations</u>

     a.     The exterior emergency standpipe is not clearly identified and does not extend out to the street.

     b.     The building street address is not clearly visible.

     c.     Emergency fire exits are blocked.

     <u>Rebuttal:</u>     The emergency standpipes do extend to the street and both the standpipes and the street address are clearly marked.  The fire exits are not blocked.  *See, Exhibit D, Affidavit of Ed Green (the "Green Affid.") at paras. 4-6; see also, Exhibits 9-10 to Exhibit C, Affidavit of Henry Doyle (the "Doyle Affid."), Photographs of Emergency Standpipes, Photographs of Emergency Exits.*  Indeed, a District of Columbia fire inspector inspected the standpipes and pronounced them and their signage fit.

2.     <u>Fire Hazard Allegations</u>

     a.     "Explosive Dust" has accumulated behind the building façade and will ignite once the façade is removed.

     b.     Fires will start due to sparks emanating from torch work during façade demolition.

     c.     Fire will be caused by construction crews.

     d.     Demolition work will disable alarm and sprinkler systems leaving IFSB exposed to the threat of fire.

     e.     Disassembling pipes and air ducts will create sparks and the potential for fires..

     <u>Rebuttal:</u>     Precautions have and will be taken to prevent fires.  Façade demolition has already occurred on a portion of the N Street side of the building in order to

install debris chutes.  No "explosive dust" was encountered.  Moreover, as part of any "hot"

work construction crews must have a dedicated spotter to be alert for and to extinguish any

potential problems.  That spotter must be on watch for 30 minutes after any hot work has

concluded.  During interior demolition work, a spotter will also be on duty with an extra fire

hydrant.  The overhead sprinkler system will never be turned off as to the entire building.  At

most, overhead sprinklers will be disabled, during the working day, while that floor is being

worked on but the standpipes serving that floor will remain operational and a spotter with fire

extinguisher will be on duty.  Likewise, the alarm system will not be disabled as to the entire

building, but rather on a floor-by-floor basis with generator back-up.  These procedures have

been employed during the interior demolition of floors seven and eight without incident.  At no

time will either the overhead sprinkler system or the alarm system be disabled in the IFSB space.

With respect to hot demolition of pipes and ducts, damp materials will be placed at the bottom of

any pipes or ducts and a spotter will be employed.  *See, Exhibit D, Green Affid. at paras. 7-10.*

Accordingly, adequate measures of fire control have and will be employed.

       3.      <u>Safety Code Violation Allegations</u>

          a.     The overhead protection lacks overhead lights.

          b.     The handicap entrance to the Bank is blocked off.

          c.     Emergency exits are blocked off.

          d.     PEPCO vaults are obscured.

    <u>Rebuttal:</u>    The overhead protection does contain lights.  *See, Exhibit D, Green*

*Affid. at para. 11; see also, Exhibit 7 to Exhibit C, Doyle Affid., Photographs Lights on*

*Overhead Protection.*  The handicap entrance to the Bank is not blocked by 1225, although it is

7

partially blocked by IFSB by its placement of office furniture in front of a portion of the

entrance.  *See, Exhibit D, Green Affid. at para. 12; see also, Exhibits 8 and 8.1 to Exhibit C,*

*Doyle Affid., Photographs of Handicapped Entrance.*  Emergency exits are not blocked.  *See,*

*Exhibit D, Green Affid. at para. 4; see also, Exhibit 10 to Exhibit C, Doyle Affid., Photographs of*

*Emergency Exits.*  In fact, the amount of handicapped access to the IFSB space has remained the

same since pre-Renovation Project.  *See, Exhibit A, Duke Affid. at para. 8.*  Finally, PEPCO

vaults are readily accessible by PEPCO personnel.  *See, Exhibit D, Green Affid. at para. 13.*

    4.    <u>Water Penetration Allegations</u>

        IFSB claims that its space will not be protected against water penetration until late

in the renovation project and that, even then, the protection will be inadequate because it will be

limited to the second floor slab and that the second floor will be exposed to the elements.

        <u>Rebuttal:</u>    Moisture protection will be in place by the end of September 2007

and will include not only the second floor slab, but also the third floor slab.  Moreover, side-wall

protective partitions will be installed so as to not leave the second floor open to the elements.  .

*See, Exhibit D, Green Affid. at para. 15.*

    5.    <u>Climate Control Allegations</u>

        IFSB claims that the temperature of its space is excessively high and that such is a

result of 1225's conduct.

        <u>Rebuttal:</u>    As previously explained (Opposition at 8) 1225 is not under an

obligation to provide air conditioning to IFSB, but rather is obligated to provide chilled water so

that IFSB can operate its own self-contained air condition.  The chilled water provided to IFSB

comes from a chiller, not the cooling tower, and 1225 has continued to run the chiller system for

the entire Property in order to provide the chilled water required by IFSB and Citibank.  *See,*

*Exhibit A, Duke Affid. at para. 12.*  1225 has consistently provided chilled water (41° - 48°) to IFSB throughout the renovation period.  *See, Exhibit B, Affidavit of Kevin Parks (the "Parks Affid.") at paras. 7-8; see also, Exhibit 1 to Parks Affid., Chilled Water Temperatures for IFSB Space; see also, Exhibit A, Duke Affid. at para. 13.*  However, one factor that would detract from the efficiency of IFSB's air conditioner is the numerous ceiling tiles IFSB has removed which, of course, increases the amount of space to be cooled.  *See, Exhibit B, Parks Affid. at para. 6.*

     6.    <u>Premature Installation of Scaffolding Allegations</u>

     IFSB alleges that 1225 is going out of its way to obscure the Bank's visibility by installing scaffolding 30 weeks earlier than it needed to be.

     <u>Rebuttal:</u>    Installation of scaffolding for the <u>entire</u> site was a requirement of the construction permit and a prerequisite to commencing work.  *See, Exhibit D, Green Affid. at para. 6.*

     7.    <u>Trash Removal Allegations</u>

     IFSB claims that its trash dumpster has been locked behind a fence and is inaccessible.

     <u>Rebuttal:</u>    IFSB's trash dumpster is not locked behind a fence and is accessible. *See, Exhibit C, Doyle Affid. at para. 10;  see also, Exhibit 5 to Doyle Affid., Photographs of Trash Dumpster.*  Moreover, as previously noted, 1225 has placed in the lobby a trash barrel for IFSB's use which 1225 will take care of depositing in the dumpster.  *Opposition at 7; see also, Exhibit C, Doyle Affid. at paras. 8-9; see also, Exhibit 4 to Doyle Affid., Photographs of Trash Barrel in Lobby.*

320672v1

8.    Façade Demolition and Construction Will Force The Bank To Close For 10-14
Weeks

IFSB contends that the work to demolish and then replace the front façade will

close the Bank for 10-14 weeks and will shroud the Bank in netting.

Rebuttal:    Removal of the entire front façade is scheduled to take three weeks.

Even then, it will be done in phases with removal proceeding by vertical columns.  Work being

done on the Citibank side of the front façade will not impact IFSB's entrances.  The work being

done and netting being employed on the IFSB side of the front façade will only have the

potential to impact entrances when work is being performed directly overhead, and every effort

will be made to conduct that work so as to minimize disruption.  The same will hold true for

installation of the new façade construction, which will not require netting.  *See, Exhibit D, Green*

*Affid. at paras. 17-23.*  1225 has no plans to shut-down the IFSB entrance, but in the event that

such shut-down becomes necessary, 1225 will maintain an alternative entrance to the IFSB

space.  *See, Exhibit C, Doyle Affid. at para. 12.*

9.    Dust and Debris Allegations

IFSB claims that dust and debris have increased since renovation work began.

Rebuttal:    No demolition work has taken place on the two floors above IFSB.

Any dust that may have settled certainly is exacerbated by IFSB's (or its agents') removal of and

failure to replace ceiling tiles.  *See, Exhibit D, Green Affid. at para. 24; see also, Exhibit B,*

*Parks Affid. at para. 24.*

10.    Deadly Carbon Monoxide Will Be Produced By Bobcats Performing Interior Demolition Work

IFSB opines that the Bobcat vehicles used to perform interior demolition on the upper floor will produce carbon monoxide gas and pose a health and safety danger to IFSB's employees and customers.

Rebuttal:    Bobcats are approved for interior use by OSHA and contain air scrubbers on their exhaust. Moreover, IFSB does not draw its air supply from the upper floors, but rather it is self-contained. *See, Exhibit D, Green Affid. at para. 25-27.*

11.    Rodent Control Allegations

IFSB proffers an affidavit that since construction has begun, the building "is infested with rats and mice," that removal of façade will reveal rats and mice nests, and that IFSB's space has become infested.

Rebuttal:    The building has not experienced an outbreak of rodents nor has removal of façade uncovered any rats or mice nests. *See, Exhibit D, Green Affid. at para. 28.* 1225, as a precaution, has installed traps and there has been absolutely no activity since the start of renovations. *See, Exhibit A, Duke Affid. at para. 3.* As noted, façade has been removed on the N Street side of the building to allow for the installation of demolition debris chutes and no "rodent nests" have been discovered. *See, Exhibit D, Green Affid. at para. 28.*

Additionally, as a proactive pest control measure, Steritech, 1225's pest control contractor, was instructed to place snap traps on each floor of the Property in early August. In response to a direct request from IFSB, 1225 had Steritech conduct a walk-through of the IFSB space. This inspection revealed that there were some holes in the drywall created when IFSB installed computer data lines. Steritech sealed these holes. As a further accommodation and

320672v1

courtesy to IFSB, as the Lease requires IFSB to obtain its own pest control, 1225 has asked Steritech to monitor the IFSB space twice a month when it conducts its regular visits to the Property.  *See, Exhibit A, Duke Affid. at paras. 3-6.*

        12.      <u>Asbestos Hazard Allegations</u>

        a.      IFSB is being subjected to the "severe danger caused by asbestos abatement."

        b.      Asbestos on the ground floor has been disturbed, specifically floor tiles in the former mailroom of former tenant Ernst & Young ("E&Y") which IFSB opines (albeit through no one who is an asbestos expert) are asbestos laden.

        c.      There will be  no testing of interior air for airborne asbestos.

        <u>Rebuttal:</u>    No asbestos abatement has begun nor have any materials containing asbestos been disturbed.  *See, Exhibit D, Green Affid. at para. 29.*  The mailroom flooring, which IFSB speculated contained asbestos, do not contain asbestos.  *See, Exhibit A, Duke Affid. at paras. 9-10; see also, Exhibit 1 to Duke Affid., ATC Report.*  Moreover, no renovation work "disturbed" those non-asbestos tiles.  *Id.*  IFSB's pictures merely depict portions of the flooring exposed when E&Y moved out.  As to interior air, each floor on which asbestos will be abated will have a negative air system employed to prevent particle migration.  As previously noted, air from upper floors is not circulated through IFSB's space.  *See, Exhibit D, Green Affid. at para. 27.*

        On August 27, 2007, 1225 had ATC conduct ambient air monitoring activities at five locations throughout the lobby level of the Property.  The ATC report provided that the air was

320672v1

of an acceptable quality for "re-occupancy of an abated space." *See, Exhibit A, Duke Affid. at para. 11; see also, Exhibit 2 to Duke Affid., Air Sampling Results Letter from ATC.*

      13.    <u>Compromised Security Allegations</u>

         a.    The outer skin of the Bank will be removed exposing the Bank to crime.

         b.    Crime will increase in the areas due to it being a construction site.

         c.    Penetration into the floor slab above it and removal of pipes and ducts penetrating the slab will compromise Bank security.

      <u>Rebuttal:</u>    The precast stone façade being removed is on the second through eighth floors, not the first floor.  The building has had construction activity for several weeks without incident.  1225 has arranged for security patrols from 7 a.m. to 7 p.m. Monday through Friday and 24 hours on weekends.  There will be no new penetrations of the second floor slab and any old penetrations that exist will be capped.  There will be no entry into IFSB's space to remove any penetrations.  *See, Exhibit D, Green Affid. at paras. 30-32.*  1225 will take all reasonable measures to assure that the IFSB space is secured during storefront renovations.  *See, Exhibit C, Doyle Affid. at para. 13.*

      14.    <u>Lobby Closure Allegations</u>

      The Bank continues to maintain that it has  been evicted from a portion of the lobby.

      <u>Rebuttal:</u>    As 1225 has previously stated, the <u>only</u> portion of the lobby which is inaccessible to IFSB is the bank of elevators serving what are now vacant upper floors.  There is no reason for IFSB to use those elevators.  The bank of elevators providing Bank employees and customers with access to the parking garage remains accessible as does all the rest of the lobby.

320672v1

*See, Exhibit C, Doyle Affid. at paras. 4-7; see also, Exhibits 1-3 to Doyle Affid., Photographs of Lobby.*

        15.    <u>Electrical Service Interruption Allegations</u>

        IFSB speculates that its electrical service will be constantly interrupted.

        <u>Rebuttal:</u>    There has not been and will not be any interruption and the construction crews will continue to monitor the situation to guard against such occurrences. *See, Exhibit D, Green Affid. at para. 10.*

        Based on the foregoing, it is clear that IFSB's allegations are based on unfounded, speculative, or dated information. There is nothing about 1225's conduct which justifies enjoining 1225 from exercising its rights under the lease.

**IFSB H<small>AS</small> Y<small>ET</small> T<small>O</small> E<small>STABLISH</small>**
**A L<small>IKELIHOOD</small> T<small>O</small> S<small>UCCEED</small> O<small>N</small> T<small>HE</small> M<small>ERITS</small>**

        Another necessary element for IFSB to satisfy for the issuance of injunctive relief is the likelihood of success on the merits. 1225 has already discussed this issue as it relates to irreparable harm at p. 2-5, <u>*supra*</u>. With respect to the gravamen of the Amended Complaint, <u>*i.e.*</u>, that 1225's conduct constitutes a breach of the lease, nothing in the Reply satisfies IFSB's burden.

        In arguing that the lease does not permit 1225 to embark upon the renovations undertaken herein, IFSB continually limits its focus to paragraph 16.02 of the Lease while ignoring other relevant portions. 1225 has already addressed paragraph 16.02 and respectfully refers this Court to its Opposition at pp. 17-18. However, IFSB continually ignores para. 9.04 of the Lease which states in pertinent part as follows:

14

> There shall be no allowance to Tenant for a diminution of rental value and no liability on the part of Landlord by reason of inconvenience, annoyance or injury to business arising from the making of any repairs, alterations, additions or improvements in or to any portion of the Building or the demised premises or in or to fixtures, appurtenances or equipment thereof. Landlord shall exercise reasonable diligence so as to minimize any interference with Tenant's business operations, but shall not be required to perform the same on an overtime or premium pay basis.

Case law makes clear that injunctive relief is neither justified nor appropriate in the instant case. For example, in *Stinson, Lyons, Gerlin & Bustmante, P.A. v. Brickell Building 1 Holding Company Inc.,* 747 F. Supp. 1470 (S.D. Fla. 1990), the tenant brought an action against the landlord seeking injunctive relief in which the tenant alleged that the renovations to the building were so substantial that they rendered the lease premises essentially unfit for the purposes of operation of the tenant's law office. The court, in denying the request for injunctive relief, determined that there were no provisions in the lease inconsistent with the renovations proposed by the landlord, and that the parties considered the potential damage, inconvenience and annoyance that the naturally flowed from such activities and agreed that the landlord would not be liable to the tenant under such circumstances. The decision of the trial court was affirmed on appeal to the United States Court of Appeals for the Eleventh Circuit in *Stinson, Lyons, Gerlin &Bustamante, P.A. v. Brickell Building 1 Holding Company,* 923 F.2d 810 (11th Cir. 1991).

As noted, the instant case, as in *Stinson*, the lease contemplates the right of the landlord to make repairs, alterations, additions or improvements to the building without liability to the tenant. Lease, Paragraph 9.04. This provision, together with Paragraph 16.02, make it evident that the tenant contracted for the demised premises in this case with the clear understanding that such renovations as are currently occurring were a possibility. *See also*, *Bijan Designer for Men*

15

*Inc. v St. Regis Sheraton Corp,* 142 Misc. 2d 175, 536 N.Y.S. 2d 951 (N.Y. Sup. Ct. 1989),

*aff'd.,* 150 A.D. 2d 244, 543 N.Y.S. 2d 296 (N.Y. App. Div. 1989) ("In Manhattan, especially,

older buildings are constantly being gutted or renovated in order to keep pace with current real

estate needs. Renovations and rehabilitative work are commonly performed by the owner or

developer while tenants at the building are expected to carry on their customary commercial

enterprises. Often, the extent and duration of the work is unanticipated by the tenant."). *See*

*also, Hartwick, Cook & Co. v. 3379 Peachtree Ltd,* 184 Ga. App. 822, 363 S.E. 2d 31 (1987)

(Landlord's motion for summary judgment granted where renovation included replacing shell of

building); *1328 Broadway LLC v. MCM Footwear Ltd.,* 1 Misc. 3d 910, 781 N.Y.S. 2d 629

(2004); *Cut-outs Inc. v. Man Yun Real Estate Corp.,* 286 A.D. 2d 258, N.Y.S. 2d 107 (1st Dept.

2001) (inconvenience, less pleasant conditions insufficient to justify grant of relief to tenant).

    And, as in the cases cited where the courts gave effect to the exculpatory language in the

leases between the parties, courts in the District of Columbia similarly give effect to such

clauses. *See, Rishty v R&S Properties,* 101 A.2d 254 (D.C. 1953).

    IFSB cites no cases to the contrary in its Reply. The only case it cites in its

Memorandum of Points and Authorities In Support of IFSB's Application for Preliminary

Injunctive Relief addressing the landlord tenant context are simply inapplicable.[4] Accordingly,

IFSB has failed to establish any likelihood of success on the merits.

---

[4]    In this regard, in its original memorandum, IFSB cited three cases, namely, *Cho v. ITCO, Inc.,* 782 F. Supp. 1183 (E.D. Tex. 1991); *Southland Corp. v. Shulman,* 331 F. Supp. 1024 (D.Md. 1971); and *Jacobs v. Concord Village Condominium X Association,* 2004 WL 741384 (S.D. Fla. 2004). In *Cho,* the tenant was facing eviction if the sale of the premises to a third party, rather than to Cho under a lease option, was allowed to go through. Similarly, *Southland Corporation* involved preliminary injunction against eviction. Finally, in the unreported case of *Jacobs,* a condominium association was enjoined from preventing an 88 year old polio victim from installing a ramp to accommodate her motorized cart. The case involved a claim under the Fair Housing Act, 42 U.S.C. § 3601, *et. seq.,* not a claim under a lease or under a covenant of quiet enjoyment.

## IFSB's Requested Relief Is Inappropriate
## For The Injury Alleged

Rule 65(d) requires that injunctions and restraining orders be specific in terms and it has been held that overly broad or sweeping injunctions fail to comply with the rule. *See*, *e.g.*, *Servisco v. Morreale,* 312 F. Supp. 103, 107 (D.La. 1970) (Injunction should not be so broad as to inflict an unwarranted injury on 1225.). *See also, Corica v. Ragen¸* 140 F.2d 496, 499 (7th Cir. 1944) (Injunction revised where it prevented defendant from usual and necessary business activities.). In the instant case, as noted, the conditions alleged or feared (at least those reasonably feared) by IFSB have been addressed. To the extent the court deems certain conditions have not been addressed, the solution is not to bar 1225 from renovating a building which is vacant in the upper seven floors and demolished in the upper two floors. IFSB's request for injunctive relief is overly broad and should be denied.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, PC

_____
/s/  Richard W. Luchs
Richard W. Luchs, #243931
William C. Casano, #352492
Joshua M. Greenberg, #489323
1620 L Street, N.W., Suite 900
Washington, DC  20036-5605
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1410
E-mail:  rwl@gdllaw.com
E-mail:  wcc@gdllaw.com
E-mail:  jmg@gdllaw.com

*Attorneys for 1225 Connecticut Co. LLC*

17

**Exhibit A:  Affidavit of Jackie Duke**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK  :<br><br>:<br>        Plaintiff,  :<br>:<br>v.  :<br>  :<br>1225 CONNECTICUT CO. LLC  :<br>  :<br>        Defendant.  : | Case No. 07-cv-1389 (JDB) |

## SECOND AFFIDAVIT OF JACKIE DUKE IN OPPOSITION TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

I, JACKIE S. DUKE, under penalty of perjury, state as follows:

1.    I am over twenty one (21) years of age and make this Affidavit based on matters within my personal knowledge in support of the Opposition of Defendant 1225 Connecticut Co. LLC("1225") to Plaintiff's Application for Preliminary Injunctive Relief.

2.    I am the General Manager for Brookfield Properties Management LLC ("Brookfield") with an office address of 1250 Connecticut Avenue, N.W., Suite 500, Washington, D.C.  20036.  Brookfield manages the commercial office building located at 1225 Connecticut Avenue, N.W. in Washington, D.C. (the "Property").

3.    As a proactive pest control measure, Steritech, Brookfield's pest control contractor, placed snap traps on every floor of the Property in early August.

4.    In response to a request to Brookfield from Independence Federal Savings Bank ("Independence"), Steritech conducted a walk-through of the Independence space.  Steritech found some holes in the drywall, including some that were created by Independence when they installed computer data lines, and sealed the same.  Contrary to the assertions made by Independence, none of the holes or other openings were a result of the construction activity (the

"Renovation Project") at the Property.  Steritech has been instructed to monitor the Independence space twice a month when Steritech conducts its regular visits to the Property.

5.        The Agreement of Lease dated December 16, 1988 (the "Lease") between Pool 1225 Associates, a predecessor-in-interest to Brookfield, as landlord, and IFSB, as tenant, provides that Independence is responsible for pest control within the leased space.  Upon information and belief, Independence has their own pest control contract.  The services provided by Steritech are a courtesy extended by Brookfield during the Renovation Project.

6.        Generally, the Dupont Circle area has experienced an increase in rodents since the commencement of the underground infrastructure repair work (i.e., water pipes, etc…).

7.        In response to Brookfield's request in April 2007 that Independence provide it with a list of questions or concerns connected to the Renovation Project, Mr. Robert Isard provided me with a comprehensive list of questions, and this list of questions was used in the preparation of the agenda for the June 12, 2007 meeting.  Mr. Isard even stated that he had been through a renovation project while in Philadelphia, PA and was aware of the impact that such an undertaking could have.

8.        Contrary to the assertions made by Independence, the amount of handicapped access to the Independence space has remained the same as pre-Renovation Project.  The entrance compatible with the requirements of the Americans with Disabilities Act is on the N Street side of the Property, and the width of the covered walkway which services this entrance is more than adequate to accommodate a wheelchair.  The front entrance to the Independence space (on Connecticut Avenue) as well as the non-public entrance to the Independence space (through the lobby of the Property) has never been ADA compliant, as each entrance has a step.

9.    The assertion made by Independence that the tiles removed from the former Ernst & Young mail room (the "Mail Room") contain asbestos containing material ("ACM") is false. First, there was no removal of any tiles from the Mail Room. The tiles were installed around Ernst & Young furniture which already was in place. Accordingly, when Ernst & Young vacated the Property and removed the furniture, there were areas of "missing" tiles. To date, there has been no removal of any ACM.

10.    The Mail Room was tested by ATC Associates Inc. ("ATC") for the presence of ACM, and no ACM was detected. *See, Exhibit 1, Abestons-Containing Building Materials Survey and Lead-Based Paint Screening Prepared by ATC at pp. 12-13 (Sample Nos. DD-041807-89 through DD-041807-95)*

11.    On August 27, 2007, at the request of Brookfield, ATC conducted ambient air monitoring activities in select five (5) locations on the lobby level of the Property. The results of the ambient air testing "reported concentrations of airborne fibers that meet the requirements of AHERA and the District of Columbia for re-occupancy of an abated space (<70 structures/mm$^2$). No further action is recommended at this time." *See, Exhibit 2, Air Sampling Results Letter from ATC and attached Exhibits A-C.*

12.    The chilled water provided to Independence does not originate in the cooling tower, but rather by a chiller. Brookfield has continued to run the chiller system for the entire Property in order to provide the chilled water required by Independence and Citibank.

13.    At the request of Independence, Brookfield has been sending chilled water readings from the BMS system to show the water provided is at an adequate temperature for their air conditioning unit to cool the space.

3

14.     Contrary to Independence's assertions that 1225 or its agents are not in communication with Independence, Brookfield representatives have had periodic communications with Independence representatives.  Between the months of March and June of 2005, several representatives of Independence were in communication with Brookfield's leasing agents regarding various options for the IFSB space.  Thereafter, Independence's representatives were put in contact with Newmark Realty ("Newmark"), and upon information and belief, Independence signed an exclusive agreement with Newmark for the purposes of finding alternative space.  Brookfield's representatives apprised Newmark's representatives of the Renovation Project, and upon information and belief, Newmark conveyed this information to Independence.

**Remainder of this page intentionally left blank.**

**Signature on following page.**

Jackie S. Duke

**Exhibit 1 to Affidavit of Jackie Duke:**

**Asbestos-Containing Building Materials Survey and Lead-Based Paint Screening Prepared by ATC Associates Inc.**

ASBESTOS-CONTAINING BUILDING MATERIALS SURVEY
AND LEAD-BASED PAINT SCREENING

1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC 20036

APRIL 25, 2007

Prepared for:

**Brookfield Properties**
**1250 Connecticut Avenue, NW, Suite 500**
**Washington, DC 20036**

Prepared by:

**ATC Associates Inc.**
**9231 Rumsey Road**
**Columbia, Maryland 21045**

**ATC Project No. 09.75084.0002**

# TABLE OF CONTENTS

### 1225 Connecticut Avenue
### Washington, DC 20036

**1.0  EXECUTIVE SUMMARY** ...................................................................................................1

**2.0  LIMITATIONS/CERTIFICATION OF RESULTS** ..................................................3

**3.0  ASBESTOS CONTAINING BUILDING MATERIALS (ACBM) SCREENING** ......4

   3.1  DOCUMENT REVIEW ...............................................................................................4
   3.2  SAMPLING METHODOLOGY......................................................................................5
   3.3  ASBESTOS-CONTAINING BUILDING MATERIALS ........................................................6
      **TABLE I – BULK SAMPLING RESULTS** ...............................................................6
      **TABLE II – SUMMARY OF ASBESTOS-CONTAINING BUILDING MATERIALS** ............ *13*
   3.4  RECOMMENDATIONS.............................................................................................15
   3.5  COST ESTIMATE ..................................................................................................15
      **TABLE III – BUDGETARY COST ESIMATES (ACM)** .......................................... *16*

**4.0  LEAD BASED PAINT (LBP) SCREENING** ...........................................................17

   4.1  SUMMARY OF FINDINGS.........................................................................................17
      **TABLE IV – SUMMARY OF LEAD BASED PAINT COMPONENTS** ..................................... *17*
   4.2  REGULATORY IMPLICATIONS AND REGULATIONS .......................................................17
   4.3  RECOMMENDATIONS.............................................................................................18

**APPENDIX A – PLM BULK SAMPLE RESULTS**

**APPENDIX B – XRF LEAD SCREENING – COMPONENT TESTING DATA**

**APPENDIX C – ATC PERSONNEL CERTIFICATIONS**

## 1.0    Executive Summary

ATC Associates Inc. (ATC) of Columbia, Maryland, was retained by Brookfield Properties to perform environmental consulting and testing services in support of the planned renovation activities of the building located at 1225 Connecticut Avenue, NW in Washington, DC. The scope of services included an Asbestos-Containing Building Materials (ACBM) Survey and a Lead-Based Paint (LBP) Screening.

The building, reportedly constructed in the 1960s, consists of eight stories and totals approximately 240,000 square feet of mixed-use office space. At the time of inspection the building was occupied. Exterior finishes include pre-formed concrete panels and windows. Interior finishes include painted drywall and plaster wall systems, acoustical ceiling tiles, carpet, baseboard, and vinyl floor tile. It should be noted that roofing materials were not sampled, in order to avoid compromising the structural integrity of roofing components, and are assumed to be asbestos-containing. Prior to future disturbance, roofing materials should be properly assessed for asbestos.

Section 3.0 discusses the ACBMs Survey, which involved locating, quantifying, and assessing the condition of all accessible suspect ACBM, using bulk sampling and visual inspection techniques to develop a report which identifies the extent of the asbestos-containing materials present within the areas scheduled to be impacted by the proposed renovation activities. The asbestos inspection was performed by EPA-accredited asbestos inspectors Mr. David Kennedy, Mr. Derek Dauberman, Mr. Alan Lederman, and Mr. Robert Schoennagel on March 28, April 10, and April 18-19 of 2007. A total of two-hundred and twenty-two (222) samples of suspect ACBM were collected and analyzed for asbestos content. ATC's inspectors performed both the visual inspection and bulk sampling in the buildings in accordance with methods outlined in the U.S. Environmental Protection Agency (EPA) guidance document titled, "Guidance for Controlling Asbestos-Containing Materials in Buildings" (Document No. 560/5-85/024). The findings of this report are based upon observations of accessible designated areas and the number of representative bulk samples that were collected and analyzed. Please find all bulk sample analytical results in Appendix A.

*Table I – Bulk Sampling Results*, found in Section 3.2, contains the bulk sample results of suspect ACBM sampled and analyzed at 1225 Connecticut Avenue, NW in Washington, DC. This table includes the material descriptions, approximate sample locations and laboratory analytical results. *Table II – Summary of Asbestos-Containing Building Materials*, also found in Section 3.2, contains a summary of asbestos-containing materials identified at the building. This table includes the location, material description, general condition and estimated quantity of each ACBM. ATC identified one-hundred and thirty-seven (137) building materials suspected to contain asbestos, of which twenty-one (21) materials were determined to be asbestos-containing and five materials were assumed to contain asbestos. The presence of asbestos was detected in the following materials: brown spray-applied duct insulation, residual spray-applied insulation/debris, exterior black façade to vent sill joint caulk, exterior red caulk (residual), black seam sealant on fiberglass pipe insulation/fittings, white seam sealant on fiberglass duct insulation, white exterior vent caulk, black seam sealant on fiberglass duct insulation, brown pin mastic on penthouse ducts, brown pin mastic on main chase ducts, brown pin mastic on B1 level ducts, 9" x 9" vinyl floor tile – grey mottle and associated black mastic, pipe saddle block insulation, 9" x 9" vinyl floor tile – tan/beige streaks and associated black mastic, black mastic associated with 12" x 12" light beige mottle vinyl floor tile, beige vinyl floor tile and associated black mastic, and 9" x 9" linoleum floor tile – beige with black lines and associated black mastic. Fire doors, boiler breeching insulation, boiler insulation, boiler components, and all roofing materials should be assumed to be asbestos-containing unless sampling at a later date proves otherwise.

General recommendations, based on the visual inspection and bulk sample analytical results, are discussed in Section 3.3. Should future renovation/demolition activities disturb or impact the identified ACBM in any way, a Contractor holding a current District of Columbia abatement license should perform abatement of all identified asbestos-containing materials. The abatement contractor must comply with all District of Columbia laws, regulations and standards.

ATC has also prepared cost estimates, found in Section 3.4, for the removal of all <u>identified</u> asbestos-containing materials within the building. The total cost for the removal of all <u>identified</u> asbestos-containing materials from the building is estimated to be **$263,150.00**. Additional costs will be incurred for project design, construction administration and project oversight; including final visual inspection by a Project Monitor. These additional services are estimated to be **$55,000.00**, and can be provided by ATC Associates Inc. upon request.

In Section 4.0, the findings of the LBP Screening are discussed. Mr. Derek Dauberman, District of Columbia licensed lead Risk Assessor, performed the LBP Screening on March 28, April 10, and April 19 of 2007. ATC's lead inspector performed representative testing of existing painted surfaces using an X-Ray Fluorescence Spectrum Analyzer (XRF). *Table III – Summary of Lead Based Paint Components*, found in section 4.1, contains a summary of all identified lead-based paint. Test results revealed grey paint on the concrete floor of the penthouse and white paint on cinder block walls in the parking garage to be Lead-Based Paint (greater than 0.7 mg/cm$^2$). Some of the remaining painted surfaces tested are considered to be lead-containing paint (greater than 0.0 mg/cm$^2$ and less than 0.7 mg/cm$^2$). It is recommended that any contractor performing work that will disturb these surfaces comply with OSHA standard 29 CFR 1926.62, "Lead in Construction Standard," as well as all applicable federal, state, and local requirements pertaining to the disturbance of lead-containing paint. Please reference Appendix B for a complete listing of representative test results.

## 2.0    Limitations/Certification of Results

*Our professional services have been performed, our findings obtained and our recommendations prepared in accordance with customary principles and practices in the field of environmental science and engineering. This statement is in lieu of other statements either expressed or implied. This report does not warrant against future operations or conditions, nor does it warrant against operations or conditions present of a type or at a location not investigated.*

*Environmental evaluations are limited in the sense that conclusions and recommendations are developed from personal interviews and information obtained from limited research and secondary sources. Except as set forth in this report, ATC has made no independent investigations as to the accuracy or completeness of the information derived from the secondary sources and personal interviews and has assumed that such information was accurate and complete.*

*This report is intended for the sole use of Brookfield Properties. The scope of services performed in execution of this evaluation may not be appropriate to satisfy the needs of other users, and use or re-use of this document or the findings, conclusions, or recommendations, is at risk of said user.*

Respectfully submitted this 25th Day of April 2007.

**ATC Associates Inc.**


Derek R. Dauberman
Senior Industrial Hygienist


David Kennedy
Project Manager


Michael D. Plainte
Director, Building Sciences

## 3.0     Asbestos Containing Building Materials (ACBM) Screening

### 3.1     Document Review

ATC was provided with asbestos records as maintained by the current property manager in the form of an asbestos Operations and Maintenance (O&M) Program. The O&M contained standard language with relevant previous reports inserted in the appendix. The following summarizes the information reviewed within the O&M:

- In February of 1990 Versar, Inc. (Versar) completed an *Asbestos Abatement Inspection and Cost Estimate* report. A total of 85 bulk samples were collected as part of the inspection. The report indicated that asbestos was present in the following materials: preformed pipe hanger blocks, elbow and fitting black insulation mastic, heat exchanger insulation, vinyl floor tile and linoleums, floor tile mastic, exhaust duct gasket, duct insulation and remnant, and joint compound.

- In May of 1990 BCM Engineers Inc. (BCM) completed an *Environmental Assessment (Volume II)*. A total of 14 bulk samples were collected in addition to 10 air samples. BCM collected bulk samples of joint compound, baseboard mastic, and plaster, none of which were determined to be asbestos-containing. Additionally BCM collected 7 PCM air samples and 3 TEM air samples, all 10 air samples were below OSHA action levels.

- Asbestos-containing duct insulation was removed from the 1st floor hallway and print shop and the 6th and 8th floor electrical closets in 1991. Specific locations and quantities were not provided.

- In September of 1991 asbestos-containing duct insulation was removed from the first floor restaurant. Specific locations and quantities were not provided.

- On April 7, 1993 Hillman Environmental Company of Virginia (Hillman) conducted a limited asbestos survey of the 8th floor, 6th floor, basement areas, storage areas, and the parking garage. Hillman identified damaged floor covering in the main basement telephone room which was previously identified as asbestos-containing. Drywall and joint compound samples were identified to contain less than 1% asbestos.

- In September of 1993 approximately 110 square feet of asbestos-containing linoleum flooring was removed from Suite 400, approximately 1,500 square feet of asbestos-containing vinyl floor tile and associated mastic was removed from the basement lobby and hallway, and approximately 80 asbestos-containing pipe hangers were removed from the basement parking garage. The report was prepared by Hillman and dated October 11, 1993.

- In December of 1993 Versar completed an *Environmental Site Assessment Resurvey*. Versar noted that much of the ACMs identified in previous Versar and BCM survey reports completed in 1989 and 1990 had been abated. Versar attempted to locate previously identified asbestos-containing joint compound, but renovation activities had been conducted and the materials appeared to have been removed. Other identified ACMs still identified as being present included heat exchanger insulation, penthouse exhaust duct gaskets, pneumatic valve insulation, and vinyl floor tiles. The wet stacks were inaccessible during Versar's site visit and could not be assessed. Removal of basement pipe hangers, black and tan pipe mastic on the 2nd floor, and residual duct insulation on the 4th floor appeared to have been conducted.

- On January 14, 1994 Hillman issued a report entitled *Air Monitoring and Related Safety and Health Inspection During Asbestos Removal*. From October 27-30, 1993 gross removal of spray-applied duct insulation (48 square feet), contaminated fiberglass pipe insulation (30

linear feet) and three mastic gaskets from duct joints was completed on the ground floor adjacent to the parking lot. This area of work was identified as Phase I. From December 3-4, 1993 gross removal of spray-applied duct insulation and contaminated materials adjacent to the spray-applied duct insulation (ceiling plaster, ceiling tiles, and fiberglass pipe insulation) was completed in the first floor hallway and print shop area. This area of work was identified as Phase II. Quantities for Phase II were not provided.

- On April 6, 2001 ATC Associates Inc. (ATC) issued a report entitled *Asbestos-Containing Materials Assessment (Draft)*. ATC identified materials which had been previously identified as asbestos-containing in the form of: drywall and joint compound associated with the wet chase enclosures, duct insulation in the wet chases, pipe hanger insulation, pipe elbow mastic, vinyl floor tile and associated mastic, linoleum flooring, and exhaust duct gaskets. ATC also observed a fiberglass-insulated heat exchanger in the penthouse mechanical area that was previously identified as asbestos-insulated in a 1990 BCM survey. ATC agreed with the December 1993 Versar report in that past interior renovations have resulted in the removal of most asbestos-containing drywall systems identified in previous reports. ATC assumed that asbestos-containing drywall/joint compound remains only surrounding the wet chases on floors 2-8 (7,300 square feet). ATC also collected seven bulk samples of spray-applied duct insulation from floors 3, 4, 5, and 8. All seven samples were reported as 85% amosite. ATC identified the quantity of the spray-applied duct insulation at 2,000 square feet.

## 3.2     Sampling Methodology

The screening was performed by experienced asbestos inspectors, who conducted a thorough inspection of all accessible areas throughout the building. Bulk samples, representing individual homogenous areas of suspect materials were collected in a randomly distributed manner.

Brookfield Properties retained ATC to conduct an ACBM Survey in all accessible areas, in an attempt to identify suspect building materials as either asbestos-containing or non-asbestos-containing. Suspect building materials exist in the form of thermal systems insulation (TSI), surfacing materials, and miscellaneous materials.

For the purpose of this report, ATC has classified the asbestos-containing materials as being in either Good, Fair or Poor condition. The following are the general definitions of each category:

| | |
|---|---|
| Good Condition | Any material which is intact with no noticeable damage |
| Fair Condition | Any material with a small amount of overall or localized damage (generally less than 10% of the entire area). |
| Poor Condition | Any material with a large amount of damage (generally greater than 10% of the entire surface area). |

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

## 3.3    Asbestos-Containing Building Materials

*TABLE I – BULK SAMPLING RESULTS* contains a listing of all suspect ACBM sampled by ATC at 1225 Connecticut Avenue, NW in Washington, DC.  This table includes the sample number, material description, sample location and analytical result of each bulk sample.

| Sample Number | Material Description | Sample Location | Analytical Result |
|---|---|---|---|
| DD-032807-1 | Brown Plaster Rough Coat (Curved Section Above Ceiling) | 4th Floor – Northwest Office | NAD |
| DD-032807-2 | White Plaster Skim Coat | 4th Floor – Northwest Office | NAD |
| DD-032807-3 | Brown Plaster Rough Coat | 4th Floor – Northwest Office | NAD |
| DD-032807-4 | Brown Seam Sealant on Fiberglass Pipe Insulation | 4th Floor – Northwest Office | NAD |
| DD-032807-5 | Grey Spray-Applied Fireproofing | 4th Floor – Northeast Wet Chase | NAD |
| DD-032807-6 | Drywall | 4th Floor – Northeast Wet Chase | NAD |
| DD-032807-7 | Joint Compound | 4th Floor – Northeast Wet Chase | NAD |
| DD-032807-8 | Drywall / Joint Compound Composite | 4th Floor – Northeast Wet Chase | NAD |
| DD-032807-9 | Grey Spray-Applied Fireproofing | 4th Floor – Southeast Wet Chase | NAD |
| **DD-032807-10** | **Brown Spray-Applied Duct Insulation Residual Dust** | **4th Floor – Northeast Wet Chase** | **60% Amosite** |
| DD-032807-11 | White Coating on Metal Pipe | 4th Floor – Southeast Wet Chase | TR |
| DD-032807-12 | Brown Plaster Rough Coat (Curved Section Above Ceiling) | 4th Floor – Southeast Wet Chase | NAD |
| DD-032807-13 | Beige Façade Joint Caulk | Roof – Northwest Corner | NAD |
| **DD-032807-14** | **Black Façade to Vent Sill Joint Caulk** | **Roof – Northwest Corner** | **8% Chrysotile** |
| DD-032807-15 | Red/Beige Façade to Brick Joint Caulk | Roof – Northwest Corner | NAD |
| DD-032807-16 | White Façade to Vent Sill Joint Caulk | Roof – Southeast Corner | NAD |
| **DD-032807-17** | **Residual Red Façade Caulk** | **Roof – Southeast Corner** | **2% Chrysotile** |
| **DD-032807-18** | **Brown Spray-Applied Duct Insulation** | **8th Floor – Northwest Wet Chase** | **70% Amosite** |
| **DD-032807-19** | **Black Seam Sealant on Fiberglass Pipe Insulation** | **8th Floor – Northwest Wet Chase** | **5% Chrysotile** |
| DD-032807-20 | Brown Plaster Rough Coat (Curved Section Above Ceiling) | 8th Floor – Northeast Wet Chase | NAD |
| DD-032807-21 | Brown Caulk on Perimeter Wall | 8th Floor – Northeast Conference Room | NAD |
| **DD-032807-22** | **White Seam Sealant on Fiberglass Duct Insulation** | **8th Floor – Northeast Conference Room** | **2% Chrysotile** |
| **DD-032807-23** | **Brown Spray-Applied Duct Insulation** | **8th Floor – Southwest Wet Chase** | **70% Amosite** |
| DD-032807-24 | Drywall | 8th Floor – Northwest Wet Chase | NAD |
| DD-032807-25 | Joint Compound | 8th Floor – Northwest Wet Chase | NAD |
| DD-032807-26 | Drywall / Joint Compound Composite | 8th Floor – Northwest Wet Chase | NAD |
| DD-032807-27 | Drywall | 7th Floor – Northeast Wet Chase | NAD |
| DD-032807-28 | Joint Compound | 7th Floor – Northeast Wet Chase | NAD |
| DD-032807-29 | Drywall / Joint Compound Composite | 7th Floor – Northeast Wet Chase | NAD |
| DD-032807-30 | Brown Plaster Rough Coat (Curved Section Above Ceiling) | 6th Floor – Southwest Conference Room | NAD |
| **DD-032807-31** | **Brown Spray-Applied Duct Insulation** | **6th Floor – North Central Wet Chase** | **60% Amosite** |
| DD-032807-32 | Drywall | 6th Floor – North Central Wet Chase | NAD |
| DD-032807-33 | Joint Compound | 6th Floor – North Central Wet Chase | NAD |
| DD-032807-34 | Drywall / Joint Compound Composite | 6th Floor – North Central Wet Chase | NAD |
| DD-032807-35 | Drywall | 5th Floor – South Central Wet Chase | NAD |

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

| Sample Number | Material Description | Sample Location | Analytical Result |
|---|---|---|---|
| TABLE 1 – BULK SAMPLING RESULTS | | | |
| DD-032807-36 | Joint Compound | 5th Floor – South Central Wet Chase | NAD |
| DD-032807-37 | Drywall / Joint Compound Composite | 5th Floor – South Central Wet Chase | NAD |
| **DD-032807-38** | **Brown Spray-Applied Duct Insulation** | **3rd Floor – Northwest Wet Chase** | **60% Amosite** |
| DD-032807-39 | Beige/Yellow Covebase Mastic | 3rd Floor – Northeast Wet Chase Area | NAD |
| DD-032807-40 | Drywall | 3rd Floor – South Central Wet Chase | NAD |
| DD-032807-41 | Joint Compound | 3rd Floor – South Central Wet Chase | NAD |
| DD-032807-42 | Drywall / Joint Compound Composite | 3rd Floor – South Central Wet Chase | NAD |
| DD-032807-43 | Brown Plaster Rough Coat (Curved Section Above Ceiling) | 3rd Floor – Southeast Corner Office | NAD |
| DD-032807-44 | Drywall | 2nd Floor – Southwest Wet Chase | NAD |
| DD-032807-45 | Joint Compound | 2nd Floor – Southwest Wet Chase | NAD |
| DD-032807-46 | Drywall / Joint Compound Composite | 2nd Floor – Southwest Wet Chase | NAD |
| DD-032807-47 | Beige Covebase Mastic | 2nd Floor – Central Hall | NAD |
| DD-032807-48 | White Fire Stop | 2nd Floor – Northeast Wet Chase | NAD |
| **DD-032807-49** | **Brown Spray-Applied Duct Insulation Residual Debris** | **2nd Floor – Northeast Wet Chase** | **60% Amosite** |
| DD-041007-1 | Exterior Façade Vertical Joint Caulk | Exterior – Southeast Side | NAD |
| DD-041007-2 | Exterior Façade Horizontal Joint Caulk | Exterior – Southeast Side | NAD |
| DD-041007-3 | Exterior Window Caulk | Exterior – Southeast Side | NAD |
| DD-041007-4 | Exterior Window Caulk – 2nd Layer | Exterior – Southeast Side | NAD |
| DD-041007-5 | Exterior Façade Horizontal Joint Caulk | Exterior – Southeast Side | NAD |
| **DD-041007-6** | **White Exterior Vent Caulk** | **Exterior – Southeast Side** | **5% Chrysotile** |
| DD-041007-7 | Exterior Façade Vertical Joint Caulk-Black/Beige | Exterior – Northeast Side | NAD |
| DD-041007-8 | Exterior Façade Vertical Joint Caulk – 2nd Layer – Reddish | Exterior – Northeast Side | NAD |
| DD-041007-9 | Exterior Façade – Horizontal Joint Caulk – Black | Exterior – Northeast Side | NAD |
| DD-041007-10 | Exterior Window Caulk – Black | Exterior – Northeast Side | NAD |
| DD-041007-11 | Exterior Window Caulk – 2nd Layer - Black | Exterior – Northeast Side | NAD |
| DD-041007-12 | 2' x 2' Acoustical Ceiling Tile – White w/ Large Fissures | 4th Floor – Suite Lobby | NAD |
| DD-041007-13 | Grey Seam Sealant on Metal Duct | 4th Floor – Northwest Corner | NAD |
| DD-041007-14 | White Plaster Skim Coat | 4th Floor – Northwest Corner | NAD |
| DD-041007-15 | Brown plaster Rough Coat | 4th Floor – Northwest Corner | NAD |
| DD-041007-16 | Black Seam Sealant on Fiberglass Pipe Insulation | 4th Floor – North Central | NAD |
| DD-041007-17 | Beige Seam Sealant on Metal Duct | 4th Floor – Northeast | NAD |
| DD-041007-18 | White Seam Sealant on Fiberglass Duct Insulation | 4th Floor – Southeast Meeting Room | NAD |
| DD-041007-19 | White Seam Sealant on Fiberglass Pipe Insulation | 4th Floor – Southeast Meeting Room | NAD |
| DD-041007-20 | Green/Beige Seam Sealant on Metal Duct | 4th Floor – Southeast Meeting Room | NAD |
| DD-041007-21 | Grey Spray-Applied Fireproofing | 4th Floor – Southeast Central | NAD |
| DD-041007-22 | White Plaster Skim Coat | 4th Floor – Southwest Central | NAD |
| DD-041007-23 | Brown plaster Rough Coat | 4th Floor – Southwest Central | NAD |
| DD-041007-24 | Brown Pin Mastic | 4th Floor – Southeast Telephone Room | NAD |

ATC Associates Inc.

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

| TABLE I – BULK SAMPLING RESULTS | | | |
|---|---|---|---|
| Sample Number | Material Description | Sample Location | Analytical Result |
| DD-041007-25 | **Black Seam Sealant on Fiberglass Duct Insulation** | **4th Floor – Northwest Duct Chase** | **5% Chrysotile** |
| DD-041007-26 | **Brown Duct Pin Mastic** | **4th Floor – Northwest Duct Chase** | **5% Chrysotile** |
| DD-041007-27 | White Seam Sealant on Fiberglass Pipe Fittings | 4th Floor – Northwest Duct Chase | NAD |
| DD-041007-28 | White Seam Sealant on Fiberglass Duct Insulation (Patch) | 4th Floor –Southwest Duct Chase | NAD |
| DD-041007-29 | **9" x 9" Vinyl Floor Tile – Grey Mottle** | **4th Floor – West Electric Room** | **3% Chrysotile** |
| DD-041007-30 | **Black Mastic Associated w/ Sample #29** | **4th Floor – West Electric Room** | **5% Chrysotile** |
| DD-041007-31 | White Plaster Skim Coat | 4th Floor – Server Room | NAD |
| DD-041007-32 | Brown Plaster Rough Coat | 4th Floor – Server Room | NAD |
| DD-041007-33 | 12" x 12" Vinyl Floor Tile – Tan w/ Black Specks | 4th Floor – Southeast Meeting Room | NAD |
| DD-041007-34 | Yellow Mastic Associated w/ Sample #33 | 4th Floor – Southeast Meeting Room | NAD |
| DD-041007-35 | Flooring Underlayment below Sample #33 | 4th Floor – Southeast Meeting Room | NAD |
| DD-041007-36 | 9" x 9" Vinyl Floor Tile – White Mottle | 4th Floor – East Server Room | NAD |
| DD-041007-37 | Yellow Mastic Associated w/ Sample #36 | 4th Floor – East Server Room | NAD |
| DD-041007-38 | 9" x 9" Vinyl Floor Tile – Tan w/ White Streaks | 4th Floor – South Stairwell | NAD |
| DD-041007-39 | Yellow Mastic Associated w/ Sample #38 | 4th Floor – South Stairwell | NAD |
| DD-041007-40 | Grey Seam Sealant on Fiberglass Duct Insulation | Penthouse Duct Chase | NAD |
| AL-Penthouse-01 | Seam Sealant on Fiberglass Pipe Insulation – Chilled Water Line | Penthouse 2nd Level – Southwest Corner | NAD |
| AL-Penthouse-02 | Seam Sealant on Fiberglass Pipe Insulation – Hot/Chilled Water Line | Penthouse 2nd Level – Southwest Corner | NAD |
| AL-Penthouse-03 | Seam Sealant on Fiberglass Pipe Insulation – Condensate Line | Penthouse 2nd Level – Southwest Corner | NAD |
| AL-Penthouse-04 | Seam Sealant on Fiberglass Pipe Insulation – Older Lines | Penthouse 2nd Level – Above AHU #3 | NAD |
| AL-Penthouse-05 | Seam Sealant on Fiberglass Pipe Insulation – Older Lines | Penthouse 2nd Level – Above AHU #3 | NAD |
| **AL-Penthouse-06** | **Brown Duct Pin Mastic** | **Penthouse – AHU #2** | **5% Chrysotile** |
| **AL-Penthouse-07** | **Brown Duct Pin Mastic** | **Penthouse – AHU #3** | **8% Chrysotile** |
| AL-Penthouse-08 | Seam Sealant on Fiberglass Pipe Insulation – Hot/Chilled Water Line | Penthouse 1st Level – Adjacent to Stairwell | NAD |
| AL-Penthouse-09 | White Duct Seam Sealant | Penthouse 2nd Level – Between AHU #2 and AHU #3 | NAD |
| AL-Penthouse-10 | White Duct Seam Sealant | Penthouse – AHU #3 | NAD |
| AL-Penthouse-11 | Window Glazing | Penthouse 2nd Level – East Wall | NAD |
| AL-Penthouse-12 | White Duct Seam Sealant | Penthouse – AHU #1 | NAD |
| AL-Penthouse-13 | White Duct Seam Sealant | Penthouse – AHU #2 | NAD |
| AL-Penthouse-14 | White Plaster Skim Coat | Penthouse 2nd Level – Restroom | NAD |
| AL-Penthouse-15 | Brown Plaster Rough Coat | Penthouse 2nd Level – Restroom | NAD |

ATC Associates Inc.

ACBM Survey and LBP Screening                                1225 Connecticut Avenue, NW
ATC Project No. 09.75084.0002                                      Washington, DC 20036

| TABLE I – BULK SAMPLING RESULTS | | | |
|---|---|---|---|
| Sample Number | Material Description | Sample Location | Analytical Result |
| AL-Penthouse-16 | White Plaster Skim Coat | Penthouse 2nd Level – Restroom | NAD |
| AL-Penthouse-17 | Brown Plaster Rough Coat | Penthouse 2nd Level – Restroom | NAD |
| AL-Penthouse-18 | White Plaster Skim Coat | Penthouse 2nd Level – Restroom | NAD |
| AL-Penthouse-19 | Brown Plaster Rough Coat | Penthouse 2nd Level – Restroom | NAD |
| AL-Penthouse-20 | Hot Water Tank Insulation | Penthouse 2nd Level – Northwest Corner | NAD |
| AL-Penthouse-21 | 9" x 9" Linoleum Floor Tile | Penthouse – Engineer's Office | NAD |
| AL-Penthouse-22 | 9" x 9" Vinyl Floor Tile – Black | Penthouse – Break Room | NAD |
| AL-Penthouse-23 | Brown Mastic Associated w/ Sample #22 | Penthouse – Break Room | NAD |
| AL-Penthouse-24 | 2' x 4' Acoustical Ceiling Tile – White | Penthouse – Break Room | NAD |
| AL-Penthouse-25 | Seam Sealant on Fiberglass Pipe Insulation – Chilled Water Line | Penthouse – Adjacent to AHU #2 | NAD |
| AL-Penthouse-26 | Seam Sealant on Fiberglass Pipe Insulation – Steam Line | Penthouse – Adjacent to AHU #2 | NAD |
| AL-Penthouse-27 | Seam Sealant on Fiberglass Pipe Insulation – Steam Line | Penthouse – Adjacent to AHU #2 | NAD |
| AL-Penthouse-28 | Brown Mastic Associated w/ Sample #21 | Penthouse – Engineer's Office | NAD |
| AL-Penthouse-29 | White Duct Seam Sealant | Penthouse 1st Level – Adjacent to West Wall | NAD |
| AL-Penthouse-30 | Window Glazing | Penthouse 1st Level – North Wall | NAD |
| AL-Penthouse-31 | Seam Sealant on Fiberglass Pipe Insulation – Condensate Line | Penthouse 1st Level – Adjacent to South Wall | NAD |
| AL-Penthouse-32 | Seam Sealant on Fiberglass Pipe Insulation – Condensate Line | Penthouse 1st Level – Adjacent to South Wall | NAD |
| AL-Penthouse-33 | White Duct Seam Sealant | Penthouse 1st Level – Adjacent to Stairwell to 2nd Level | NAD |
| AL-Penthouse-34 | Grey Duct Seam Sealant | Penthouse 1st Level – Adjacent to West Wall | NAD |
| AL-Penthouse-35 | Black Tar Pipe Wrap | Penthouse 1st Level – Southeast Corner | NAD |
| **AL-Penthouse-36** | **Pipe Saddle Block Insulation - Chilled Water Line** | **Penthouse 1st Level – South Side** | **25% Chrysotile** |
| **AL-Penthouse-37** | **Pipe Saddle Block Insulation - Chilled Water Line** | **Penthouse 1st Level – South Side** | **25% Chrysotile** |
| **AL-Penthouse-38** | **Pipe Saddle Block Insulation - Chilled Water Line** | **Penthouse 1st Level – South Side** | **25% Chrysotile** |
| DD-041807-01 | White Seam Sealant on Fiberglass Duct Insulation | Mezzanine Mechanical Room | NAD |
| DD-041807-02 | White Seam Sealant on Fiberglass Pipe Insulation (Newer Application) | Mezzanine Mechanical Room | NAD |
| DD-041807-03 | White End-Cap Sealant (Newer Application) | Mezzanine Mechanical Room | NAD |
| DD-041807-04 | White Seam Sealant on Fiberglass Pipe Fitting | Mezzanine Mechanical Room | NAD |
| DD-041807-05 | White Seam Sealant on Fiberglass Pipe Insulation (Older Application) | Mezzanine Mechanical Room | NAD |
| DD-041807-06 | Mudded Pipe Fitting Insulation | Mezzanine Mechanical Room | NAD |
| DD-041807-07 | Yellow Duct Mastic | Mezzanine Mechanical Room | NAD |

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

## TABLE I – BULK SAMPLING RESULTS

| Sample Number | Material Description | Sample Location | Analytical Result |
|---|---|---|---|
| DD-041807-08 | Mudded Wall to Pipe Fire Stop | Mezzanine Mechanical Room | NAD |
| DD-041807-09 | White Seam Sealant on Fiberglass Pipe Fitting | Mezzanine Mechanical Room | NAD |
| DD-041807-10 | Mudded Pipe Fitting Insulation | Mezzanine Mechanical Room | NAD |
| DD-041807-11 | Black Mastic On Underside of Fiberglass Pipe Insulation | Mezzanine Mechanical Room | NAD |
| DD-041807-12 | Mudded Pipe Fitting Insulation | Mezzanine Mechanical Room | NAD |
| DD-041807-13 | White/Grey Seam Sealant on Fiberglass Pipe Fitting – 3" Line | Parking Garage P1 – Adjacent to Spot 16 | NAD |
| DD-041807-14 | Beige Seam Sealant on Fiberglass Pipe Insulation – 12" Line | Parking Garage P1 – Adjacent to Spot 15 | NAD |
| DD-041807-15 | Black Mastic On Underside of Fiberglass Pipe Insulation – 12" Line | Parking Garage P1 – Adjacent to Spot 9 | NAD |
| DD-041807-16 | White Plaster Skim Coat – Ceiling | Parking Garage P1 – Bathroom | NAD |
| DD-041807-17 | Brown Plaster Rough Coat – Ceiling | Parking Garage P1 – Bathroom | NAD |
| DD-041807-18 | White Seam Sealant on Fiberglass Pipe Fitting – 12" Line | Parking Garage P1 – Adjacent to Spot 20 | NAD |
| DD-041807-19 | White Seam Sealant on Fiberglass Pipe Fitting – 6" Line | Parking Garage P1 – Adjacent to Spot 28 | NAD |
| DD-041807-20 | Black Mastic On Underside of Fiberglass Pipe Insulation – 3" Line | Parking Garage P1 – Adjacent to Spot 28 | NAD |
| DD-041807-21 | Drywall | Parking Garage – Ramp to P1 from Ground Level | NAD |
| DD-041807-22 | Joint Compound | Parking Garage – Ramp to P1 from Ground Level | NAD |
| DD-041807-23 | Drywall / Joint Compound Composite | Parking Garage – Ramp to P1 from Ground Level | NAD |
| DD-041807-24 | Generator Tank Insulation | Parking Garage P1 | NAD |
| **DD-041807-25** | **9" x 9" Vinyl Floor tile – Tan/Beige Streaks** | **B1 Level – Main Phone Room** | **5% Chrysotile** |
| **DD-041807-26** | **Black Mastic Associated w/ Sample #25** | **B1 Level – Main Phone Room** | **2% Chrysotile** |
| DD-041807-27 | Brown Covebase Mastic | B1 Level – Main Phone Room | NAD |
| DD-041807-28 | 12" x 12" Vinyl Floor Tile – White w/ Black Specks | B1 Level – Corridor Adjacent to Phone Room | NAD |
| DD-041807-29 | Brown/Yellow Mastic Associated w/ Sample #28 | B1 Level – Corridor Adjacent to Phone Room | TR |
| DD-041807-30 | Yellow Carpet Mastic | B1 Level – Corridor Adjacent to Phone Room | NAD |
| DD-041807-31 | Yellow Covebase Mastic | B1 Level – Elevator Lobby | NAD |
| DD-041807-32 | White Ceramic Wall Tile Grout | B1 Level – Elevator Lobby | NAD |
| DD-041807-33 | Brown Plaster Rough Coat | B1 Level – Elevator Lobby | NAD |
| DD-041807-34 | 2' x 2' Acoustical Ceiling Tile – Textured | B1 Level – Elevator Lobby | NAD |
| DD-041807-35 | 2' x 2' Acoustical Ceiling Tile – Smooth | B1 Level – Elevator Lobby | NAD |
| DD-041807-36 | 9" x 9" Floor Tile – Tan/Beige | B1 Level – Storage Room Across From File Center Annex Room | NAD |
| DD-041807-37 | Brown Mastic Associated w/ Sample #36 | B1 Level – Storage Room Across From File Center Annex Room | NAD |

ATC Associates Inc.

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

| Sample Number | Material Description | Sample Location | Analytical Result |
|---|---|---|---|
| | TABLE I – BULK SAMPLING RESULTS | | |
| DD-041807-38 | Drywall | B1 Level – Storage Room Across From File Center Annex Room | NAD |
| DD-041807-39 | Joint Compound | B1 Level – Storage Room Across From File Center Annex Room | NAD |
| DD-041807-40 | Drywall / Joint Compound Composite | B1 Level – Storage Room Across From File Center Annex Room | NAD |
| DD-041807-41 | 12" x 12" Vinyl Floor Tile – Grey Mottle | B1 Level – Storage Room – File Center Annex | NAD |
| DD-041807-42 | Yellow Mastic Associated w/ Sample #41 | B1 Level – Storage Room – File Center Annex | NAD |
| DD-041807-43 | Black Mastic On Underside of Fiberglass Pipe Insulation | B1 Level – Storage Room – File Center Annex | NAD |
| DD-041807-44 | White Seam Sealant on Fiberglass Pipe Fitting | B1 Level – Storage Room – File Center Annex | NAD |
| DD-041807-45 | White Seam Sealant on Fiberglass Pipe Insulation | B1 Level – Storage Room – File Center Annex | NAD |
| DD-041807-46 | White Seam Sealant on Fiberglass Pipe Fitting | B1 Level – Light Bulb Storage Room | NAD |
| DD-041807-47 | White Seam Sealant on Fiberglass Pipe Insulation | B1 Level – Light Bulb Storage Room | NAD |
| DD-041807-48 | Mudded Pipe Fitting Insulation | B1 Level – Light Bulb Storage Room | NAD |
| DD-041807-49 | Pipe Saddle Block Insulation | B1 Level – Light Bulb Storage Room | 22% Amosite |
| DD-041807-50 | Pipe Saddle Block Insulation | B1 Level – Janitor Storage Room | 20% Amosite |
| DD-041807-51 | Mudded Pipe Fitting Insulation | B1 Level – Storage Room Corridor | NAD |
| DD-041807-52 | 12" x 12" Vinyl Floor Tile – Beige/Orange Mottle | B1 Level – Storage Room Corridor | NAD |
| DD-041807-53 | Yellow/Brown Mastic Associated w/ Sample #52 | B1 Level – Storage Room Corridor | NAD |
| DD-041807-54 | 12" x 12" Vinyl Floor Tile – Light Beige Mottle (Top Layer) | Lobby Level – Rear Corridor | NAD |
| DD-041807-55 | Black Mastic Associated w/ Sample #54 | Lobby Level – Rear Corridor | 2% Chrysotile |
| DD-041807-56 | 12" x 12" Vinyl Floor Tile – White w/ Black Specks (Patch) | Lobby Level – Rear Corridor | NAD |
| DD-041807-57 | Yellow Mastic Associated w/ Sample #56 | Lobby Level – Rear Corridor | NAD |
| DD-041807-58 | 12" x 12" Vinyl Floor Tile – Dark Beige Mottle (Patch) | Lobby Level – Rear Corridor | NAD |
| DD-041807-59 | Yellow Mastic Associated w/ Sample #58 | Lobby Level – Rear Corridor | NAD |
| DD-041807-60 | Beige Vinyl Floor Tile (2nd Layer) | Lobby Level – Rear Corridor | 5% Chrysotile |
| DD-041807-61 | Black Mastic Associated w/ Sample #60 | Lobby Level – Rear Corridor | 8% Chrysotile |
| DD-041807-62 | Brown Duct Pin Mastic | B1 Level – Storage Room Across From File Center Annex Room | 50% Chrysotile |
| DD-041807-63 | White Seam Sealant on Fiberglass Duct Insulation | B1 Level – Storage Room Across From File Center Annex Room | NAD |
| DD-041807-64 | 9" x 9" Linoleum Floor Tile – Beige w/ Black Lines | B1 Level – Independent Federal Storage Room | 2% Chrysotile |

ATC Associates Inc.

Page - 11

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

| TABLE I – BULK SAMPLING RESULTS | | | |
|---|---|---|---|
| Sample Number | Material Description | Sample Location | Analytical Result |
| **DD-041807-65** | **Black Mastic Associated w/ Sample #64** | **B1 Level – Independent Federal Storage Room** | **5% Chrysotile** |
| DD-041807-66 | 2' x 4' Acoustical Ceiling Tile – White w/ Holes | B1 Level – Independent Federal Storage Room | NAD |
| **DD-041807-67** | **Pipe Saddle Block Insulation** | **B1 Level – Storage Room Corridor** | **33% Chrysotile** |
| DD-041807-68 | 9" x 9" Linoleum Floor Tile – Tan | B1 Level – Storage Room S16 | NAD |
| DD-041807-69 | Yellow Mastic Associated w/ Sample #68 | B1 Level – Storage Room S16 | TR |
| **DD-041807-70** | **Black Sealant on Fiberglass Pipe Fitting** | **B1 Level – Storage Room S-1** | **3% Chrysotile** |
| DD-041807-71 | White Fire Stop | B1 Level – Storage Room Corridor | NAD |
| DD-041807-72 | White Textured Ceiling Plaster | Parking Garage – Entry Area | NAD |
| DD-041807-73 | White Textured Ceiling Plaster | Parking Garage – Entry Area | NAD |
| DD-041807-74 | White Textured Ceiling Plaster | Parking Garage – Entry Area | NAD |
| DD-041807-75 | White Plaster Skim Coat | Lobby Level – Stairwell #1 | NAD |
| DD-041807-76 | Brown Plaster Rough Coat | Lobby Level – Stairwell #1 | NAD |
| DD-041807-77 | Beige Seam Sealant on Fiberglass Duct Insulation | Penthouse Return Shaft | TR |
| **DD-041807-78** | **Brown Duct Pin Mastic** | **Penthouse Return Shaft** | **40% Chrysotile** |
| DD-041807-79 | Yellow Duct Mastic | Penthouse Return Shaft | NAD |
| DD-041807-80 | Black Mastic On Underside of Fiberglass Pipe Insulation | Penthouse Return Shaft | NAD |
| **DD-041807-81** | **Pipe Saddle Block Insulation** | **8th Floor – Office 8110** | **31% Chrysotile** |
| DD-041807-82 | 12" x 12" Vinyl Floor Tile – Grey Mottle | 8th Floor – Kitchenette 8116 | NAD |
| DD-041807-83 | Brown/Yellow Mastic Associated w/ Sample #82 | 8th Floor – Kitchenette 8116 | NAD |
| DD-041807-84 | Grey Spray-Applied Fireproofing | 7th Floor – Southeast Corner | NAD |
| DD-041807-85 | 2' x 2' Acoustical Ceiling Tile – Textured | 3rd Floor – Adjacent to Office 3206 | NAD |
| DD-041807-86 | 12" x 12" Vinyl Floor Tile – Beige w/ Black Specks | 3rd Floor – Pantry 3017 | NAD |
| DD-041807-87 | Yellow Mastic Associated w/ Sample #86 | 3rd Floor – Pantry 3017 | NAD |
| DD-041807-88 | 2' x 2' Acoustical Ceiling Tile – Texture Fabric | Lobby Level – Global Justice Space | NAD |
| DD-041807-89 | 12" x 12" Vinyl Floor Tile – Beige w/ Multi-Color Specks | Lobby Level – Mail Room | NAD |
| DD-041807-90 | Yellow Mastic Associated w/ Sample #89 | Lobby Level – Mail Room | NAD |
| DD-041807-91 | 12" x 12" Vinyl Floor Tile – Light Grey w/ Multi-Color Specks | Lobby Level – Mail Room | NAD |
| DD-041807-92 | Yellow Mastic w/ Sample #91 | Lobby Level – Mail Room | NAD |
| DD-041807-93 | 12" x 12" Vinyl Floor Tile – Reddish w/ Multi-Color Specks | Lobby Level – Mail Room | NAD |
| DD-041807-94 | Yellow Mastic w/ Sample #93 | Lobby Level – Mail Room | NAD |

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

| TABLE I – BULK SAMPLING RESULTS | | | |
|---|---|---|---|
| Sample Number | Material Description | Sample Location | Analytical Result |
| DD-041807-95 | Red Metal Duct Sealant | Lobby Level – Mail Room | NAD |

NAD – No Asbestos Detected
TR – Trace (<1% Asbestos)

*TABLE II – SUMMARY OF ASBESTOS-CONTAINING BUILDING MATERIALS* contains a summary of identified ACBM at 1225 Connecticut Avenue, NW in Washington, DC.  This table includes the locations, types of materials, estimated quantity of each material, and general material condition.

| TABLE II – SUMMARY OF ASBESTOS-CONTAINING BUILDING MATERIALS | | | | | |
|---|---|---|---|---|---|
| Material Description | Material Location | Friable | Category | Condition | Estimated Quantity |
| Brown Spray-Applied Duct Insulation | Wet Chases | Y | RACM | Good | 1,350 SF - 27 Chases, 50 SF Per Chase |
| Brown Spray-Applied Duct Insulation – Debris/Residue | Throughout Previously Abated Wet Chases | Y | RACM | Good | 15 Chases, Each ~ 2' x 3' x 10' |
| Brown Spray-Applied Duct Insulation – Debris/Residue | Lobby Level Above Ceiling Adjacent to Mail Room | Y | RACM | Good | ~360 SF of Duct |
| Black Façade to Vent Sill Joint Caulk | Penthouse Exterior | N | CAT II | Good | 80 LF |
| Residual Red Façade Caulk | Penthouse Exterior | N | CAT II | Fair | 275 LF |
| Black Seam Sealant on Fiberglass Pipe Insulation/Fittings | B1 Level, Lobby Level, 8th Floor, Return Shaft | N | CAT II | Good | ~300 Fittings |
| White Seam Sealant on Fiberglass Duct Insulation | 8th Floor - Office Area Above Ceiling | N | CAT II | Good | ~2,000 LF of Various Size Duct |
| White Exterior Vent Caulk | Exterior – Southeast Side | N | CAT II | Good | 100 LF |
| Black Seam Sealant on Fiberglass Duct Insulation | Main Duct Chases | N | CAT II | Good | 1,920 SF - 120 SF Per Chase, 2 Chases Per Floor |
| Brown Duct Pin Mastic | Main Duct Chases | N | CAT II | Good | 1,920 SF - 120 SF Per Chase, 2 Chases Per Floor |
| Brown Duct Pin Mastic | Penthouse – AHUs | N | CAT II | Good | ~4,000 SF |
| Brown Duct Pin Mastic | Return Shaft | N | CAT II | Good | ~2,000 SF |
| Brown Duct Pin Mastic | B1 Level, Lobby Level | N | CAT II | Good | ~960 SF |
| 9" x 9" Vinyl Floor Tile – Grey Mottle and Associated Black Mastic | Floors 2-8 Electric/ Mechanical Closets | N | CAT I | Good | 1,575 SF |
| 9" x 9" Vinyl Floor Tile – Tan/Beige Streaks and Associated Black Mastic | B1 Level - Main Phone Room, Light Bulb Storage Room, Office | N | CAT I | Good | ~1,500 SF |

ATC Associates Inc.

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

| TABLE II – SUMMARY OF ASBESTOS-CONTAINING BUILDING MATERIALS | | | | | |
|---|---|---|---|---|---|
| Material Description | Material Location | Friable | Category | Condition | Estimated Quantity |
| Black Mastic Associated w/ 12" x 12" Light Beige Mottle Vinyl Floor Tile | Lobby Level Rear Corridor | N | CAT I | Good | 850 SF |
| Beige Vinyl Floor Tile and Associated Black Mastic | Lobby Level Rear Corridor | N | CAT I | Good | 850 SF |
| 9" x 9" Linoleum Floor Tile – Beige w/ Black Lines and Associated Black Mastic | B1 Level – Independence Federal Storage | N | CAT I | Good | 325 SF |
| Pipe Saddle Block Insulation | Penthouse, B1 Level, and 8th Floor | Y | RACM | Good | ~135 Pipe Saddles |
| Boiler Components (Assumed) | Penthouse | Y | RACM | Good | 2 Boilers |
| Boiler Insulation (Assumed) | Penthouse | Y | RACM | Good | 800 SF |
| Boiler Breeching (Assumed – Covered with Metal Jacket) | Penthouse | Y | RACM | Good | 430 LF |
| Fire Doors (Assumed) | Throughout | N | CAT II | Good | ~ 100 ea. |
| Roofing Materials (Assumed) | Roof | N | CAT II | Good | Main Roof – 25,000 SF Penthouse Roof – 8,000 SF |

SF – Square Feet
LF – Linear Feet
CAT I – Category I non-friable asbestos-containing material
CAT II – Category II non-friable asbestos-containing material
RACM – Regulated asbestos-containing material

ATC offers the following observations with regards to the asbestos screening:

- ATC observed the brown spray-applied duct insulation within all wet chases on floors 8, 7, 6, and 5.
- On the 4th floor ATC did not observe brown spray-applied duct insulation within any of the wet chases. It appeared that abatement had been conducted however varying amounts of residual brown spray-applied duct insulation remained within the chases.
- On the 3rd floor ATC observed brown spray-applied duct insulation within the northwest and north central wet chases. No spray-applied insulation was observed in the southwest, south central, and northeast wet chases, however residual brown spray-applied duct insulation was observed. The southeast wet chase was inaccessible and brown spray-applied duct insulation or associated debris should be assumed within the chase.
- On the 2nd floor the duct within the wet chases did not extend down to the floor, it extended approximately one foot into the chase from the 3rd floor. ATC did not observe any brown spray-applied duct-insulation within any of the wet chases however brown spray-applied duct insulation debris and residual materials were observed on areas of the duct and on the ground below the duct.
- In wet chases where brown spray-applied duct insulation was not observed residual brown spray-applied duct insulation and/or debris was observed in varying amounts on the metal duct, adjacent piping, walls, and ground.
- Residual Brown spray-applied duct insulation was observed on areas of duct work above the ceiling in the lobby level corridor adjacent to the mail room.
- Three storage rooms on the B1 level were inaccessible due to security reasons; all storage rooms observed were generally similar in construction.

ACBM Survey and LBP Screening                                    1225 Connecticut Avenue, NW
ATC Project No. 09.75084.0002                                         Washington, DC 20036

- The return shaft was only accessible from the penthouse, so quantities of duct pin mastic and black seam sealant on fiberglass pipe insulation/fittings from the return shaft are extrapolated for the floors below.
- The black façade to vent sill joint caulk and residual red façade caulk were only observed on the exterior of the penthouse.
- All roofing materials, fire doors, boiler insulation, boiler breeching, and boiler components should be assumed positive unless sampling at a later date proves otherwise.
- All other suspect materials uncovered during demolition/renovation activities not identified within this report, should be assumed to be asbestos-containing, unless future bulk sampling determines otherwise.

Bulk samples of suspect materials were analyzed by AMA Analytical Laboratory in Lanham, Maryland and ATC Associates Inc. New York City Laboratory using the approved polarized light microscopy with dispersion staining (PLM/DS) method. By using the PLM/DS method, a trained microscopist is able to identify and distinguish between asbestos group minerals and other fibrous materials such as cellulose (paper), mineral (rock), wood, or glass fiber. The quantity of each of these substances is estimated on a weight basis and recorded as a percent.

Only the asbestos content, if any, is recorded in the bulk sample 'Report of Analysis' (Appendix A). If a material contains greater than 1% asbestos, it is considered to be an asbestos-containing material. Upon client request, or at the recommendation of the analyst, the 'Point Counting Method' may be used to verify the presence/absence of asbestos when a sample contains less than 10% asbestos by visual estimate.

Both AMA Analytical Laboratory and ATC Associates Inc. New York City Laboratory are accredited laboratories by the EPA for "Interim Asbestos Bulk Sample Analysis Quality Assurance Program". Both laboratories are also accredited by the National Voluntary Laboratory Accreditation Program (NVLAP). The PLM/DS analytical method is modeled after 40 CFR Part 763, Subpart F, Appendix A: "Interim Method for the Determination of Asbestos in Bulk Insulation Samples".

## 3.4    Recommendations

Should future renovation/demolition activities disturb or impact the identified or assumed ACBM in any way, a Contractor holding a current District of Columbia abatement license should perform abatement of all identified asbestos-containing materials to be disturbed. The abatement contractor must comply with all District of Columbia laws, regulations and standards.

As noted no roofing materials were sampled as part of this screening. Destructive or intrusive inspections of the roofing systems were not conducted in order to avoid compromising the structural integrity of roofing components. Prior to future disturbance, roofing materials should be properly assessed for asbestos prior to future disturbance.

## 3.5    Cost Estimate

ATC estimates the total cost for the removal and disposal of all *identified* asbestos-containing materials within the building to be **$263,150.00**. Additional costs will be incurred for project design, construction administration and project oversight, including final visual inspection by a project monitor. These additional services are estimated to be **$55,000.00**.

ACBM Survey and LBP Screening                               1225 Connecticut Avenue, NW
ATC Project No. 09.75084.0002                                   Washington, DC 20036

| Material / Location | Approximate Quantity | Estimated Abatement Costs |
|---|---|---|
| **TABLE III – BUDGETARY COST ESIMATES (ACM)** | | |
| Brown Spray-Applied Duct Insulation – Wet Chases | 1,350 SF - 27 Chases, 50 SF Per Chase | $67,500.00 |
| Brown Spray-Applied Duct Insulation – Debris/Residue – Wet Chases | 15 Chases, Each ~ 2' x 3' x 10' | $37,500.00 |
| Brown Spray-Applied Duct Insulation – Debris/Residue – Lobby Level Corridor Adjacent to Mail Room | ~360 SF of Duct | $7,500.00 |
| Black Façade to Vent Sill Joint Caulk – Penthouse Exterior | 80 LF | $500.00 |
| Residual Red Façade Caulk – Penthouse Exterior | 275 LF | $2,000.00 |
| Black Seam Sealant on Fiberglass Pipe Insulation/Fittings – B1 Level, Lobby Level, 8th Floor, and Return Shaft | ~300 Fittings | $15,000.00 |
| White Seam Sealant on Fiberglass Duct Insulation – 8th Floor | ~2,000 LF of Various Size Duct | $7,500.00 |
| White Exterior Vent Caulk – Exterior – Southeast Side | 100 LF | $1,500.00 |
| Black Seam Sealant on Fiberglass Duct Insulation – Main Duct Chases | 1,920 SF - 120 SF Per Chase, 2 Chases Per Floor | $12,000.00 |
| Brown Duct Pin Mastic – Penthouse, Main Duct Chases, Return Shaft, B1 Level, and Lobby Level | 8,880 SF | $25,000.00 |
| 9" x 9" Vinyl Floor Tile – Grey Mottle and Associated Black Mastic – Floors 2-8 Electric/Mechanical Closets | 1,575 SF | $10,400.00 |
| 9" x 9" Vinyl Floor Tile – Tan/Beige Streaks and Associated Black Mastic – B1 Level Main Phone Room, Light Bulb Storage Room, and Office | ~1,500 SF | $4,500.00 |
| Black Mastic Associated w/ 12" x 12" Light Beige Mottle Vinyl Floor Tile (Top Layer) and Beige Vinyl Floor Tile and Associated Black Mastic (Bottom Layer) – Lobby Level Rear Corridor | 850 SF | $2,500.00 |
| 9" x 9" Linoleum Floor Tile – Beige w/ Black Lines and Associated Black Mastic – B1 Level Independence Federal Storage Room | 325 SF | $1,000.00 |
| Pipe Saddle Block Insulation – B1 Level, 8th Floor, and Penthouse | ~135 Pipe Saddles | $6,750.00 |
| Boiler Components (Assumed) – Penthouse | 2 Boilers | $3,500.00 |
| Boiler Insulation (Assumed) – Penthouse | 800 SF | $8,500.00 |
| Boiler Breeching (Assumed – Covered with Metal Jacket) – Penthouse | 430 LF | $10,000.00 |
| Fire Doors (Assumed) - Throughout | ~ 100 ea. | $5,000.00 |
| Roofing Materials (Assumed) | Main Roof – 25,000 SF Penthouse Roof – 8,000 SF | $35,000.00 |
| *Estimated Asbestos Abatement Sub-Total* | | *$263,150.00* |
| *Estimated Project Design and Monitoring Services  - Sub-Total* | | *$55,000.00* |
| *Total Estimated Fee* | | *$318,150.00* |

ACBM Survey and LBP Screening                                                          1225 Connecticut Avenue, NW
ATC Project No. 09.75084.0002                                                                   Washington, DC 20036

## 4.0    Lead Based Paint (LBP) Screening

ATC performed a LBP screening of representative surfaces at the building located at 1225 Connecticut Avenue, NW in Washington, DC.  Mr. Derek Dauberman performed the screening on March 28, April 10, and April 19 of 2007. For this screening, ATC utilized the NITON XL 309 X-Ray Fluorescence Analyzer (XRF) to determine the lead content in painted surfaces.

At this time, there are no federal or state regulations that specifically identify testing procedures for commercial structures scheduled for renovation/demolition.    ATC followed the instrument manufacturer's testing methodology.  Any XRF readings above 0.0 mg/cm$^2$ must be addressed as a lead-containing paint and is a possible exposure hazard to workers impacting these coated surfaces under the OSHA Lead in Construction standard found at 29 CFR 1926.62.

## 4.1    Summary of Findings

Test results revealed that the following building components contain regulated amounts of Lead-Based paint by definition (greater than 0.7 mg/cm$^2$):

| TABLE IV – SUMMARY OF LEAD-BASED PAINT COMPONENTS | | |
|---|---|---|
| Paint Color | Condition | Material Description and Substrate |
| Grey | Intact | Concrete Floor – Penthouse 1st Level |
| White | Intact | Cinder Block Wall – Parking Garage Level P1 |

Some of the remaining painted surfaces tested are considered to be lead containing paint by definition (greater than 0.0 mg/cm$^2$ and less than 0.7 mg/cm$^2$). It is recommended that any contractor performing work that will disturb these surfaces comply with OSHA standard 29 CFR 1926.62, "Lead in Construction Standard," as well as all applicable federal, state, and local requirements pertaining to the disturbance of lead-containing paint.    Please reference Appendix B for a complete listing of representative test results.

## 4.2    Regulatory Implications and Regulations

*Worker Protection*

The implications of lead-containing paint existing in commercial buildings are related to the future use of the facility and the need to impact these painted surfaces during the renovation/demolition process.

OSHA defines any detectable levels of lead as a **potential** lead exposure hazard to workers doing construction-type work on these surfaces and requires appropriate safety and health measures be followed as stated in 29 CFR 1926.62.  OSHA states that until the employer performs an exposure assessment and documents that employees are not exposed above the permissible exposure limit (PEL) of greater than 50 micrograms per cubic meter ($\mu$g/m$^3$) of air, the employer must treat employees as if they were exposed above the PEL for the following operations:

- Manual demolition of structures, manual scraping, manual sanding, and use of heat gun where lead-containing coatings or paints are present;
- Abrasive blasting, enclosure movement and removal;
- Power tool cleaning;
- Lead burning;

---

ATC Associates Inc.                                                                                          Page - 17

ACBM Survey and LBP Screening
ATC Project No. 09.75084.0002

1225 Connecticut Avenue, NW
Washington, DC 20036

- Using lead-containing mortar or spray painting with lead-containing paint;
- Abrasive blasting, rivet busting, or welding, cutting, or burning on any structure where lead-containing coatings or paint are present;
- Cleanup activities where dry expendable abrasives are used; and
- Any other task the employer believes may cause exposure in excess of the PEL.

Work precautions include providing respiratory protection, protective work clothing and equipment, change areas, hand washing facilities, biological monitoring, and training until an exposure assessment has determined that the work activity will result in an exposure below the PEL. Additional requirements under this standard include a written compliance program as well as record-keeping.

*Waste Disposal*

Waste disposal is governed by the Federal Resource Conservation and Recovery Act (RCRA) regulations which distinguish between solid wastes and hazardous wastes. Solid wastes include general construction debris and are subject to minimum handling, transportation, and landfill disposal requirements under RCRA regulations. Hazardous wastes, including certain lead-containing materials, are subject to restrictions designed to prevent the hazardous materials from entering the environment. Lead-containing waste is classified as hazardous or non-hazardous based on the results of the Toxic Characteristic Leachate Procedure (TCLP) testing. The leachability test measures whether or not lead leaches from the waste in excess of the regulated level of 5.0 milligrams per liter (mg/L). If the results of the TCLP analysis exceed this level, the waste must be handled, transported and disposed as a hazardous waste in an approved waste site, reclamation facility or incinerator site.

EPA's regulations require the leachability test, TCLP, to be performed so that it represents the matrix and material of the waste stream. For the project, this can be in the form of a representative sample of demolition debris taken either before or after the project begins.

## 4.3    Recommendations

It is recommended that any contractor performing work that will disturb any lead-based or lead-containing paint surfaces comply with OSHA standard 29 CFR 1926.62, "Lead in Construction Standard," as well as all applicable federal, state, and local requirements pertaining to the disturbance of lead-based and lead-containing paint.

---

ATC Associates Inc.

**APPENDIX A**
**AMA ANALYTICAL SERVICES INC.**
**PLM BULK SAMPLE RESULTS**

# AMA Analytical Services, Inc.
*A Specialized Environmental Laboratory*

NVLAP 101143-0
NY ELAP 10920
AIHA 100470

## CERTIFICATE OF ANALYSIS

| | | | |
|---|---|---|---|
| **Client:** | ATC Associates, Inc. | **Job Name:** | 1225 Connecticut Ave |
| **Address:** | 9231 Rumsey Road | **Job Location:** | Washington, DC |
| | Columbia, Maryland 21045 | **Job Number:** | 09.75084-0002 |
| | | **P.O. Number:** | Not Provided |
| **Attention:** | D. Dauberman | | |
| | | **Chain Of Custody:** | 500739 |
| | | **Date Analyzed:** | 4/4/2007 |
| | | **Person Submitting:** | D. Dauberman |

## Summary of Polarized Light Microscopy

| AMA Sample Number | Client Sample # | Total Asbestos | Chrysotile Percent | Amosite Percent | Crocidolite Percent | Other Asbestos Percent | Mineral Wool Percent | Fiberglass Percent | Organic Percent | Synthetic Percent | Other Percent | Particulate Percent | Sample Color | Homogeneity | Analyst ID | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0739772 | DD-032807-1 | NAD | -- | -- | -- | -- | -- | -- | TR | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739773 | DD-032807-2 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |
| 0739774 | DD-032807-3 | NAD | -- | -- | -- | -- | -- | -- | TR | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739775 | DD-032807-4 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739776 | DD-032807-5 | NAD | -- | -- | -- | -- | 50 | -- | -- | -- | -- | 50 | Gray | Homogeneous | PC | |
| 0739777 | DD-032807-6 | NAD | -- | -- | -- | -- | -- | -- | 10 | -- | -- | 90 | Multi | Layered | PC | |
| 0739778 | DD-032807-7 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |
| 0739779 | DD-032807-8 | NAD | -- | -- | -- | -- | -- | -- | 5 | -- | -- | 95 | Multi | Layered | PC | This sample was analyzed according to NeSHAP protocols and is not a NVLAP accredited analysis. |
| 0739780 | DD-032807-9 | NAD | -- | -- | -- | -- | 60 | -- | -- | -- | -- | 40 | Gray | Homogeneous | PC | |
| 0739781 | DD-032807-10 | 60 | -- | 60 | -- | -- | -- | -- | -- | -- | -- | 40 | Gray | Homogeneous | PC | |
| 0739782 | DD-032807-11 | TR | -- | TR | -- | -- | -- | -- | -- | -- | -- | 100 | Gray | Homogeneous | PC | |
| 0739783 | DD-032807-12 | NAD | -- | -- | -- | -- | -- | -- | TR | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739784 | DD-032807-13 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | Beige | Homogeneous | PC | |
| 0739785 | DD-032807-14 | 8 | 8 | -- | -- | -- | -- | -- | -- | -- | -- | 92 | Black | Homogeneous | PC | |
| 0739786 | DD-032807-15 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | Beige | Homogeneous | PC | |

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it is not to be used, in whole or in part, in any advertising or publicity matter without prior written authorization from us. Sample types, locations and collection protocols are based upon the information provided by the persons submitting them and, unless collected by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client. NVLAP Accreditation applies only to polarized light microscopy of bulk samples and transmission electron microscopy of AHERA air samples. This report must not be used to claim, and does not imply product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. All rights reserved. AMA Analytical Services, Inc.

An AIHA (#8863), NVLAP (# 101143), & New York ELAP (#10920) Accredited Laboratory
4475 Forbes Blvd. • Lanham, MD 20706 • (301) 459-2640 • Toll Free (800) 346-0961 • Fax (301) 459-2643

# AMA Analytical Services, Inc.
*A Specialized Environmental Laboratory*

NVLAP 101143-0
N Y ELAP 10920
AIHA 100470

## CERTIFICATE OF ANALYSIS

Page 2 of 5

| | |
|---|---|
| **Client:** | ATC Associates, Inc |
| **Address:** | 9231 Rumsey Road |
| | Columbia, Maryland 21045 |
| **Attention:** | D. Dauberman |

| | |
|---|---|
| **Job Name:** | 1225 Connecticut Ave |
| **Job Location:** | Washington, DC |
| **Job Number:** | 09.75084-0002 |
| **P.O. Number:** | Not Provided |

| | |
|---|---|
| **Chain Of Custody:** | S00739 |
| **Date Analyzed:** | 4/4/2007 |
| **Person Submitting:** | D. Dauberman |

## Summary of Polarized Light Microscopy

| AMA Sample Number | Client Sample # | Total Asbestos | Chrysotile Percent | Amosite Percent | Crocidolite Percent | Other Asbestos Percent | Mineral Wool Percent | Fiberglass Percent | Organic Percent | Synthetic Percent | Other Percent | Particulate Percent | Sample Color | Homogeneity | Analyst ID | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0739787 | DD-032807-16 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | 5 | 95 | White | Homogeneous | PC | |
| 0739788 | DD-032807-17 | 2 | 2 | -- | -- | -- | -- | -- | -- | -- | -- | 98 | Red | Homogeneous | PC | |
| 0739789 | DD-032807-18 | 70 | -- | 70 | -- | -- | -- | -- | -- | -- | -- | 30 | Brown | Homogeneous | PC | |
| 0739790 | DD-032807-19 | 5 | 5 | -- | -- | -- | -- | -- | -- | -- | -- | 95 | Black | Homogeneous | PC | |
| 0739791 | DD-032807-20 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739792 | DD-032807-21 | NAD | -- | -- | -- | -- | -- | -- | TR | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739793 | DD-032807-22 | 2 | 2 | -- | -- | -- | -- | -- | -- | -- | 2 | 96 | White | Homogeneous | PC | |
| 0739794 | DD-032807-23 | 70 | -- | 70 | -- | -- | -- | -- | -- | -- | -- | 30 | Beige | Homogeneous | PC | |
| 0739795 | DD-032807-24 | NAD | -- | -- | -- | -- | -- | -- | 10 | -- | -- | 90 | Multi | Layered | PC | |
| 0739796 | DD-032807-25 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |
| 0739797 | DD-032807-26 | NAD | -- | -- | -- | -- | -- | -- | 5 | -- | -- | 95 | Multi | Layered | PC | This sample was analyzed according to NESHAP protocols and is not a NVLAP accredited analysis. |
| 0739798 | DD-032807-27 | NAD | -- | -- | -- | -- | -- | -- | 10 | -- | -- | 90 | Multi | Layered | PC | |
| 0739799 | DD-032807-28 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it is not to be used, in whole or in part, in any advertising or publicity matter without prior written authorization from us. Sample types, locations and collection protocols are based upon the information provided by the persons submitting them and, unless collected by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client. NVLAP Accreditation applies only to polarized light microscopy of bulk samples and transmission electron microscopy of AHERA air samples. This report must not be used to claim, and does not imply product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.    All rights reserved. AMA Analytical Services, Inc.

An AIHA (#8863), NVLAP (# 101143), & New York ELAP (#10920) Accredited Laboratory
4475 Forbes Blvd. • Lanham, MD 20706 • (301) 459-2640 • Toll Free (800) 346-0961 • Fax (301) 459-2643

# AMA Analytical Services, Inc.
*A Specialized Environmental Laboratory*

NVLAP 101143-0
NY ELAP 10920
AIHA 100470

## CERTIFICATE OF ANALYSIS

| Client: | ATC Associates, Inc. | Job Name: | 1225 Connecticut Ave | Chain Of Custody: | 500739 |
|---|---|---|---|---|---|
| Address: | 9231 Rumsey Road | Job Location: | Washington, DC | Date Analyzed: | 4/4/2007 |
| | Columbia, Maryland 21045 | Job Number: | 09.75084-0002 | Person Submitting: | D. Dauberman |
| | | P.O. Number: | Not Provided | | |
| Attention: | D. Dauberman | | | | |

## Summary of Polarized Light Microscopy

| AMA Sample Number | Client Sample # | Total Asbestos | Chrysotile Percent | Amosite Percent | Crocidolite Percent | Other Asbestos Percent | Mineral Wool Percent | Fiberglass Percent | Organic Percent | Synthetic Percent | Other Percent | Particulate Percent | Sample Color | Homogeneity | Analyst ID | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0739800 | DD-032807-29 | NAD | -- | -- | -- | -- | -- | -- | 5 | -- | -- | 95 | Multi | Layered | PC | This sample was analyzed according to NESHAP protocols and is not a NVLAP accredited analysis. |
| 0739801 | DD-032807-30 | NAD | -- | -- | -- | -- | -- | -- | TR | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739802 | DD-032807-31 | 60 | -- | 60 | -- | -- | -- | -- | -- | -- | -- | 40 | Beige | Homogeneous | PC | |
| 0739803 | DD-032807-32 | NAD | -- | -- | -- | -- | -- | TR | 10 | -- | -- | 90 | Multi | Layered | PC | |
| 0739804 | DD-032807-33 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |
| 0739805 | DD-032807-34 | NAD | -- | -- | -- | -- | -- | TR | 5 | -- | -- | 95 | Multi | Layered | PC | This sample was analyzed according to NESHAP protocols and is not a NVLAP accredited analysis. |
| 0739806 | DD-032807-35 | NAD | -- | -- | -- | -- | -- | -- | 10 | -- | -- | 90 | Multi | Layered | PC | |
| 0739807 | DD-032807-36 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |
| 0739808 | DD-032807-37 | NAD | -- | -- | -- | -- | -- | TR | 5 | -- | -- | 95 | Multi | Layered | PC | This sample was analyzed according to NESHAP protocols and is not a NVLAP accredited analysis. |
| 0739809 | DD-032807-38 | 60 | -- | 60 | -- | -- | -- | -- | -- | -- | -- | 40 | Beige | Homogeneous | PC | |

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it is not to be used, in whole or in part, in any advertising or publicity matter without prior written authorization from us. Sample types, locations and collection protocols are based upon the information provided by the persons submitting them and, unless collected by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client. NVLAP Accreditation applies only to polarized light microscopy of bulk samples and transmission electron microscopy of AHERA air samples. This report must not be used to claim, and does not imply product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. All rights reserved. AMA Analytical Services, Inc.

An AIHA (#8863), NVLAP (#101143), & New York ELAP (#10920) Accredited Laboratory
4475 Forbes Blvd. • Lanham, MD 20706 • (301) 459-2640 • Toll Free (800) 346-0961 • Fax (301) 459-2643



# AMA Analytical Services, Inc.
### A Specialized Environmental Laboratory

NVLAP 101143-0
NY ELAP 10920
AIHA 100470

## CERTIFICATE OF ANALYSIS

Page 4 of 5

| | | |
|---|---|---|
| **Client:** | AI'C Associates, Inc. | |
| **Address:** | 9231 Rumsey Road | |
| | Columbia, Maryland 21045 | |

| | | |
|---|---|---|
| **Job Name:** | 1225 Connecticut Ave | |
| **Job Location:** | Washington, DC | |
| **Job Number:** | 09.75084-0002 | |
| **P.O. Number:** | Not Provided | |

| | | |
|---|---|---|
| **Chain Of Custody:** | 5/00739 | |
| **Date Analyzed:** | 4/4/2007 | |
| **Person Submitting:** | D. Dauberman | |

**Attention:** D. Dauberman

## Summary of Polarized Light Microscopy

| AMA Sample Number | Client Sample # | Total Asbestos | Chrysotile Percent | Amosite Percent | Crocidolite Percent | Other Asbestos Percent | Mineral Wool Percent | Fiberglass Percent | Organic Percent | Synthetic Percent | Other Percent | Particulate Percent | Sample Color | Homogeneity | Analyst ID | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0739810 | DD-032807-39 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | Yellow | Homogeneous | PC | |
| 0739811 | DD-032807-40 | NAD | -- | -- | -- | -- | -- | -- | 10 | -- | -- | 90 | Multi | Layered | PC | |
| 0739812 | DD-032807-41 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |
| 0739813 | DD-032807-42 | NAD | -- | -- | -- | -- | -- | -- | 5 | -- | -- | 95 | Multi | Layered | PC | This sample was analyzed according to NESHAP protocols and is not a NVLAP accredited analysis. |
| 0739814 | DD-032807-43 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | Brown | Homogeneous | PC | |
| 0739815 | DD-032807-44 | NAD | -- | -- | -- | -- | -- | -- | 10 | -- | -- | 90 | Multi | Layered | PC | |
| 0739816 | DD-032807-45 | NAD | -- | -- | -- | -- | -- | -- | -- | -- | -- | 100 | White | Homogeneous | PC | |
| 0739817 | DD-032807-46 | NAD | -- | -- | -- | -- | -- | -- | 5 | -- | -- | 95 | Multi | Layered | PC | |
| 0739818 | DD-032807-47 | NAD | -- | -- | -- | -- | -- | -- | TR | -- | -- | 100 | Beige | Homogeneous | PC | |
| 0739819 | DD-032807-48 | NAD | -- | -- | -- | -- | -- | -- | TR | -- | -- | 100 | White | Homogeneous | PC | |
| 0739820 | DD-032807-49 | 60 | -- | 60 | -- | -- | -- | -- | -- | -- | -- | 40 | Beige | Homogeneous | PC | |

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it is not to be used, in whole or in part, in any advertising or publicity matter without prior written authorization from us. Sample types, locations and collection protocols are based upon the information provided by the persons submitting them and, unless collected by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client. NVLAP Accreditation applies only to polarized light microscopy of bulk samples and transmission electron microscopy of AHERA air samples. This report must not be used to claim, and does not imply product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.    All rights reserved. AMA Analytical Services, Inc.

An AIHA (#8863), NVLAP (# 101143), & New York ELAP (#10920) Accredited Laboratory
4475 Forbes Blvd. • Lanham, MD 20706 • (301) 459-2640 • Toll Free (800) 346-0961 • Fax (301) 459-2643

# AMA Analytical Services, Inc.
*A Specialized Environmental Laboratory*

NVLAP
101143-0
NY ELAP
10920
AIHA
100470

## CERTIFICATE OF ANALYSIS

| | | | | |
|---|---|---|---|---|
| **Client:** | ATC Associates. Inc. | **Job Name:** | 1225 Connecticut Ave | **Chain Of Custody:** 500739 |
| **Address:** | 9231 Rumsey Road | **Job Location:** | Washington. DC | **Date Analyzed:** 4/4/2007 |
| | Columbia, Maryland  21045 | **Job Number:** | 09.75084-0002 | **Person Submitting:** D. Dauberman |
| | | **P.O. Number:** | Not Provided | |
| **Attention:** | D. Dauberman | | | |

*Page 5 of 5*

## Summary of Polarized Light Microscopy

| AMA Sample Number | Client Sample # | Total Asbestos | Chrysotile Percent | Amosite Percent | Crocidolite Percent | Other Asbestos Percent | Mineral Wool Percent | Fiberglass Percent | Organic Percent | Synthetic Percent | Other Percent | Particulate Percent | Sample Color | Homogeneity | Analyst ID | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |

The following footnotes only apply to those samples which the total asbestos result is flagged with a note number.

1  TEM RECOMMENDATION - Please note. due to resolution limitations with optical microscopy and/or interference from matrix components of this sample. results which are reported via PLM as negative or trace (<1%) for asbestos may contain a significant quantity of asbestos.  It is recommended that the additional analytical technique of TEM be used to check for asbestos fibers below the resolution limits of optical microscopy.

2  MATRIX REDUCTION RECOMMENDATION - Please note. due to interference from the matrix components of this sample. results which are reported via PLM as negative or trace (<1%) for asbestos may contain a significant quantity of asbestos which is obscured from view.  It is recommended that the additional preparation technique of gravimetric reduction be performed on this sample to minimize the obscuring effects of matrix components. followed by reanalysis by PLM and/or TEM.

Analysis Method - FPA/600/R-93/116 dated July 1993

NAD = "No Asbestos Detected"          TR = "Trace equals less than 1% of this component"

Samples are retained for 60 days from the date the final report is mailed to the client.

*P. Chai*

Peerawut Chaikceanee

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it is not to be used, in whole or in part, in any advertising or publicity matter without prior written authorization from us. Sample types, locations and collection protocols are based upon the information provided by the persons submitting them and, unless collected by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client. NVLAP accreditation applies only to polarized light microscopy of bulk samples and transmission electron microscopy of AHERA air samples. This report must not be used to claim, and does not imply product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government.
All rights reserved. AMA Analytical Services, Inc.

An AIHA (#8863), NVLAP (# 101143), & New York ELAP (#10920) Accredited Laboratory
4475 Forbes Blvd. • Lanham, MD 20706 • (301) 459-2640 • Toll Free (800) 346-0961 • Fax (301) 459-2643

# ATC Associates Inc

104 East 25 Street, New York, NY 10010

Phone: (212) 353-8280     Fax: (212) 353-8306



| | |
|---|---|
| **Client:** ATC ASSOCIATES INC. - COLUMBIA, MD<br>9231 RUMSEY ROAD<br>COLUMBIA , MD 21045<br>**Fax:** (410) 381-8908   **Phone:** (410) 381-0232 | **Sampling Date :** 4/10/2007<br>**Date Received :** 4/12/2007<br>**Date Analyzed :** 4/12/2007<br>**ATC Batch #** 12760 |
| **Project:** 1225 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC | **Methods:** EPA 600/M4-82-020<br>EPA 600/R-93/116<br>ELAP 198.1, 198.6 and 198.4 |

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos | | NOB | Asbestos |
|---|---|---|---|---|---|---|---|
| | | | | % Fibrous | % Non-Fibrous | % Type | % Type |
| **DD-041007-1** EXT. SE | | EXT. FAÇADE VERTICAL<br>JOINT CAULK | PLM | 5% Cellulose | 20% Mineral Filler<br>75% Organic Binders | | |
| 12760-1 | | | | | | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RCOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **DD-041007-2** EXT. SE | | EXT. FACADE HORIZONTAL<br>JOINT CAULK | PLM | 5% Cellulose | 20% Mineral Filler<br>75% Organic Binders | | |
| 12760-2 | | | | | | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RCOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **DD-041007-3** EXT. SE | | EXT. WINDOW CAULK | PLM | | 30% Mineral Filler<br>70% Organic Binders | | |
| 12760-3 | | | | | | | NONE DETECTED |
| | | Color: GRAY | | Comments: NOB RCOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **DD-041007-4** EXT. SE | | EXT. WINDOW CAULK | PLM | | 30% Mineral Filler<br>70% Organic Binders | | |
| 12760-4 | | | | | | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RCOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory  is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data  is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

*Page 1 of 9*

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041007-5 | EXT. SE | EXT. HORIZONTAL JOINT CAULK | PLM | | 30% Mineral Filler<br>70% Organic Binders | | |
| 12760 -5 | | | | | | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB ROMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-6 | EXT. SE | VENT CAULK WHITE | PLM | 5% Cellulose | 40% Mineral Filler<br>50% Organic Binders | | 5% Chrysotile |
| 12760 -6 | | | | | | | |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | Total Asbestos: 5 % |
| DD-041007-7 | EXT. NE | EXT. FAÇADE VERTICAL JOINT CAULK - BLACK | PLM | 5% Cellulose | 20% Mineral Filler<br>75% Organic Binders | | |
| 12760 -7 | | | | | | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-8 | EXT. NE | EXT. FAÇADE VERTICAL JOINT CAULK - REDDISH | PLM | Trace% Cellulose | 30% Mineral Filler<br>70% Organic Binders | | |
| 12760 -8 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-9 | EXT. NE | EXT. FAÇADE HORIZONTAL JOINT CAULK - BLACK | PLM | Trace% Cellulose | 30% Mineral Filler<br>70% Organic Binders | | |
| 12760 -9 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908   **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041007-10 | EXT. NE | EXT. WINDOW - BLACK CAULK | PLM | | 25% Mineral Filler 75% Organic Binders | | |
| 12760-10 | | | | | | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-11 | EXT. NE | WINDOW CAULK BLACK | PLM | | 20% Mineral Filler 80% Organic Binders | | |
| 12760-11 | | | | | | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-12 | 4TH FL. SUITE LOBBY | 2'X2' ACT WHITE W/LARGE FISSURES | PLM | 40% Cellulose 40% FiberGlass | 20% Mineral Filler | | |
| 12760-12 | | | | | | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-13 | 4TH FL. NW CORNER | GRAY SEAM SEALANT ON METAL DUCT | PLM | | 20% Mineral Filler 80% Organic Binders | | |
| 12760-13 | | | | | | | NONE DETECTED |
| | | Color: GRAY | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-14 | 4TH FL. NW CORNER | WHITE PLASTER SKIM COAT | PLM | | 100% Mineral Filler | | |
| 12760-14 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | Trace% PAINT | | | |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By: Inna Kipen

*Page 3 of 9*

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041007-15** 4TH FL. NW CORNER | | BROWN PLASTSER ROUGH COAT | PLM | Trace% Cellulose | 100% Mineral Filler | | |
| 12760 -15 | | | | | | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **DD-041007-16** 4TH FL. N. CENT | | BLACK SEALANT ON F.G. PIPE INSULATION | PLM | 10% Cellulose 10% FiberGlass | 30% Mineral Filler 50% Organic Binders | | |
| 12760 -16 | | | | | | | NONE DETECTED |
| | | Color: TAN/BLK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **DD-041007-17** 4TH FL. NE | | BEIGE SEAM SEALANT ON METAL DUCT | PLM | Trace% Cellulose | 30% Mineral Filler 70% Organic Binders | | |
| 12760 -17 | | | | | | | NONE DETECTED |
| | | Color: OFF-WT. | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **DD-041007-18** 4TH FL. SE MEETING RM. | | WHITE SEAM SEALANT ON F.G. DUCT INSULATION | PLM | 15% Cellulose 5% FiberGlass | 20% Mineral Filler 60% Organic Binders | | |
| 12760 -18 | | | | | Trace% Paint/Foil | | NONE DETECTED |
| | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **DD-041007-19** 4TH FL. SE MEETING RM. | | WHITE SEAM SEALANT ON F.G. DUCT INSULATION | PLM | 5% Cellulose 5% FiberGlass | 20% Mineral Filler 70% Organic Binders | | |
| 12760 -19 | | | | | Trace% Foil | | NONE DETECTED |
| | | Color: OFF-WT. | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to the samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041007-20 | 4TH FL. SE MEETING RM. | GREENISH METAL DUCT SEAM SEALANT | PLM | Trace% Cellulose | 25% Mineral Filler 75% Organic Binders | | |
| 12760-20 | | | | | | | NONE DETECTED |
| | | Color: GRAY | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-21 | 4TH FL. SE CENT. | GRYA SPRAY-APPLIED FIRE PROOFING | PLM | Trace% Cellulose 80% FiberGlass | 20% Mineral Filler | | |
| 12760-21 | | | | | | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-22 | 4TH FL. SW CENT. | WHITE PLASTER SKIM COAT | PLM | Trace% Cellulose | 100% Mineral Filler | | |
| 12760-22 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-23 | 4TH FL. SW CENT | BROWN PLASTER ROUGH COAT | PLM | | 100% Mineral Filler | | |
| 12760-23 | | | | | | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-24 | 4TH FL. SE TELEPHONE RM. | BROWN PINK MASTIC ON METAL DUCT | PLM | 5% Cellulose Trace% FiberGlass | 20% Mineral Filler 75% Organic Binders | | |
| 12760-24 | | | | | | | NONE DETECTED |
| | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908  **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041007-25 | 4TH FL. NW DUCT CHASE | BLACK SEAM SEALANT IN F.G. DUCT INSULATION | PLM | 15% Cellulose 15% FiberGlass | 10% Mineral Filler 55% Organic Binders Trace% Foil | | 5% Chrysotile |
| 12760 -25 | | Color: TAN/BLK | | | | | |
| Analyzed By: Mei Wang | | | | | | | **Total Asbestos: 5 %** |
| DD-041007-26 | 4TH FL. NW DUCT CHASE | BROWN MASTIC | PLM | 5% Cellulose Trace% FiberGlass | 15% Mineral Filler 75% Organic Binders | | 5% Chrysotile |
| 12760 -26 | | Color: TAN/BRN | | | | | |
| Analyzed By: Mei Wang | | | | | | | **Total Asbestos: 5 %** |
| DD-041007-27 | 4TH FL. NW DUCT CHASE | WHITE SEAM SEALANT ON F.G. PIPE FITTING | PLM | 5% Cellulose 10% FiberGlass | 20% Mineral Filler 65% Organic Binders | | NONE DETECTED |
| 12760 -27 | | Color: OFF-WT. | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| DD-041007-28 | 4TH FL. SW DUCT CHASE | WHITE SEAM SEALANT ON F.G. DUCT INSULATION (PATCH) | PLM | 10% Cellulose 10% FiberGlass | 20% Mineral Filler 60% Organic Binders | | NONE DETECTED |
| 12760 -28 | | Color: OFF-WT. | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| DD-041007-29 | 4TH FL. W. ELEC. RM. | 9"X9" VFT GRAY MOTTLE | PLM | Trace% Cellulose | 50% Mineral Filler 47% Organic Binders | | 3% Chrysotile |
| 12760 -29 | | Color: LT.BROWN | | | | | |
| Analyzed By: Mei Wang | | | | | | | **Total Asbestos: 3 %** |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041007-30 | 4TH L. W. ELEC. RM. | BLACK MASTIC W/ #29 | PLM | 5% Cellulose | 15% Mineral Filler<br>75% Organic Binders | | 5% Chrysotile |
| 12760-30 | | | | | | | |
| | | Color: BLACK | | | | | |
| Analyzed By: Mei Wang | | | | | | | **Total Asbestos: 5 %** |
| DD-041007-31 | 4TH FL. SERVER RM. | WHITE PLASTER SKIM COAT | PLM | | 100% Mineral Filler | | |
| 12760-31 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | | Trace% Paint | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-32 | 4TH FL. SERVER RM. | BROWN PLASTER ROUGH COAT | PLM | Trace% Cellulose | 100% Mineral Filler | | |
| 12760-32 | | | | | | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | |
| DD-041007-33 | 4TH FL. SE MEETING RM. | 12"X12" VFT TAN W/BLACK SPECKS | PLM | | 40% Mineral Filler<br>60% Organic Binders | | |
| 12760-33 | | | | | | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| DD-041007-34 | 4TH FL. SE MEETING RM. | YELLOW MASTIC W/#33 | PLM | Trace% Cellulose | 20% Mineral Filler<br>80% Organic Binders | | |
| 12760-34 | | | | | | | NONE DETECTED |
| | | Color: YELLOW | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data  is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to the samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908   **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # Location | Type of Material | Method | Non-Asbestos % Fibrous | % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|
| **DD-041007-35** 4TH FL. SE MEETING RM. | FLOORING UNDERLAYMENT | PLM | 5% Cellulose | 25% Mineral Filler 70% Organic Binders | | |
| 12760 -35 | | | | | | NONE DETECTED |
| | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | |
| **DD-041007-36** 4TH FL. E. SERVER RM. | 9"x9" VFT WHITE MOTTLE | PLM | Trace% Cellulose | 35% Mineral Filler 65% Organic Binders | | |
| 12760 -36 | | | | | | NONE DETECTED |
| | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | |
| **DD-041007-37** 4TH FL. E. SERVER RM. | YELLOW MASTIC W/#36 | PLM | 5% Cellulose | 10% Mineral Filler 85% Organic Binders | | |
| 12760 -37 | | | | | | NONE DETECTED |
| | Color: LT.BROWN | | Comments: NOT ENOUGH FOR NOB | | | |
| Analyzed By: Mei Wang | | | | | | |
| **DD-041007-38** 4TH FL. S. STAIRWELL | 9"X9" TAN W/WHITE STREAKS | PLM | | 35% Mineral Filler 65% Organic Binders | | |
| 12760 -38 | | | | | | NONE DETECTED |
| | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | |
| **DD-041007-39** 4TH FL. S. STAIRWELL | YELLOW MASTIC W/#38 | PLM | 5% Cellulose | 15% Mineral Filler 80% Organic Binders | | |
| 12760 -39 | | | | | | NONE DETECTED |
| | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12760

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos | | NOB | Asbestos |
| | | | | % Fibrous | % Non-Fibrous | % Type | % Type |
|---|---|---|---|---|---|---|---|
| **DD-041007-40** | PENTHOUSE DUCT CHASE | GRAY SEAM SEALANT ON F.G. DUCT INSULATION | PLM | 15% Cellulose | 20% Mineral Filler | | |
| | | | | 10% FiberGlass | 55% Organic Binders | | |
| 12760-40 | | | | | | | NONE DETECTED |
| | | Color: LT.GRAY | | | Trace% Foil | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |

Mei Wang

Analyzed by:

Milena Bonezzi

Approved by: H.Bonezzi

---

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By: Inna Kipen

# ATC Associates Inc

104 East 25 Street, New York, NY 10010

Phone: (212) 353-8280      Fax: (212) 353-8306



| | | |
|---|---|---|
| **Client:** | ATC ASSOCIATES INC. - COLUMBIA, MD | **Sampling Date :** 4/10/2007 |
| | 9231 RUMSEY ROAD | |
| | COLUMBIA , MD 21045 | **Date Received :** 4/12/2007 |
| **Fax:** | (410) 381-8908    **Phone:**  (410) 381-0232 | **Date Analyzed :** 4/12/2007 |
| **Project:** | 1225 CONNECTICUT AVENUE, NW | **ATC Batch #** 12761 |
| | WASHINGTON, DC | **Methods:** EPA 600/M4-82-020 |
| | | EPA 600/R-93/116 |
| | | ELAP 198.1, 198.6 and 198.4 |

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **A.L.PENTHO USE 01** 12761 -1 | 2ND LEVEL PENTHOUSE SW CORNER | PIPE SCAN SEALANT ON DK. BLUE AIRCELL WATER LINE Color: TAN/WT. | PLM | 5% Cellulose 10% FiberGlass | 30% Mineral Filler 55% Organic Binders Trace% Paint | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | Comments: NOB RECOMMENDED | | |
| **A.L.PENTHO USE 01** 12761 -2 | 2ND LEVEL PENTHOUSE SW CORNER | PIPE SEAM SEALANT ON RED/LT.BLUE/WHITE HOT & CHILLED WATER LINE Color: TAN | PLM | Trace% Cellulose 10% FiberGlass | 30% Mineral Filler 60% Organic Binders Trace% PAINT | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | Comments: NOB RECOMMENDED | | |
| **A.L.PENTHO USE 03** 12761 -3 | 2ND LEVEL PENTHOUSE SW CORNER | PIPE SEAM SEALANT ON ORANGE / RED CONDENSATE LINE Color: OFF-WT. | PLM | 5% Cellulose 5% FiberGlass | 30% Mineral Filler 60% Organic Binders Trace% PAINT | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | Comments: NOB RECOMMENDED | | |
| **A.L.PENTHO USE 04** 12761 -4 | 2ND LEVEL PENHOUSE ABOVE AHU3 | PIPE SEAM SEALANT ON OLDER WHITE LINES Color: TAN | PLM | Trace% Cellulose 10% FiberGlass | 30% Mineral Filler 60% Organic Binders Trace% PAINT | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | Comments: NOB RECOMMENDED | | |

---

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory  is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data  is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____ . Amendments: _____ . Amendment Dates: _____

Report Prepared By:  Inna Kipen

| Client: | ATC ASSOCIATES INC. - COLUMBIA, MD | Sampling Date : 4/10/2007 |
| | 9231 RUMSEY ROAD | Date Received : 4/12/2007 |
| | COLUMBIA , MD 21045 | |
| Fax: | (410) 381-8908    Phone: (410) 381-0232 | Date Analyzed : 4/12/2007 |
| Project: | 1225 CONNECTICUT AVENUE, NW | ATC Batch # 12761 |
| | WASHINGTON, DC | Methods: EPA 600/M4-82-020 |
| | | EPA 600/R-93/116 |
| | | ELAP 198.1, 198.6 and 198.4 |

Project #   09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **A.L.PENTHO** **USE 05** 12761 -5 | 2ND LEVEL PENHOUSE ABOVE AHU3 | PIPE SEAM SEALANT ON OLDER WHITE LINES | PLM | Trace% Cellulose 10% FiberGlass | 30% Mineral Filler 60% Organic Binders | | NONE DETECTED |
| | | Color: TAN | | | Trace% PAINT | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO** **USE 06** 12761 -6 | AHU 2 | BROWN DUCT PIN MASTIC | PLM | 15% Cellulose | 15% Mineral Filler 65% Organic Binders | | 5% Chrysotile |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | **Total Asbestos: 5 %** |
| **A.L.PENTHO** **USE 07** 12761 -7 | AHU 2 | BROWN DUCT PIN MASTIC | PLM | 12% Cellulose | 20% Mineral Filler 60% Organic Binders | | 8% Chrysotile |
| | | Color: LT.BROWN | | | | | |
| Analyzed By: Mei Wang | | | | | | | **Total Asbestos: 8 %** |
| **A.L.PENTHO** **USE 08** 12761 -8 | 1ST FL. PENHOUSE - ADJ. TO STAIRWELL | PIPE SEAM SEALANT ON RED/LT.BLUE / WT. HOT & CHILLED WATER LINE | PLM | Trace% Cellulose 5% FiberGlass | 25% Mineral Filler 70% Organic Binders | | NONE DETECTED |
| | | Color: TAN | | | Trace% Paint | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO** **USE 09** 12761 -9 | 2ND LEVEL PENTHOUSE BETWEEN AHU2 & AHU3 | WHITE DUCT SEAM SEALANT | PLM | Trace% Cellulose | 30% Mineral Filler 70% Organic Binders | | NONE DETECTED |
| | | Color: WHITE | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to the samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007
**Date Received :** 4/12/2007
**Date Analyzed :** 4/12/2007
**ATC Batch #** 12761
**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

Project #   09.75084.0002

# Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **A.L.PENTHO USE 10** 12761 -10 | AHU 3 | WHITE DUCT SEAM SEALANT | PLM | Trace% Cellulose | 30% Mineral Filler 70% Organic Binders | | NONE DETECTED |
| | | Color: OFF-WT. | | | Trace% Foil/Paint | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 11** 12761 -11 | 2ND LEVEL PENTHOUSE - EAST WALL | WINDOW GLAZING | PLM | Trace% Cellulose | 40% Mineral Filler 60% Organic Binders | | NONE DETECTED |
| | | Color: LT.GRAY | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 12** 12761 -12 | AHU #1 | WHITE DUCT SEAM SEALANT | PLM | 5% Cellulose Trace% FiberGlass | 30% Mineral Filler 65% Organic Binders | | NONE DETECTED |
| | | Color: OFF-WT. | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 13** 12761 -13 | AHU #2 | WHITE DUCT SEAM SEALANT | PLM | Trace% Cellulose | 30% Mineral Filler 70% Organic Binders | | NONE DETECTED |
| | | Color: OFF-WT. | | | | | |
| Analyzed By: Mei Wang | | | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 14** 12761 -14 | 2ND LEVEL PENTHOUSE RESTROOM | SKIM COAT PLASTER (SCP) | PLM | | 100% Mineral Filler | | NONE DETECTED |
| | | Color: WHITE | | | Trace% PAINT | | |
| Analyzed By: Mei Wang | | | | | | | |

---

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to the samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____.  Amendments: ____.  Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12761

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

# Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| A.L.PENTHO USE 15 12761 -15 | 2ND LEVEL PENTHOUSE RESTROOM | ROUGH COAT PLASTER (RCP) Color: TAN | PLM | | 100% Mineral Filler | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 16 12761 -16 | 2ND LEVEL PENTHOUSE RESTROOM | SCP Color: WHITE | PLM | Trace% Cellulose | 100% Mineral Filler | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 17 12761 -17 | 2ND LEVEL PENTHOUSE RESTROOM | RCP Color: TAN | PLM | Trace% Cellulose | 100% Mineral Filler | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 18 12761 -18 | 2ND LEVEL PENTHOUSE RESTROOM | SCP Color: WHITE | PLM | | 100% Mineral Filler | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 19 12761 -19 | 2ND LEVEL PENTHOUSE RESTROOM | RCP Color: TAN | PLM | Trace% Cellulose | 100% Mineral Filler | | NONE DETECTED |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908   **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12761

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| A.L.PENTHO USE 20 12761 -20 | 2ND LEVEL PENTHOUSE - NW CORNER | HOT WATER TANK INSULATION | PLM | Trace% Cellulose 15% FiberGlass | 85% Mineral Filler | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 21 12761 -21 | ENGINEER'S OFFICE | 9"X9" LINOLEUM TILE | PLM | Trace% Cellulose | 30% Mineral Filler 70% Organic Binders Trace% PAINT | | NONE DETECTED |
| | | Color: LT.GRAY | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 22 12761 -22 | BREAK RM. | 9"X9" BLACK VFT | PLM | Trace% Cellulose | 40% Mineral Filler 60% Organic Binders | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 23 12761 -23 | BREAK RM. | ASSOC. BROWN MASTIC | PLM | Trace% Cellulose | 20% Mineral Filler 80% Organic Binders | | NONE DETECTED |
| | | Color: LT.BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| A.L.PENTHO USE 24 12761 -24 | BREAK RM. | 2'X4' SEAM SEALANT ON DARK BLUE CHILLED LINES | PLM | 40% Cellulose 40% FiberGlass | 20% Mineral Filler | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12761

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #**   09.75084.0002

# Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **A.L.PENTHO USE 25** 12761 -25 | ADJ. TO AHU #2 | PIPE SEAM SEALANT O DK. BLUE CHILLED LINES | PLM | 5% Cellulose 20% FiberGlass | 40% Mineral Filler 35% Organic Binders Trace% Paint | | NONE DETECTED |
| Analyzed By: Mei Wang | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 26** 12761 -26 | ADJ. TO AHU #2 | PIPE SEAM SEALANT ON RED STEAM LINE | PLM | Trace% Cellulose 4% FiberGlass | 25% Mineral Filler 70% Organic Binders 1% Paint | | NONE DETECTED |
| Analyzed By: Mei Wang | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 27** 12761 -27 | ADJ. TO AHU #2 | PIPE SEAM SEALANT ON RED STEAM LINE | PLM | 5% Cellulose 10% FiberGlass | 20% Mineral Filler 65% Organic Binders | | NONE DETECTED |
| Analyzed By: Mei Wang | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 28** 12761 -28 | ENGINEER'S OFFICE | BROWN LINOLEUM MASTIC | PLM | Trace% Cellulose | 30% Mineral Filler 70% Organic Binders | | NONE DETECTED |
| Analyzed By: Mei Wang | | Color: YL./BRN | | Comments: NOB RECOMMENDED | | | |
| **A.L.PENTHO USE 29** 12761 -29 | 1ST LEVEL PENTHOUSE - ALONG WEST WALL | WHITE DUCT SEAM SALANT | PLM | Trace% Cellulose | 30% Mineral Filler 70% Organic Binders Trace% PAINT | | NONE DETECTED |
| Analyzed By: Mei Wang | | Color: OFF-WT. | | Comments: NOB RECOMMENDED | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908   **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12761

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #**   09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **A.L.PENTHO USE 30** 12761 -30 | 1ST LEVEL PENTHOUSE - NORTH WALL | WINDOW GLAZING | PLM | Trace% Cellulose Trace% FiberGlass | 30% Mineral Filler 70% Organic Binders | | NONE DETECTED |
| | | Color: OFF-WT. | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **A.L.PENTHO USE 31** 12761 -31 | 1ST LEVEL PENTHOUSE - ALONG SOUTH WALL | PIPE SEAM SEALANT ON GREEN CONDENSATE LINES | PLM | Trace% Cellulose 5% FiberGlass | 30% Mineral Filler 65% Organic Binders Trace% Paint | | NONE DETECTED |
| | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **A.L.PENTHO USE 32** 12761 -32 | 1ST LEVEL PENTHOUSE - ALONG SOUTH WALL | PIPE SEAM SEALANT ON GREEN CONDENSATE LINES | PLM | Trace% Cellulose Trace% FiberGlass | 25% Mineral Filler 75% Organic Binders Trace% Paint | | NONE DETECTED |
| | | Color: OFF-WT. | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **A.L.PENTHO USE 33** 12761 -33 | 1ST LEVEL PENTHOUSE - ADJ. TO STAIRWALL TO 2ND LEVEL | WHITE DUCT SEAM SEALANT | PLM | Trace% Cellulose 5% FiberGlass | 20% Mineral Filler 75% Organic Binders | | NONE DETECTED |
| | | Color: OFF-WT. | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **A.L.PENTHO USE 34** 12761 -34 | 1ST LEVEL PENTHOUSE - ALONG WEST WALL | GRAY DUCT SEAM SEALANT | PLM | Trace% Cellulose 5% FiberGlass | 20% Mineral Filler 75% Organic Binders | | NONE DETECTED |
| | | Color: GRAY | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12761

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **A.L.PENTHO USE 35** 12761-35 | 1ST LEVEL PENTHOUSE - SE CORNER | BLACK TAR PIPE WRAP | PLM | 5% Cellulose | 20% Mineral Filler 75% Organic Binders | | NONE DETECTED |
| | | Color: BLACK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Mei Wang | | | | | | | |
| **A.L.PENTHO USE 36** 12761-36 | 1ST LEVEL PENTHOUSE - SOUTH SIDE | PIPE SADDLE INSULATION ON CHILLED WATER LINES | PLM | 15% Cellulose | 60% Mineral Filler | | 25% Chrysotile |
| | | Color: OFF-WT. | | | | | |
| Analyzed By: Mei Wang | | | | | | | Total Asbestos: 25 % |
| **A.L.PENTHO USE 37** 12761-37 | 1ST LEVEL PENTHOUSE - SOUTH SIDE | PIPE SADDLE INSULATION ON CHILLED WATER LINES | PLM | 15% Cellulose | 60% Mineral Filler | | 25% Chrysotile |
| | | Color: OFF-WT. | | | | | |
| Analyzed By: Mei Wang | | | | | | | Total Asbestos: 25 % |
| **A.L.PENTHO USE 38** 12761-38 | 1ST LEVEL PENTHOUSE - SOUTH SIDE | PIPE SADDLE INSULATION ON CHILLED WATER LINES | PLM | 15% Cellulose | 60% Mineral Filler | | 25% Chrysotile |
| | | Color: OFF-WT. | | | | | |
| Analyzed By: Mei Wang | | | | | | | Total Asbestos: 25 % |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____, Amendments: _____, Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908   **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Project #** 09.75084.0002

**Sampling Date :** 4/10/2007

**Date Received :** 4/12/2007

**Date Analyzed :** 4/12/2007

**ATC Batch #** 12761

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos | | NOB | Asbestos |
| | | | | % Fibrous | % Non-Fibrous | % Type | % Type |
| --- | --- | --- | --- | --- | --- | --- | --- |

Mei Wang

Analyzed by:

Milena Bonezzi

Approved by:   H-Bonezzi

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data  is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

# ATC Associates Inc

104 East 25 Street, New York, NY 10010

Phone: (212) 353-8280      Fax: (212) 353-8306



| | |
|---|---|
| **Client:** ATC ASSOCIATES INC. - COLUMBIA, MD<br>9231 RUMSEY ROAD<br>COLUMBIA , MD 21045<br>**Fax:** (410) 381-8908    **Phone:** (410) 381-0232 | **Sampling Date :** 4/18/2007<br>**Date Received :** 4/24/2007<br>**Date Analyzed :** 4/24/2007 |
| **Project:** 1225 CONNECTICUT AVENUE, NW<br>WASHINGTON, DC | **ATC Batch #** 12841<br>**Methods:** EPA 600/M4-82-020<br>EPA 600/R-93/116<br>ELAP 198.1, 198.6 and 198.4 |

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041807-1**<br>12841 -1<br>Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | WHITE SKIM SEALANT ON F.G. PIPE INSULATION<br><br>Color: WT/BRN | PLM | 37% Cellulose | 33% Organic Binders<br>30% Foil<br>Comments: NOB RECOMMENDED | | NONE DETECTED |
| **DD-041807-2**<br>12841 -2<br>Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | WHITE SKIM SEALANT ON F.G. PIPE INSULATION<br><br>Color: WT/YL | PLM | 12% Cellulose<br>16% FiberGlass | 42% Organic Binders<br>30% Foil<br>Comments: NOB RECOMMENDED | | NONE DETECTED |
| **DD-041807-3**<br>12841 -3<br>Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | WHITE END CUP SEALANT<br><br>Color: WT/YL | PLM | 28% FiberGlass | 72% Organic Binders<br>Comments: NOB RECOMMENDED | | NONE DETECTED |
| **DD-041807-4**<br>12841 -4<br>Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | WHITE SEALANT ON F.G. PIPE FITTING<br><br>Color: WT/YL | PLM | 13% FiberGlass | 87% Organic Binders<br>Comments: NOB RECOMMENDED | | NONE DETECTED |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data  is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:**  ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:**  (410) 381-8908  **Phone:**  (410) 381-0232

**Project:**  1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Project #**  09.75084.0002

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041807-5** 12841 -5 Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | WHITE SEAM SEALANT ON F.G. PIPE INSULATION Color: WHITE | PLM | 3% FiberGlass Comments: NOB RECOMMENDED | 77% Organic Binders 20% Foil | | NONE DETECTED |
| **DD-041807-6** 12841 -6 Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | MUDDED PIPE FITTING INSULATION Color: BROWN | PLM | 4% FiberGlass | 96% Mineral Filler | | NONE DETECTED |
| **DD-041807-7** 12841 -7 Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | YELLOW DUCT MASTIC Color: BROWN | PLM | Comments: NOB RECOMMENDED | 100% Organic Binders | | NONE DETECTED |
| **DD-041807-8** 12841 -8 Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | MUDDED WALL TO PIPE FIRE STOP Color: BROWN | PLM | 4% FiberGlass | 96% Mineral Filler | | NONE DETECTED |
| **DD-041807-9** 12841 -9 Analyzed By: Yelena Peysakhova | MEZZ. MECH ROOM | WHITE SEAM SEALANT ON F.G. FITTING Color: WT/YL | PLM | 3% FiberGlass Comments: NOB RECOMMENDED | 97% Organic Binders | | NONE DETECTED |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____ . Amendments: ____ . Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045

**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-10 MEZZ. MECH ROOM | | MUDDED PIPE FITTING INSULATION | PLM | 8% FiberGlass | 81% Mineral Filler 11% Organic Binders | | NONE DETECTED |
| 12841 -10 | | Color: WHITE | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-11 MEZZ. MECH ROOM | | BLACK PIPE SEALANT UNDERSIDE OF INSULATION | PLM | 3% Cellulose 2% FiberGlass | 95% Organic Binders | | NONE DETECTED |
| 12841 -11 | | Color: WT/BLK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-12 MEZZ. MECH ROOM | | MUDDED PIPE FITTING INSULATION | PLM | 4% FiberGlass | 96% Mineral Filler | | NONE DETECTED |
| 12841 -12 | | Color: TAN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-13 PARKING GARAGE PL @ SPOT 16 | | WT/GRAY SECOND SEALANT ON FI.G. PIPE FITTING | PLM | 5% FiberGlass | 95% Organic Binders | | NONE DETECTED |
| 12841 -13 | | Color: WT/YL | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-14 PARKING GARAGE PL @ SPOT 15 | | BEIGE SEAM SEALANT ON F.G. PIPE INSULATION | PLM | 7% Cellulose Trace% FiberGlass | 93% Organic Binders | | NONE DETECTED |
| 12841 -14 | | Color: WHITE | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908  **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Project #** 09.75084.0002

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-15 PARKING GARAGE PL @ SPOT 9 | | BLACK MASTIC BELOW PIPE INSULATION PAPER | PLM | 12% FiberGlass | 88% Organic Binders | | NONE DETECTED |
| 12841 -15 | | Color: BLACK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-16 PL. BATHROOM | | PLASTER CEILING WHITE SKIM COAT | PLM | | 100% Mineral Filler | | NONE DETECTED |
| 12841 -16 | | Color: WHITE | | | Trace% PAINT | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-17 PL. BATHROOM | | PLASTER CEILING BROWN ROUGH COAT | PLM | | 100% Mineral Filler | | NONE DETECTED |
| 12841 -17 | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-18 PARKING GARAGE PL @ SPOT 20 | | WHITE SEAM SEALANT ON F.G. PIPE FITTING | PLM | 4% FiberGlass | 96% Organic Binders | | NONE DETECTED |
| 12841 -18 | | Color: WT/YL. | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-19 PARKING GARAGE PL @ SPOT 28 | | WHITE SEAM SEALANT ON F.G. PIPE FITTING | PLM | 6% FiberGlass | 94% Organic Binders | | NONE DETECTED |
| 12841 -19 | | Color: WT/YL | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-20 | PARKING GARAGE PL. @ SPOT 28 | BLACK MASTIC BELOW P. I. PAPER | PLM | 18% Cellulose 3% FiberGlass | 69% Organic Binders 10% FOIL | | NONE DETECTED |
| 12841-20 | | | | | | | |
| | | Color: WT/BLK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-21 | PARKING GARAGE RAMP TO PL | DRYWALL | PLM | Trace% Cellulose | 100% Mineral Filler | | NONE DETECTED |
| 12841-21 | | | | | | | |
| | | Color: TAN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-22 | PARKING GARAGE RAMP TO PL | JOINT COMPOUND | PLM | | 100% Mineral Filler Trace% PAINT | | NONE DETECTED |
| 12841-22 | | | | | | | |
| | | Color: WHITE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-23 | PARKING GARAGE RAMP TO PL | COMPOSITE | PLM | | 100% Mineral Filler | | NONE DETECTED |
| 12841-23 | | | | | | | |
| | | Color: WHITE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-24 | PL. PARKING GARAGE | GENERATOR TANK INSULATION | PLM | 16% Cellulose | 84% Mineral Filler | | NONE DETECTED |
| 12841-24 | | | | | | | |
| | | Color: YELLOW | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-25 12841 -25 | B1 MAIN PHASE ROOM | 9"X9" VFT TAN/BEIGE STREAKS | PLM | | 32% Mineral Filler 63% Organic Binders | | 5% Chrysotile |
| | | Color: TAN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 5 %** |
| DD-041807-26 12841 -26 | B1 MAIN PHASE ROOM | BLACK MASTIC W/#25 | PLM | | 98% Organic Binders | | 2% Chrysotile |
| | | Color: BLACK | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 2 %** |
| DD-041807-27 12841 -27 | B1 MAIN PHASE ROOM | BROWN COVEBASE MASTIC | PLM | | 100% Organic Binders | | NONE DETECTED |
| | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | Comments: NOB RECOMMENDED | | | |
| DD-041807-28 12841 -28 | B1 CORRIDOR ADJ. PHONE RM. | 12X12 WHITE W/BLACK SPECKS | PLM | | 50% Mineral Filler 50% Organic Binders | | NONE DETECTED |
| | | Color: WHITE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | Comments: NOB RECOMMENDED | | | |
| DD-041807-29 12841 -29 | B1 CORRIDOR ADJ. PHONE RM. | BROWNISH/YELLOW MASTIC W/#28 | PLM | | 100% Organic Binders | | Trace% Chrysotile |
| | | Color: BRN/BLK | | | | | |
| Analyzed By: Yelena Peysakhova | | | | Comments: NOB RECOMMENDED | | | **Total Asbestos: TRACE** |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-30 | B1 CORRIDOR ADJ. PHONE RM. | YELLOW CARPET MASTIC | PLM | | 100% Organic Binders | | NONE DETECTED |
| 12841-30 | | | | | | | |
| | | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-31 | B1 CORRIDOR ELEV. LOBBY | YELLOW COVEBASE MASTIC | PLM | | 100% Organic Binders | | Trace% Chrysotile |
| 12841-31 | | | | | | | |
| | | Color: BRN/BLK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | Total Asbestos: TRACE |
| DD-041807-32 | B1 ELEV. LOBBY | WHITE CERAMIC WALL TILE GROUT | PLM | | 100% Mineral Filler | | |
| 12841-32 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-33 | B1 ELEV. LOBBY | BROWN PLASTER ROUGH COAT | PLM | | 100% Mineral Filler | | |
| 12841-33 | | | | | | | NONE DETECTED |
| | | Color: GRAY | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-34 | B1 ELEV. LOBBY | 2'X2' ACT TEXTURED | PLM | 85% Cellulose 2% FiberGlass | 13% Mineral Filler | | |
| 12841-34 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Project #** 09.75084.0002

**Sampling Date :** 4/18/2007
**Date Received :** 4/24/2007
**Date Analyzed :** 4/24/2007
**ATC Batch #** 12841
**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041807-35** | B1 ELEV. LOBBY | 2'X2' ACT SMOOTH | PLM | 84% Cellulose<br>4% FiberGlass | 12% Mineral Filler | | |
| 12841 -35 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-36** | B1 STORAGE ACROSS FROM FILE ROOM | 9X9 FLOOR TILE TAN/BEIGE | PLM | Trace% Cellulose | 17% Mineral Filler<br>83% Organic Binders | | |
| 12841 -36 | | | | | | | NONE DETECTED |
| | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-37** | B1 STORAGE ACROSS FROM FILE ROOM | BROWN MASTIC W/#36 | PLM | Trace% Cellulose | 100% Organic Binders | | |
| 12841 -37 | | | | | | | NONE DETECTED |
| | | Color: BRN/YL | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-38** | B1 STORAGE ACROSS FROM FILE ROOM | DRYWALL | PLM | 4% Cellulose | 96% Mineral Filler | | |
| 12841 -38 | | | | | | | NONE DETECTED |
| | | Color: TAN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-39** | B1 STORAGE ACROSS FROM FILE ROOM | JOINT COMPOUND | PLM | | 100% Mineral Filler | | |
| 12841 -39 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-40 | B1 STORAGE ACROSS FROM FILE ROOM | COMPOSITE | PLM | 5% Cellulose | 95% Mineral Filler | | |
| 12841 -40 | | | | | | | NONE DETECTED |
| | | Color: TAN/WT. | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-41 | B1 STAGE FIEL CENTER ANNEX | 12X12 VFT GRAY MOTTLE | PLM | | 38% Mineral Filler 62% Organic Binders | | |
| 12841 -41 | | | | | | | NONE DETECTED |
| | | Color: LT.GRAY | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-42 | B1 STAGE FIEL CENTER ANNEX | MASTIC W/SAMPLE #41 | PLM | | 100% Organic Binders | | |
| 12841 -42 | | | | | | | NONE DETECTED |
| | | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-43 | B1 STAGE FIEL CENTER ANNEX | BLACK MASTIC ON F.G. PIPE INS. BELOW PAPER | PLM | 12% Cellulose 2% FiberGlass | 86% Organic Binders | | |
| 12841 -43 | | | | | | | NONE DETECTED |
| | | Color: WT/BLK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-44 | B1 STAGE FIEL CENTER ANNEX | WHITE SEAM SEALANT ON F.G. PIPE FITTING | PLM | 10% FiberGlass | 90% Organic Binders | | |
| 12841 -44 | | | | | | | NONE DETECTED |
| | | Color: WT/YL | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-45 | B1 STAGE FIEL CENTER ANNEX | WHITE SEAM SEALANT ON F.G. PIPE INSUL. | PLM | 2% FiberGlass | 98% Organic Binders | | NONE DETECTED |
| 12841 -45 | | | Color: WHITE | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-46 | B1 LIGHT BULB STAGE RM. | WHITE SEAM SEALANT ON F.G. FITTING INSULATION | PLM | 7% FiberGlass | 93% Organic Binders | | NONE DETECTED |
| 12841 -46 | | | Color: WT/YL | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-47 | B1 LIGHT BULB STAGE RM. | WHITE SEAM SEALANT ON F.G. PIPE INSULATION | PLM | 6% Cellulose 2% FiberGlass | 92% Organic Binders | | NONE DETECTED |
| 12841 -47 | | | Color: WT/BLK | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-48 | B1 LIGHT BULB STAGE RM. | MUDDED PIPE FITTING INSUL. | PLM | Trace% FiberGlass | 100% Mineral Filler | | NONE DETECTED |
| 12841 -48 | | | Color: BROWN | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-49 | B1 LIGHT BULB STAGE RM. | SADDLE BLACK INSULATION | PLM | | 78% Mineral Filler | | 22% Amosite |
| 12841 -49 | | | Color: TAN | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 22 %** |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-50 12841-50 | B1 JANITORS STAGE ROOM | SADDLE BLACK INSULATION | PLM | | .80% Mineral Filler | | 20% Amosite |
| Analyzed By: Yelena Peysakhova | | Color: WHITE | | | | | **Total Asbestos: 20 %** |
| DD-041807-51 12841-51 | B1 STORAGE RM. CORRIDOR | MUDDED FITTING INSULATION | PLM | 4% FiberGlass | 96% Mineral Filler | | NONE DETECTED |
| Analyzed By: Yelena Peysakhova | | Color: BROWN | | | | | |
| DD-041807-52 12841-52 | B1 STORAGE RM. CORRIDOR | 12X12 VFT BEIGE MOTTLE | PLM | | 61% Mineral Filler 39% Organic Binders | | NONE DETECTED |
| Analyzed By: Yelena Peysakhova | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| DD-041807-53 12841-53 | B1 STORAGE RM. CORRIDOR | MASTIC W/#52 YELLOW/BRN | PLM | | 100% Organic Binders | | NONE DETECTED |
| Analyzed By: Yelena Peysakhova | | Color: GRAY | | Comments: NOB RECOMMENDED | | | |
| DD-041807-54 12841-54 | LOBBY LEVEL REAR HALL | 12X12 VFT LIGHT BEIGE MOTTLE | PLM | | 30% Mineral Filler 70% Organic Binders | | NONE DETECTED |
| Analyzed By: Yelena Peysakhova | | Color: TAN | | Comments: NOB RECOMMENDED | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

# Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041807-55** | LOBBY LEVEL REAR HALL | BLACK MASTIC W/#54 | PLM | | 98% Organic Binders | | 2% Chrysotile |
| 12841 -55 | | | | | | | |
| | | Color: BLACK | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 2 %** |
| **DD-041807-56** | LOBBY LEVEL REAR HALL | 12X12 WHITE W/BLACK SPECKS | PLM | | 32% Mineral Filler 68% Organic Binders | | |
| 12841 -56 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-57** | LOBBY LEVEL REAR HALL | YELLOW MASTIC W/#57 | PLM | | 100% Organic Binders | | |
| 12841 -57 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-58** | LOBBY LEVEL REAR HALL | 12X12 TAN MOTTLED DK. | PLM | | 31% Mineral Filler 69% Organic Binders | | |
| 12841 -58 | | | | | | | NONE DETECTED |
| | | Color: BEIGE | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-59** | LOBBY LEVEL REAR HALL | YELLOW MASTIC W/#58 | PLM | | 100% Organic Binders | | |
| 12841 -59 | | | | | | | NONE DETECTED |
| | | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #**  09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041807-60** | LOBBY LEVEL REAR HALL | BEIGE VFT BELOW SAMPLE #54 | PLM | | 48%  Mineral Filler  47%  Organic Binders | | 5%  Chrysotile |
| 12841-60 | | | | | | | |
| | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 5 %** |
| **DD-041807-61** | LOBBY LEVEL REAR HALL | BLACK MASTIC W/SAMPLE #60 | PLM | | 92%  Organic Binders | | 8%  Chrysotile |
| 12841-61 | | | | | | | |
| | | Color: BLACK | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 8 %** |
| **DD-041807-62** | B1 STORAGE ADJ. ANNEX | BROWN DUCT PIN MASTIC | PLM | | 50%  Organic Binders | | 50%  Chrysotile |
| 12841-62 | | | | | | | |
| | | Color: YELLOW | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 50 %** |
| **DD-041807-63** | B1 STORAGE ADJ. ANNEX | WHITE SEAM SEALANT ON F.G. DUCT INSUL. | PLM | 3%  FiberGlass | 97%  Organic Binders | | NONE DETECTED |
| 12841-63 | | | | | | | |
| | | Color: WT/YL | | Comments: NOB RECOMMEDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-64** | B1 FEDERAL STAGE | 2'X4' ACT WHITE W/HOLES | PLM | | 36%  Mineral Filler  62%  Organic Binders | | 2%  Chrysotile |
| 12841-64 | | | | | | | |
| | | Color: BRN/WT. | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 2 %** |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Project #** 09.75084.0002

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

# Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-65 | B1 FEDERAL STAGE | BLACK MASTIC W/#64 | PLM | | 95% Organic Binders | | 5% Chrysotile |
| 12841 -65 | | | | | | | |
| | | Color: BLACK | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | Total Asbestos: 5 % |
| DD-041807-66 | B1 FEDERAL STAGE | 2'X4' ACT WHITE W/HOLES | PLM | 37% Cellulose 43% FiberGlass | 20% Mineral Filler | | NONE DETECTED |
| 12841 -66 | | | | | | | |
| | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-67 | B1 STAGE RM. HALL | PIPE SADDLE INSULATION | PLM | | 67% Mineral Filler | | 33% Chrysotile |
| 12841 -67 | | | | | | | |
| | | Color: WHITE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | Total Asbestos: 33 % |
| DD-041807-68 | B1 STAGE RM. S16 | 9X9 LINOLEUM TAN | PLM | | 100% Organic Binders | | NONE DETECTED |
| 12841 -68 | | | | | | | |
| | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-69 | B1 STAGE RM. S16 | YELLOW MASTIC W/#68 | PLM | | 100% Organic Binders | | Trace% Chrysotile |
| 12841 -69 | | | | | | | |
| | | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | Total Asbestos: TRACE |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data  is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____.  Amendments: ____.  Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908   **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

# Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041807-70** | B1 STAGE RM. S-1 | BLACK SEALANT ON F.G. PIPE FITTING | PLM | 10% Cellulose | 87% Organic Binders | | 3% Chrysotile |
| 12841 -70 | | Color: BLACK | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | **Total Asbestos: 3 %** |
| **DD-041807-71** | B1 STORAGE CORRIDOR | WHITE FIRE STOP | PLM | | 100% Mineral Filler | | |
| 12841 -71 | | Color: WHITE | | | | | NONE DETECTED |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-72** | P.G. ENTRY AREA | WHITE TEXTURED CEILING PLASTER | PLM | | 100% Mineral Filler | | |
| 12841 -72 | | Color: WHITE | | | | | NONE DETECTED |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-73** | P.G. ENTRY AREA | WHITE TEXTURED CEILING PLASTER | PLM | | 38% Mineral Filler | | |
| 12841 -73 | | Color: WHITE | | | 62% PAINT | | NONE DETECTED |
| | | Comments: NOB RECOMMENDED | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-74** | P.G. ENTRY AREA | WHITE TEXTURED CEILING PLASTER | PLM | | 100% Mineral Filler | | |
| 12841 -74 | | Color: WHITE | | | | | NONE DETECTED |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By: Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-75 | STAIR #2 LOBBY LEVEL | WHITE PLASTER SKIM COAT | PLM | | 100% Mineral Filler | | |
| 12841 -75 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-76 | STAIR #2 LOBBY LEVEL | BROWN PLASTER ROUGH COAT | PLM | | 100% Mineral Filler | | |
| 12841 -76 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-77 | PENTHOUSE RETURN SHAFT | BEIGE SEAM SEALANT ON F.G. DUCT INSULATION | PLM | 3% Cellulose 0.5% FiberGlass | 96% Organic Binders | | 0.5% Chrysotile Trace% Anthophyllit |
| 12841 -77 | | | | | | | |
| Analyzed By: Yelena Peysakhova | | | | Comments: NOB RECOMMENDED | | | Total Asbestos: 0.5 % |
| DD-041807-78 | PENTHOUSE RETURN SHAFT | BROWN DUCT PIN MASTIC | PLM | | 60% Organic Binders | | 40% Chrysotile |
| 12841 -78 | | | | | | | |
| | | Color: BROWN\\\\ | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | Total Asbestos: 40 % |
| DD-041807-79 | PENTHOUSE RETURN SHAFT | YELLOW DUCT INSULATION MASTIC | PLM | Trace% Cellulose | 100% Organic Binders | | |
| 12841 -79 | | | | | | | NONE DETECTED |
| | | Color: YELLOW | | | | | |
| Analyzed By: Yelena Peysakhova | | | | Comments: NOB RECOMMENDED | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2 : > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____, Amendments: ____, Amendment Dates:

Report Prepared By:  Inna Kipen

| Client: | ATC ASSOCIATES INC. - COLUMBIA, MD |
|---|---|
| | 9231 RUMSEY ROAD |
| | COLUMBIA , MD 21045 |
| Fax: | (410) 381-8908    Phone:  (410) 381-0232 |

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

Project:  1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

Project #  09.75084.0002

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-80 | PENTHOUSE RETURN SHAFT | BLACK MASTIC ON F.G. PIPE INSULATION BELOW PAPER | PLM | 13% Cellulose 2% FiberGlass | 85% Organic Binders | | NONE DETECTED |
| 12841 -80 | | | | | | | |
| | | Color: BLACK | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-81 | 8TH FLOOR OFFICE 8110 | SADDLE BLACK INSULATION | PLM | | 69% Mineral Filler | | 31% Chrysotile |
| 12841 -81 | | | | | | | |
| | | Color: TAN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | Total Asbestos: 31 % |
| DD-041807-82 | 8TH FL. KITCHEN TILE 8116 | 12X12 GRAY MOTTLE | PLM | | 37% Mineral Filler 63% Organic Binders | | NONE DETECTED |
| 12841 -82 | | | | | | | |
| | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-83 | 8TH FL. KITCHEN TILE 8116 | BRN/YL MASTIC W/#82 | PLM | | 100% Organic Binders | | NONE DETECTED |
| 12841 -83 | | | | | | | |
| | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-84 | 7TH FLOOR SEAMS | GRAY SPRAY-APPLIED FIRE PROOFING | PLM | 90% FiberGlass | 10% Mineral Filler | | NONE DETECTED |
| 12841 -84 | | | | | | | |
| | | Color: TAN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter.  This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to the samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Project #** 09.75084.0002

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| DD-041807-85 | 3RD FL. ADJ. OFFO. 3206 | 2X2' ACT TEXTURED | PLM | 53% Cellulose 36% FiberGlass | 11% Mineral Filler | | |
| 12841 -85 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-86 | 3RD FL. PANTRY 3017 | 12X12 VFT - BEIGE W/BLACK SPECKS | PLM | | 35% Mineral Filler 65% Organic Binders | | |
| 12841 -86 | | | | | | | NONE DETECTED |
| | | Color: GRAY | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-87 | 3RD FL. PANTRY 3017 | YELLOW MASTIC W/#86 | PLM | | 100% Organic Binders | | |
| 12841 -87 | | | | | | | NONE DETECTED |
| | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-88 | LOBBY - GLOBAL JUSTICE | 2X2' ACT FABRIC TEXTURED | PLM | 100% FiberGlass | | | |
| 12841 -88 | | | | | | | NONE DETECTED |
| | | Color: WHTIE | | | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| DD-041807-89 | MAIL ROOM | 12X12 VFT BEIGE W/MULTICOLOR SPECKS | PLM | | 38% Mineral Filler 62% Organic Binders | | |
| 12841 -89 | | | | | | | NONE DETECTED |
| | | Color: WHITE | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.

Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to the samples submitted and analyzed.

The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908    **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

**Project #** 09.75084.0002

# Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos % Fibrous | Non-Asbestos % Non-Fibrous | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| **DD-041807-90** MAIL ROOM | | YELLOW MASTIC W/#89 | PLM | | 100% Organic Binders | | |
| *12841-90* | | | | | | | NONE DETECTED |
| | | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-91** MAIL ROOM | | LIGHT GRAY 12X12 VFT W/MULTICOLOR SPECKS | PLM | | 36% Mineral Filler 64% Organic Binders | | |
| *12841-91* | | | | | | | NONE DETECTED |
| | | Color: WHITE | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-92** MAIL ROOM | | YELLOW MASTIC W/#91 | PLM | | 100% Organic Binders | | |
| *12841-92* | | | | | | | NONE DETECTED |
| | | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-93** MAIL ROOM | | REDDISH 12X12 VFT W/MULTICOLOR SPECKS | PLM | | 38% Mineral Filler 62% Organic Binders | | |
| *12841-93* | | | | | | | NONE DETECTED |
| | | Color: TAN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |
| **DD-041807-94** MAIL ROOM | | YELLOW MASTIC W/#93 | PLM | | 100% Organic Binders | | |
| *12841-94* | | | | | | | NONE DETECTED |
| | | Color: YELLOW | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.
Supplement to test report batch # _____. Amendments: _____. Amendment Dates:

Report Prepared By:  Inna Kipen

**Client:** ATC ASSOCIATES INC. - COLUMBIA, MD
9231 RUMSEY ROAD
COLUMBIA , MD 21045
**Fax:** (410) 381-8908   **Phone:** (410) 381-0232

**Project:** 1225 CONNECTICUT AVENUE, NW
WASHINGTON, DC

**Project #** 09.75084.0002

**Sampling Date :** 4/18/2007

**Date Received :** 4/24/2007

**Date Analyzed :** 4/24/2007

**ATC Batch #** 12841

**Methods:** EPA 600/M4-82-020
EPA 600/R-93/116
ELAP 198.1, 198.6 and 198.4

## Bulk Asbestos Analysis Results

| Sample # | Location | Type of Material | Method | Non-Asbestos | | NOB % Type | Asbestos % Type |
|---|---|---|---|---|---|---|---|
| | | | | % Fibrous | % Non-Fibrous | | |
| **DD-041807-95** MAIL ROOM | | RED SEAM SEALANT ON METLA DUCT | PLM | | 100% Organic Binders | | NONE DETECTED |
| 12841-95 | | | | | | | |
| | | Color: BROWN | | Comments: NOB RECOMMENDED | | | |
| Analyzed By: Yelena Peysakhova | | | | | | | |

Yelena Peysakhova
_____

Analyzed by:

Milena Bonezzi

Approved by:   **M·Bonezzi**

---

Legend : TRACE = LESS THAN LIMIT OF QUANTITATION (<0.25%)
Note 1: For point counts the limit of quantitation of 0.25% is based on one asbestos point counter over 400 non-empty points.
Note 2: > 1% asbestos by weight is considered an ACM (Asbestos Containing Material).
Note 3: The condition of all samples was acceptable upon receipt.

Disclaimer: The laboratory is not responsible for sample collection. Please refer to enclosed letter. This report may not be reproduced, except in full, without written approval by ATC Associates Inc. This report may not be used to claim product endorsement by NVLAP or any other agency of the U.S. Government. This report relates only to the samples reported above. Quality control data is available upon request.

Accredited by NVLAP #101187-0, NY State ELAP #10879
Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above.
Liability Notice:
ATC Associates Inc. and its personnel shall not be liable for any misinformation provided to us by the client regarding these samples. This report relates only to samples submitted and analyzed.
The laboratory certifies that the test results meet all requirements of NELAC.

Supplement to test report batch # _____. Amendments: ____. Amendment Dates:

Report Prepared By: Inna Kipen

**APPENDIX B**
**XRF LEAD SCREENING – COMPONENT TESTING DATA**

Paint Page 1

Serial #XL309-U650NR7082 Site: 1225 Wisconsin Avenue  Date: 3/28/2007

| No | Site | Flr | Source | Sub | Feat | Cnd | Clr | Date/Time | DI | Result | Pbl ± Prec | Pbk ± Prec | Phc ± Prec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CALIBRATE | | | | | | | 3/28/2007 16:08:23 | 0.0 | ... | NA | NA | NA |
| 2 | CALIBRATE | | | | | | | 3/28/2007 16:08:58 | 1.0 | POS | 1.04 ± 0.15 | 1.10 ± 1.05 | 1.04 ± 0.15 |
| 3 | CALIBRATE | | | | | | | 3/28/2007 16:09:13 | 1.0 | POS | 1.06 ± 0.22 | 0.44 ± 0.85 | 1.06 ± 0.22 |
| 4 | CALIBRATE | | | | | | | 3/28/2007 16:09:39 | 1.0 | POS | 1.06 ± 0.16 | 0.73 ± 1.20 | 1.06 ± 0.16 |
| 5 | 4th Floor Office Area | 4 | Wall | Drywall | Wall | Intact | White | 3/28/2007 16:16:10 | 1.0 | NEG | 0.00 ± 0.01 | -0.06 ± 0.55 | 0.00 ± 0.01 |
| 6 | 4th Floor Office Area | 4 | Wall | Drywall | Wall | Intact | White | 3/28/2007 16:16:49 | 2.6 | NEG | 0.01 ± 0.02 | -0.07 ± 0.55 | 0.01 ± 0.02 |
| 7 | 4th Floor Office Area | 4 | Wall | Drywall | Wall | Intact | White | 3/28/2007 16:20:47 | 1.0 | NEG | 0.00 ± 0.01 | -0.37 ± 0.64 | -0.37 ± 0.64 |
| 8 | 4th Floor Office Area | 4 | Wall | Drywall | Wall | Intact | White | 3/28/2007 16:21:30 | 1.0 | NEG | 0.00 ± 0.01 | 0.04 ± 0.64 | 0.00 ± 0.01 |
| 9 | 4th Floor Office Area | 4 | Wall | Drywall | Wall | Intact | Green | 3/28/2007 16:29:02 | 1.0 | NEG | 0.00 ± 0.11 | -0.04 ± 0.80 | 0.00 ± 0.11 |
| 10 | 4th Floor Office Area | 4 | Door | Wood | Door | Intact | Beige | 3/28/2007 16:29:40 | 1.0 | NEG | 0.00 ± 0.12 | 0.35 ± 1.49 | 0.00 ± 0.12 |
| 11 | 4th Floor Office Area | 4 | Door | Metal | Casing | Intact | Beige | 3/28/2007 16:29:56 | 1.0 | NEG | 0.00 ± 0.05 | -0.32 ± 1.52 | 0.00 ± 0.05 |
| 12 | 4th Floor Office Area | 4 | Wall | Drywall | Wall | Intact | Beige | 3/28/2007 16:30:10 | 1.0 | NEG | 0.00 ± 0.04 | 0.15 ± 0.70 | 0.00 ± 0.04 |
| 13 | 4th Floor Office Area | 4 | Wall | Wood | Baseboard | Intact | Beige | 3/28/2007 16:30:45 | 1.0 | NEG | 0.00 ± 0.09 | 0.53 ± 1.21 | 0.00 ± 0.09 |
| 14 | 4th Floor Office Area | 4 | Wall | Plaster | Wall | Intact | White | 3/28/2007 16:31:20 | 1.0 | NEG | 0.00 ± 0.10 | -0.47 ± 0.77 | -0.47 ± 0.77 |
| 15 | 4th Floor Office Area | 4 | Ceiling | Drywall | Ceiling | Intact | White | 3/28/2007 16:31:58 | 1.0 | NEG | 0.00 ± 0.06 | -0.73 ± 0.67 | 0.00 ± 0.06 |
| 16 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | White | 3/28/2007 18:14:12 | 1.0 | NEG | 0.00 ± 0.06 | -0.32 ± 0.59 | -0.32 ± 0.59 |
| 17 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | White | 3/28/2007 18:14:47 | 1.0 | NEG | 0.00 ± 0.11 | 0.19 ± 0.87 | 0.00 ± 0.11 |
| 18 | 8th Floor Office Area | 8 | Door | Wood | Door | Intact | Beige | 3/28/2007 18:15:46 | 1.0 | INCOM | 0.01 ± 0.01 | 1.38 ± 6.75 | 0.01 ± 0.01 |
| 19 | 8th Floor Office Area | 8 | Door | Metal | Door | Intact | Beige | 3/28/2007 18:15:54 | 1.0 | NEG | 0.00 ± 0.11 | -0.97 ± 1.65 | 0.00 ± 0.11 |
| 20 | 8th Floor Office Area | 8 | Door | Metal | Casing | Intact | Beige | 3/28/2007 18:16:07 | 1.0 | NEG | 0.00 ± 0.08 | -0.18 ± 1.50 | 0.00 ± 0.08 |
| 21 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | Beige | 3/28/2007 18:28:39 | 1.0 | NEG | 0.00 ± 0.07 | 0.47 ± 0.70 | 0.00 ± 0.07 |
| 22 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | White | 3/28/2007 18:32:53 | 1.0 | NEG | 0.00 ± 0.13 | -0.28 ± 1.18 | 0.00 ± 0.13 |
| 23 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | White | 3/28/2007 18:33:05 | 1.0 | NEG | 0.00 ± 0.06 | -0.07 ± 0.69 | 0.00 ± 0.06 |
| 24 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | White | 3/28/2007 18:33:28 | 1.0 | NEG | 0.00 ± 0.06 | 0.04 ± 0.86 | 0.00 ± 0.06 |
| 25 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | White | 3/28/2007 18:54:00 | 1.0 | NEG | 0.00 ± 0.01 | 0.34 ± 0.77 | 0.00 ± 0.01 |
| 26 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | Green | 3/28/2007 18:54:20 | 1.0 | NEG | 0.00 ± 0.10 | 0.26 ± 0.75 | 0.00 ± 0.10 |
| 27 | 8th Floor Office Area | 8 | Wall | Drywall | Wall | Intact | Black | 3/28/2007 18:54:46 | 1.0 | NEG | 0.00 ± 0.00 | 0.30 ± 0.47 | 0.00 ± 0.00 |
| 28 | 7th Floor Office Area | 7 | Wall | Drywall | Wall | Intact | White | 3/28/2007 19:19:23 | 1.0 | NEG | 0.00 ± 0.06 | 0.33 ± 0.84 | 0.00 ± 0.06 |
| 29 | 7th Floor Office Area | 7 | Wall | Plaster | Wall | Intact | White | 3/28/2007 19:19:51 | 1.0 | NEG | 0.00 ± 0.07 | 0.29 ± 0.88 | 0.00 ± 0.07 |
| 30 | 7th Floor Office Area | 7 | Wall | Drywall | Wall | Intact | Green | 3/28/2007 19:20:12 | 1.0 | NEG | 0.00 ± 0.08 | -0.42 ± 0.91 | 0.00 ± 0.08 |
| 31 | 7th Floor Office Area | 7 | Wall | Drywall | Wall | Intact | White | 3/28/2007 19:20:41 | 1.0 | NEG | 0.00 ± 0.01 | 0.06 ± 0.72 | 0.00 ± 0.01 |
| 32 | 7th Floor Office Area | 7 | Door | Metal | Door | Intact | Beige | 3/28/2007 19:22:49 | 2.0 | NEG | 0.04 ± 0.14 | 0.16 ± 0.80 | 0.04 ± 0.14 |
| 33 | 7th Floor Office Area | 7 | Door | Metal | Casing | Intact | Beige | 3/28/2007 19:23:18 | 1.0 | NEG | 0.00 ± 0.16 | -0.46 ± 1.63 | 0.00 ± 0.16 |
| 34 | 7th Floor Office Area | 7 | Wall | Drywall | Wall | Intact | White | 3/28/2007 19:23:38 | 1.0 | NEG | 0.00 ± 0.08 | -0.39 ± 0.86 | 0.00 ± 0.08 |
| 35 | 7th Floor Office Area | 7 | Wall | Drywall | Wall | Intact | White | 3/28/2007 19:29:14 | 1.0 | NEG | 0.00 ± 0.06 | 0.46 ± 0.66 | 0.00 ± 0.06 |
| 36 | 6th Floor Office Area | 6 | Wall | Drywall | Wall | Intact | White | 3/28/2007 19:43:48 | 1.0 | NEG | 0.00 ± 0.08 | 0.29 ± 0.84 | 0.00 ± 0.08 |
| 37 | 6th Floor Office Area | 6 | Wall | Drywall | Wall | Intact | White | 3/28/2007 19:44:09 | 1.0 | NEG | 0.00 ± 0.08 | 0.07 ± 0.81 | 0.00 ± 0.08 |
| 38 | 6th Floor Office Area | 6 | Wall | Plaster | Wall | Intact | White | 3/28/2007 19:44:41 | 1.0 | NEG | 0.00 ± 0.05 | -0.31 ± 0.65 | -0.31 ± 0.65 |
| 39 | 6th Floor Office Area | 6 | Wall | Drywall | Wall | Intact | Green | 3/28/2007 19:45:12 | 1.0 | NEG | 0.00 ± 0.01 | 0.55 ± 0.49 | 0.00 ± 0.01 |
| 40 | 6th Floor Office Area | 6 | Wall | Drywall | Wall | Intact | Black | 3/28/2007 19:45:56 | 1.0 | NEG | 0.00 ± 0.01 | -0.08 ± 0.58 | -0.08 ± 0.58 |
| 41 | 6th Floor Office Area | 6 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:01:33 | 1.0 | NEG | 0.00 ± 0.08 | 0.27 ± 0.86 | 0.00 ± 0.08 |
| 42 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:05:52 | 1.0 | NEG | 0.00 ± 0.01 | -0.16 ± 0.60 | 0.00 ± 0.01 |
| 43 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:06:26 | 1.0 | NEG | 0.00 ± 0.07 | -0.63 ± 1.11 | 0.00 ± 0.07 |
| 44 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | Green | 3/28/2007 20:06:43 | 1.7 | NEG | 0.01 ± 0.15 | -0.26 ± 0.82 | 0.01 ± 0.15 |
| 45 | CALIBRATE | | | | | | | 3/28/2007 20:07:15 | 1.1 | POS | 1.18 ± 0.24 | 0.56 ± 0.77 | 1.18 ± 0.24 |
| 46 | CALIBRATE | | | | | | | 3/28/2007 20:07:41 | 1.1 | POS | 1.07 ± 0.23 | 0.70 ± 0.75 | 1.07 ± 0.23 |
| 47 | CALIBRATE | | | | | | | 3/28/2007 20:08:07 | 1.0 | POS | 0.96 ± 0.12 | 0.70 ± 0.82 | 0.96 ± 0.12 |
| 48 | CALIBRATE | | | | | | | 3/28/2007 20:08:33 | 1.0 | POS | 0.90 ± 0.12 | 1.32 ± 0.68 | 0.90 ± 0.12 |
| 49 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:09:44 | 1.0 | NEG | 0.00 ± 0.02 | -0.20 ± 1.04 | 0.00 ± 0.02 |
| 50 | 5th Floor Office Area | 5 | Door | Metal | Door | Intact | Beige | 3/28/2007 20:11:18 | 1.0 | NEG | 0.00 ± 0.05 | 0.49 ± 1.31 | 0.00 ± 0.05 |
| 51 | 5th Floor Office Area | 5 | Door | Metal | Casing | Intact | Beige | 3/28/2007 20:11:32 | 1.0 | NEG | 0.00 ± 0.02 | 0.14 ± 1.61 | 0.00 ± 0.02 |
| 52 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | Beige | 3/28/2007 20:11:50 | 1.0 | NEG | 0.00 ± 0.06 | 0.34 ± 0.80 | 0.00 ± 0.06 |
| 53 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:12:31 | 1.0 | NEG | 0.00 ± 0.01 | 0.01 ± 0.71 | 0.00 ± 0.01 |
| 54 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:13:45 | 1.0 | NEG | 0.00 ± 0.07 | 0.23 ± 0.72 | 0.00 ± 0.07 |
| 55 | 5th Floor Office Area | 5 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:15:38 | 1.0 | NEG | 0.00 ± 0.10 | -0.31 ± 1.14 | 0.00 ± 0.10 |
| 56 | 3rd Floor Office Area | 3 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:29:41 | 1.0 | NEG | 0.00 ± 0.06 | -0.54 ± 0.77 | 0.00 ± 0.06 |
| 57 | 3rd Floor Office Area | 3 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:32:18 | 1.0 | NEG | 0.00 ± 0.10 | 0.08 ± 1.04 | 0.00 ± 0.10 |
| 58 | 3rd Floor Office Area | 3 | Door | Wood | Door | Intact | White | 3/28/2007 20:32:33 | 1.0 | NEG | 0.00 ± 0.01 | 0.60 ± 1.35 | 0.00 ± 0.01 |
| 59 | 3rd Floor Office Area | 3 | Wall | Concrete | Wall | Intact | White | 3/28/2007 20:36:00 | 1.0 | NEG | 0.00 ± 0.01 | 0.31 ± 0.53 | 0.00 ± 0.01 |
| 60 | 3rd Floor Office Area | 3 | Wall | Drywall | Wall | Intact | Blue | 3/28/2007 20:36:57 | 1.0 | NEG | 0.00 ± 0.01 | -0.24 ± 0.70 | 0.00 ± 0.01 |
| 61 | 3rd Floor Office Area | 3 | Wall | Drywall | Wall | Intact | White | 3/28/2007 20:37:23 | 1.0 | NEG | 0.00 ± 0.01 | -0.25 ± 0.69 | 0.00 ± 0.01 |
| 62 | 3rd Floor Office Area | 3 | Wall | Plaster | Wall | Intact | White | 3/28/2007 20:42:41 | 1.0 | NEG | 0.00 ± 0.10 | 0.20 ± 0.69 | 0.00 ± 0.10 |
| 63 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:00:03 | 1.0 | NEG | 0.00 ± 0.07 | 0.19 ± 0.88 | 0.00 ± 0.07 |
| 64 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:00:21 | 1.0 | NEG | 0.00 ± 0.01 | 0.02 ± 0.56 | 0.00 ± 0.01 |
| 65 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | Green | 3/28/2007 21:00:58 | 1.0 | NEG | 0.00 ± 0.01 | 0.39 ± 0.60 | 0.00 ± 0.01 |
| 66 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | Black | 3/28/2007 21:01:30 | 2.4 | NEG | 0.01 ± 0.02 | 0.30 ± 0.44 | 0.01 ± 0.02 |
| 67 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:08:03 | 1.0 | NEG | 0.00 ± 0.14 | -0.64 ± 1.19 | 0.00 ± 0.14 |
| 68 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:12:53 | 1.0 | NEG | 0.00 ± 0.06 | 0.43 ± 0.67 | 0.00 ± 0.06 |
| 69 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:13:15 | 1.0 | NEG | 0.00 ± 0.13 | -0.39 ± 1.22 | 0.00 ± 0.13 |
| 70 | 2nd Floor Office Area | 2 | Door | Wood | Door | Intact | White | 3/28/2007 21:16:35 | 1.0 | NEG | 0.00 ± 0.11 | -0.08 ± 1.27 | 0.00 ± 0.11 |
| 71 | 2nd Floor Office Area | 2 | Door | Metal | Casing | Intact | White | 3/28/2007 21:16:49 | 1.0 | NEG | 0.00 ± 0.09 | 0.41 ± 1.35 | 0.00 ± 0.09 |
| 72 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:18:20 | 1.0 | NEG | 0.00 ± 0.11 | 0.08 ± 1.02 | 0.00 ± 0.11 |
| 73 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | Beige | 3/28/2007 21:18:49 | 1.0 | NEG | 0.00 ± 0.01 | -0.25 ± 0.83 | 0.00 ± 0.01 |

Site: 1225 Wisconsin Avenue  Date: 3/28/2007                    Paint Page 2

| No | Site | Flr | Source | Sub | Feat | Cnd | Clr | Date/Time | DI | Result | Pbl ± Prec | Pbk ± Prec | Pbc ± Prec |
|----|------|-----|--------|-----|------|-----|-----|-----------|-----|--------|-----------|-----------|-----------|
| 74 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:29:26 | 1.0 | NEG | 0.00 ± 0.06 | 0.29 ± 0.66 | 0.00 ± 0.06 |
| 75 | 2nd Floor Office Area | 2 | Wall | Drywall | Wall | Intact | White | 3/28/2007 21:38:02 | 1.0 | NEG | 0.00 ± 0.07 | -0.01 ± 0.65 | 0.00 ± 0.07 |
| 76 | CALIBRATE | | | | | | | 3/28/2007 21:52:57 | 1.0 | POS | 1.15 ± 0.23 | 1.35 ± 0.80 | 1.15 ± 0.23 |
| 77 | CALIBRATE | | | | | | | 3/28/2007 21:54:51 | 1.0 | POS | 1.00 ± 0.15 | 1.02 ± 1.06 | 1.00 ± 0.15 |
| 78 | CALIBRATE | | | | | | | 3/28/2007 21:55:06 | 1.0 | POS | 1.04 ± 0.16 | 0.93 ± 0.72 | 1.04 ± 0.16 |
| 79 | CALIBRATE | | | | | | | 3/28/2007 21:55:32 | 1.0 | POS | 1.04 ± 0.16 | 0.64 ± 0.83 | 1.04 ± 0.16 |

Paint Page 1

Serial #XL309-U650NR7082 Site:  Date: 4/10/2007

| No | Site | Flr | Side | Room | Source | Sub | Feat | Cnd | Clr | Date/Time | DI | Result | Pbl ± Prec | Pbk ± Prec | Pbc ± Prec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | Shutter Cal  1 | | | | | | 4/10/2007 12:31:17 | 0.0 | .. | NA | NA | NA |
| 2 | | | | Calibrate | | | | | | 4/10/2007 12:31:40 | 1.0 | POS | 1.12 ± 0.23 | 0.79 ± 0.76 | 1.12 ± 0.23 |
| 3 | | | | Calibrate | | | | | | 4/10/2007 12:32:08 | 1.0 | POS | 1.03 ± 0.14 | 1.00 ± 1.06 | 1.03 ± 0.14 |
| 4 | | | | Calibrate | | | | | | 4/10/2007 12:32:25 | 1.1 | POS | 1.22 ± 0.25 | 0.32 ± 0.79 | 1.22 ± 0.25 |
| 5 | | | | Calibrate | | | | | | 4/10/2007 12:32:55 | 1.0 | POS | 1.12 ± 0.18 | 1.29 ± 0.75 | 1.12 ± 0.18 |
| 6 | | | | Calibrate | | | | | | 4/10/2007 12:33:23 | 1.0 | POS | 1.06 ± 0.16 | 0.45 ± 1.21 | 1.06 ± 0.16 |
| 7 | | | | Calibrate | | | | | | 4/10/2007 12:33:39 | 1.0 | POS | 1.07 ± 0.15 | 0.88 ± 1.12 | 1.07 ± 0.15 |
| 8 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 12:36:14 | 10.0 | NEG | 0.07 ± 0.14 | -0.21 ± 0.64 | -0.21 ± 0.64 |
| 9 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | Grey | 4/10/2007 12:37:37 | 3.2 | NEG | 0.12 ± 0.22 | -0.03 ± 0.78 | 0.12 ± 0.22 |
| 10 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 12:38:18 | 10.0 | NEG | 1.42 ± 1.05 | 2.35 ± 1.02 | 2.35 ± 1.02 |
| 11 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 12:38:55 | 1.0 | NEG | 0.00 ± 0.12 | 0.60 ± 1.94 | 0.00 ± 0.12 |
| 12 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 12:53:54 | 5.5 | POS | >>5.0 | 2.11 ± 1.61 | 5.10 ± 2.15 |
| 13 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | Boiler Supports | Intact | Yellow | 4/10/2007 12:41:08 | 6.0 | NEG | 0.22 ± 0.25 | 0.72 ± 0.45 | 0.22 ± 0.25 |
| 14 | Penthouse 1st Level | | | Room  1 | Wall | Metal | Boiler Supports | Intact | Black | 4/10/2007 12:43:26 | 6.6 | NEG | 0.19 ± 0.33 | -0.27 ± 0.66 | 0.19 ± 0.33 |
| 15 | Penthouse 1st Level | | | Room  1 | Wall | Metal | Boiler Jacket | Intact | Silver | 4/10/2007 12:45:11 | 1.1 | NEG | 0.05 ± 0.06 | -0.30 ± 0.64 | -0.30 ± 0.64 |
| 16 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 12:46:08 | 6.0 | NEG | 0.02 ± 0.05 | 0.46 ± 0.49 | 0.02 ± 0.05 |
| 17 | Penthouse 1st Level | | | Room  1 | Window | Metal | Sash | Intact | White | 4/10/2007 12:47:23 | 1.0 | NEG | 0.00 ± 0.02 | 0.43 ± 1.20 | 0.00 ± 0.02 |
| 18 | Penthouse 1st Level | | | Room  1 | Window | Metal | Pipes | Intact | Yellow | 4/10/2007 12:47:51 | 1.0 | NEG | 0.00 ± 0.04 | -0.83 ± 1.33 | 0.00 ± 0.04 |
| 19 | Penthouse 1st Level | | | Room  1 | Wall | Metal | Ductwork | Intact | White | 4/10/2007 12:48:55 | 1.0 | NEG | 0.00 ± 0.15 | -0.41 ± 1.65 | 0.00 ± 0.15 |
| 20 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | Pump Supports | Intact | Grey | 4/10/2007 12:49:57 | 10.0 | NEG | 0.20 ± 0.16 | 0.21 ± 0.49 | 0.21 ± 0.49 |
| 21 | Penthouse 1st Level | | | Room  1 | Wall | Metal | Pump Pipes | Intact | Red | 4/10/2007 12:52:26 | 2.0 | NEG | 0.17 ± 0.11 | -0.22 ± 0.65 | -0.22 ± 0.65 |
| 22 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 12:53:54 | 10.0 | POS | 1.08 ± 0.80 | 2.28 ± 1.01 | 2.28 ± 1.01 |
| 23 | Penthouse 1st Level | | | Room  1 | Stairs | Metal | Stringer | Intact | Black | 4/10/2007 12:54:58 | 2.6 | NEG | 0.14 ± 0.24 | -0.68 ± 1.06 | 0.14 ± 0.24 |
| 24 | Penthouse 1st Level | | | Room  1 | Stairs | Metal | Rail cap | Intact | Black | 4/10/2007 12:55:33 | 1.0 | NEG | 0.01 ± 0.17 | 0.41 ± 1.20 | 0.01 ± 0.17 |
| 25 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 12:56:52 | 1.2 | INCOM | 0.02 ± 0.31 | -0.15 ± 1.59 | 0.02 ± 0.31 |
| 26 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 12:57:03 | 1.0 | INCOM | 0.01 ± 0.04 | 0.09 ± 0.81 | 0.01 ± 0.04 |
| 27 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 12:57:46 | 1.0 | INCOM | 0.02 ± 0.52 | -0.26 ± 7.52 | 0.02 ± 0.52 |
| 28 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 12:57:50 | 2.3 | NEG | 0.03 ± 0.10 | 0.27 ± 0.54 | 0.03 ± 0.10 |
| 29 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 12:59:31 | 5.1 | POS | 1.06 ± 0.43 | 0.70 ± 0.60 | 1.06 ± 0.43 |
| 30 | Penthouse 1st Level | | | Room  1 | Door | Wood | Door | Intact | Brown | 4/10/2007 13:01:01 | 1.0 | NEG | 0.00 ± 0.13 | 0.30 ± 1.17 | 0.00 ± 0.13 |
| 31 | Penthouse 1st Level | | | Room  1 | Door | Wood | Casing | Intact | Brown | 4/10/2007 13:01:19 | 1.0 | NEG | 0.00 ± 0.04 | 0.60 ± 1.16 | 0.00 ± 0.04 |
| 32 | Penthouse 1st Level | | | Room  1 | Wall | Concrete | | Intact | Grey | 4/10/2007 13:02:13 | 1.7 | NEG | 0.06 ± 0.08 | 0.24 ± 0.59 | 0.06 ± 0.08 |
| 33 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 13:03:58 | 7.1 | POS | 1.29 ± 0.62 | 1.21 ± 0.60 | 1.29 ± 0.62 |
| 34 | Penthouse 1st Level | | | Room  1 | Floor | Metal | Pipes | Intact | Green | 4/10/2007 13:05:52 | 1.0 | NEG | 0.01 ± 0.17 | -0.22 ± 1.42 | 0.01 ± 0.17 |
| 35 | Penthouse 1st Level | | | Room  1 | Chiller | Metal | Chiller | Intact | Green | 4/10/2007 13:07:11 | 10.0 | NEG | 0.25 ± 0.81 | -0.44 ± 0.73 | 0.25 ± 0.81 |
| 36 | Penthouse 1st Level | | | Room  1 | Floor | Concrete | Pump Base | Intact | Black | 4/10/2007 13:08:43 | 6.3 | NEG | 0.12 ± 0.23 | 0.39 ± 0.64 | 0.12 ± 0.23 |
| 37 | Penthouse 1st Level | | | Room  1 | Wall | Metal | Pump | Intact | Red | 4/10/2007 13:10:33 | 1.0 | NEG | 0.22 ± 0.21 | 0.94 ± 1.62 | 0.22 ± 0.21 |
| 38 | Penthouse 1st Level | | | Room  1 | Ceiling | Metal | Pipe Hanger | Intact | Blue | 4/10/2007 13:11:03 | 1.0 | NEG | 0.00 ± 0.01 | 0.05 ± 1.50 | 0.00 ± 0.01 |
| 39 | Penthouse 1st Level | | | Room  1 | Wall | Metal | Duct | Intact | White | 4/10/2007 13:12:14 | 10.0 | NEG | 0.15 ± 0.92 | -0.08 ± 0.58 | -0.08 ± 0.58 |
| 40 | Penthouse 1st Level | | | Room  1 | Door | Metal | Door | Intact | Brown | 4/10/2007 13:13:35 | 2.3 | NEG | 0.04 ± 0.32 | -0.20 ± 1.10 | 0.04 ± 0.32 |
| 41 | Penthouse 1st Level | | | Room  1 | Door | Metal | Casing | Intact | Brown | 4/10/2007 13:13:57 | 1.0 | NEG | 0.00 ± 0.04 | -0.01 ± 0.90 | 0.00 ± 0.04 |
| 42 | Penthouse 1st Level | | | Room  1 | Wall | Metal | Wall Support | Intact | White | 4/10/2007 13:15:21 | 10.0 | NEG | 0.04 ± 0.10 | -0.14 ± 0.58 | -0.14 ± 0.58 |
| 43 | Penthouse 2nd Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 13:17:51 | 3.9 | NEG | 0.03 ± 0.14 | 0.18 ± 0.74 | 0.03 ± 0.14 |
| 44 | Penthouse 2nd Level | | | Room  1 | Floor | Concrete | | Intact | Grey | 4/10/2007 13:18:41 | 1.4 | NEG | 0.00 ± 0.01 | 0.23 ± 0.81 | 0.00 ± 0.01 |
| 45 | Penthouse 2nd Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 13:19:20 | 2.3 | NEG | 0.03 ± 0.10 | 0.65 ± 0.52 | 0.03 ± 0.10 |
| 46 | Penthouse 2nd Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 13:20:23 | 1.4 | NEG | 0.01 ± 0.07 | 0.46 ± 0.50 | 0.01 ± 0.07 |
| 47 | Penthouse 2nd Level | | | Room  1 | Wall | Metal | Belt Housing | Intact | Yellow | 4/10/2007 13:21:29 | 7.1 | NEG | 0.10 ± 0.18 | -0.01 ± 0.72 | 0.10 ± 0.18 |
| 48 | Penthouse 2nd Level | | | Room  1 | Wall | Metal | Pipes | Intact | Red | 4/10/2007 13:23:54 | 1.0 | NEG | 0.00 ± 0.02 | 0.38 ± 1.38 | 0.00 ± 0.02 |
| 49 | Penthouse 2nd Level | | | Room  1 | Door | Metal | Door | Intact | Brown | 4/10/2007 13:24:36 | 6.8 | NEG | 0.12 ± 0.24 | 0.22 ± 1.03 | 0.12 ± 0.24 |
| 50 | Penthouse 2nd Level | | | Room  1 | Stairs | Metal | Stringer | Intact | Black | 4/10/2007 13:26:39 | 1.1 | NEG | 0.12 ± 0.19 | 1.59 ± 1.66 | 0.12 ± 0.19 |
| 51 | Penthouse 2nd Level | | | Room  1 | Stairs | Metal | Tread | Intact | Black | 4/10/2007 13:27:52 | 1.0 | NEG | 0.01 ± 0.15 | -0.09 ± 1.40 | 0.01 ± 0.15 |
| 52 | Penthouse 2nd Level | | | Room  1 | Ceiling | Concrete | | Intact | White | 4/10/2007 13:29:54 | 2.3 | NEG | 0.05 ± 0.09 | 0.53 ± 0.56 | 0.05 ± 0.09 |
| 53 | Penthouse 2nd Level | | | Room  1 | Wall | Concrete | | Intact | White | 4/10/2007 13:31:26 | 5.0 | NEG | 0.15 ± 0.37 | 0.05 ± 0.46 | 0.15 ± 0.37 |
| 54 | Penthouse 2nd Level | | | Room  1 | Wall | Drywall | | Intact | White | 4/10/2007 13:33:28 | 1.0 | NEG | 0.00 ± 0.01 | -0.33 ± 0.61 | 0.00 ± 0.01 |
| 55 | | | | Calibrate | | | | | | 4/10/2007 13:34:30 | 1.0 | POS | 0.96 ± 0.12 | 0.47 ± 0.84 | 0.96 ± 0.12 |
| 56 | | | | Calibrate | | | | | | 4/10/2007 13:34:58 | 1.1 | POS | 1.04 ± 0.22 | 1.06 ± 0.71 | 1.04 ± 0.22 |
| 57 | | | | Calibrate | | | | | | 4/10/2007 13:35:26 | 1.0 | POS | 1.14 ± 0.23 | 0.71 ± 0.77 | 1.14 ± 0.23 |

Paint Page 1

Serial #XL309-U852NR5142 Site:  Date: 4/19/2007

| No | Site | Flr | Source | Sub | Feat | Cnd | Clr | Date/Time | DI | Result | Pbl ± Prec | Pbk ± Prec | Pbe ± Prec |
|----|------|-----|--------|-----|------|-----|-----|-----------|-----|--------|------------|------------|------------|
| 1 | CALIBRATE | | | | | | | 4/19/2007 15:04:42 | 0.0 | ... | NA | NA | NA |
| 2 | CALIBRATE | | | | | | | 4/19/2007 15:05:07 | 1.0 | POS | 0.90 ± 0.11 | 0.15 ± 0.98 | 0.90 ± 0.11 |
| 3 | CALIBRATE | | | | | | | 4/19/2007 15:06:31 | 1.0 | POS | 0.89 ± 0.11 | 0.52 ± 0.80 | 0.89 ± 0.11 |
| 4 | CALIBRATE | | | | | | | 4/19/2007 15:08:17 | 1.0 | POS | 0.88 ± 0.10 | 0.87 ± 0.82 | 0.88 ± 0.10 |
| 5 | B1-Office | | Door | Wood | Door | Intact | White | 4/19/2007 15:54:15 | 1.0 | NEG | 0.00 ± 0.13 | -0.74 ± 1.31 | 0.00 ± 0.13 |
| 6 | B1-Office | | Wall | Drywall | Wall | Intact | White | 4/19/2007 15:54:55 | 1.0 | NEG | 0.00 ± 0.01 | -0.20 ± 0.85 | 0.00 ± 0.01 |
| 7 | B1-Office | | Wall | Concrte | Wall | Intact | White | 4/19/2007 15:57:13 | 7.2 | NEG | 0.08 ± 0.13 | -0.02 ± 0.73 | 0.08 ± 0.13 |
| 8 | B1-Office | | Door | Metal | Casing | Intact | White | 4/19/2007 15:59:59 | 1.0 | NEG | 0.00 ± 0.14 | 1.12 ± 1.91 | 0.00 ± 0.14 |
| 9 | B1 - Main | | Door | Metal | Door | Intact | Grey | 4/19/2007 16:01:38 | 1.0 | NEG | 0.00 ± 0.16 | 0.44 ± 2.23 | 0.00 ± 0.16 |
| 10 | B1 - Main | | Door | Metal | Casing | Intact | Grey | 4/19/2007 16:02:12 | 1.0 | NEG | 0.00 ± 0.09 | 0.15 ± 2.21 | 0.00 ± 0.09 |
| 11 | B1 - Main | | Wall | Wood | Chair rail | Intact | White | 4/19/2007 16:02:58 | 1.0 | NEG | 0.00 ± 0.06 | 0.06 ± 1.54 | 0.00 ± 0.06 |
| 12 | B1 - Main | | Door | Metal | Door | Intact | Grey | 4/19/2007 16:03:45 | 3.2 | NEG | 0.07 ± 0.35 | 0.75 ± 1.29 | 0.07 ± 0.35 |
| 13 | B1 - Main | | Door | Metal | Casing | Intact | Grey | 4/19/2007 16:04:55 | 3.3 | NEG | 0.07 ± 0.35 | -0.08 ± 1.39 | 0.07 ± 0.35 |
| 14 | B1 - Main | | Elevator | Metal | Casing | Intact | Grey | 4/19/2007 16:06:08 | 1.0 | NEG | 0.01 ± 0.05 | -0.90 ± 1.04 | -0.90 ± 1.04 |
| 15 | B1 - Main | | Elevator | Metal | Door | Intact | Grey | 4/19/2007 16:07:57 | 1.5 | NEG | 0.01 ± 0.13 | -1.22 ± 1.73 | 0.01 ± 0.13 |
| 16 | B1 - Main | | Door | Metal | Door | Intact | Grey | 4/19/2007 16:09:22 | 3.8 | NEG | 0.05 ± 0.21 | 0.06 ± 1.11 | 0.05 ± 0.21 |
| 17 | B1 - Main | | Door | Metal | Casing | Intact | Grey | 4/19/2007 16:10:54 | 1.4 | NEG | 0.02 ± 0.20 | -1.23 ± 1.62 | 0.02 ± 0.20 |
| 18 | B1 - Main | | Door | Metal | Casing | Fair | Beige | 4/19/2007 16:12:00 | 2.2 | NEG | 0.02 ± 0.22 | -0.43 ± 2.41 | 0.02 ± 0.22 |
| 19 | B1 - Main | | Door | Metal | Door | Fair | Beige | 4/19/2007 16:12:33 | 1.0 | NEG | 0.02 ± 0.18 | 1.12 ± 2.14 | 0.02 ± 0.18 |
| 20 | B1 - Main | | Wall | Concrte | Wall | Intact | White | 4/19/2007 16:15:22 | 3.5 | NEG | 0.01 ± 0.03 | 0.30 ± 0.68 | 0.01 ± 0.03 |
| 21 | B1 - Main | | Wall | Plaster | Wall | Intact | White | 4/19/2007 16:20:27 | 1.0 | NEG | 0.00 ± 0.01 | -0.10 ± 0.80 | 0.00 ± 0.01 |
| 22 | Parking Garage | | Wall | Block | Wall | Intact | White | 4/19/2007 16:25:10 | 1.9 | POS | 0.77 ± 0.19 | 1.10 ± 0.76 | 0.77 ± 0.19 |
| 23 | Parking Garage | | Floor | Concrte | Floor | Intact | Grey | 4/19/2007 16:28:02 | 1.0 | NEG | 0.00 ± 0.11 | -0.79 ± 2.35 | 0.00 ± 0.11 |
| 24 | Parking Garage | | Ceiling | Metal | Duct | Intact | White | 4/19/2007 16:29:28 | 3.9 | NEG | 0.07 ± 0.27 | 0.06 ± 1.01 | 0.07 ± 0.27 |
| 25 | Parking Garage | | Door | Metal | Door | Intact | Black | 4/19/2007 16:31:34 | 1.0 | NEG | 0.02 ± 0.02 | -0.42 ± 2.30 | 0.02 ± 0.02 |
| 26 | Parking Garage | | Door | Metal | Casing | Intact | Black | 4/19/2007 16:32:07 | 2.2 | NEG | 0.06 ± 0.26 | 0.05 ± 1.68 | 0.06 ± 0.26 |
| 27 | Parking Garage | | Wall | Concrte | Wall | Intact | White | 4/19/2007 16:33:34 | 2.8 | NEG | 0.13 ± 0.08 | 0.66 ± 0.47 | 0.13 ± 0.08 |
| 28 | Parking Garage | | Wall | Metal | Pipes | Intact | White | 4/19/2007 16:40:38 | 1.2 | NEG | 0.02 ± 0.15 | 0.22 ± 1.70 | 0.02 ± 0.15 |
| 29 | Parking Garage | | Door | Metal | Door | Intact | Grey | 4/19/2007 16:45:10 | 1.0 | NEG | 0.01 ± 0.21 | 0.34 ± 1.96 | 0.01 ± 0.21 |
| 30 | Parking Garage | | Door | Metal | Casing | Intact | Grey | 4/19/2007 16:45:42 | 1.0 | NEG | 0.06 ± 0.13 | -1.37 ± 2.36 | 0.06 ± 0.13 |
| 31 | Lobby Level | | Wall | Plaster | Wall | Intact | White | 4/19/2007 17:08:13 | 1.0 | NEG | 0.00 ± 0.00 | 0.22 ± 0.69 | 0.00 ± 0.00 |
| 32 | Lobby Level | | Door | Metal | Door | Intact | Beige | 4/19/2007 17:11:00 | 1.0 | NEG | 0.00 ± 0.09 | 0.72 ± 1.75 | 0.00 ± 0.09 |
| 33 | Lobby Level | | Door | Metal | Casing | Intact | Beige | 4/19/2007 17:11:32 | 2.9 | NEG | 0.01 ± 0.04 | -1.02 ± 1.13 | -1.02 ± 1.13 |
| 34 | Stairwell | | Wall | Plaster | Wall | Intact | Beige | 4/19/2007 17:14:27 | 2.9 | NEG | 0.02 ± 0.14 | 0.49 ± 0.61 | 0.02 ± 0.14 |
| 35 | Stairwell | | Stairs | Concrte | Tread | Intact | Beige | 4/19/2007 17:18:29 | 1.0 | NEG | 0.17 ± 0.21 | 0.35 ± 0.46 | 0.17 ± 0.21 |
| 36 | Stairwell | | Stairs | Metal | Rail cap | Intact | Beige | 4/19/2007 17:23:48 | 1.0 | INCOM | 0.01 ± 0.13 | 1.13 ± 6.06 | 0.01 ± 0.13 |
| 37 | Stairwell | | Stairs | Metal | Rail cap | Intact | Beige | 4/19/2007 17:24:09 | 1.0 | NEG | 0.01 ± 0.08 | -1.40 ± 2.33 | 0.01 ± 0.08 |
| 38 | Stairwell | | Stairs | Metal | Newal post | Intact | Beige | 4/19/2007 17:24:48 | 1.5 | NEG | 0.05 ± 0.26 | -1.64 ± 2.44 | 0.05 ± 0.26 |
| 39 | CALIBRATE | | | | | | | 4/19/2007 17:29:44 | 1.0 | POS | 0.87 ± 0.09 | 1.01 ± 0.74 | 0.87 ± 0.09 |
| 40 | CALIBRATE | | | | | | | 4/19/2007 17:31:27 | 1.0 | POS | 0.88 ± 0.13 | 0.53 ± 0.69 | 0.88 ± 0.13 |
| 41 | CALIBRATE | | | | | | | 4/19/2007 17:33:28 | 1.0 | POS | 0.88 ± 0.10 | 0.40 ± 0.88 | 0.88 ± 0.10 |

**APPENDIX C**
**ATC PERSONNEL CERTIFICATIONS**

ATC ASSOCIATES INC.

9231 RUMSEY ROAD    COLUMBIA, MD  21045    (410) 381-0232

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## DAVID KENNEDY

IN RECOGNITION OF SUCCESSFUL COMPLETION OF THE COURSE

# ASBESTOS INSPECTOR REVIEW

A 4-HOUR ANNUAL REVIEW PROGRAM OF STUDY PRESENTED IN ACCORDANCE WITH THE PROVISIONS OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY MODEL ACCREDITATION PLAN, 40 CFR PART 763, APPENDIX C TO SUBPART E, FOR ACCREDITATION UNDER TSCA TITLE II.

PRESENTED BY



COURSE DIRECTOR
CLAYTON E. MILLER

February 12, 2008
EXPIRATION DATE

February 12, 2007
EXAMINATION DATE

88574
CERTIFICATE #

February 12, 2007
COURSE DATE

ATC ASSOCIATES INC.

8989 HERRMANN DRIVE    COLUMBIA, MD    21045    (410) 381-0232

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## Derek Dauberman

IN RECOGNITION OF SUCCESSFUL COMPLETION OF THE COURSE

# ASBESTOS INSPECTOR REVIEW

A 4-HOUR ANNUAL REVIEW PROGRAM OF STUDY PRESENTED IN ACCORDANCE WITH THE PROVISIONS OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY MODEL ACCREDITATION PLAN, 40 CFR PART 763, APPENDIX C TO SUBPART E, FOR ACCREDITATION UNDER TSCA TITLE II.

PRESENTED BY



COURSE DIRECTOR
CLAYTON E. MILLER

**83565**
CERTIFICATE #

**July 10, 2006**
COURSE DATE

**July 10, 2006**
EXAMINATION DATE

**July 10, 2007**
EXPIRATION DATE

ATC ASSOCIATES INC.

8989 HERRMANN DRIVE    COLUMBIA, MD  21045    (410) 381-0232

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## ROBERT SCHOENNAGEL

IN RECOGNITION OF SUCCESSFUL COMPLETION OF THE COURSE

## ASBESTOS INSPECTOR/ MANAGEMENT PLANNER REVIEW

AN 8-HOUR ANNUAL REVIEW PROGRAM OF STUDY PRESENTED IN ACCORDANCE WITH THE PROVISIONS OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY MODEL ACCREDITATION PLAN, 40 CFR PART 763, APPENDIX C TO SUBPART E, FOR ACCREDITATION UNDER TSCA TITLE II.

PRESENTED BY



COURSE DIRECTOR
CLAYTON E. MILLER

**November 1, 2007**
EXPIRATION DATE

**November 1, 2006**
EXAMINATION DATE

**86837**
CERTIFICATE #

**November 1, 2006**
COURSE DATE

## ATC ASSOCIATES INC.

8989 HERRMANN DRIVE    COLUMBIA, MD  21045    (410) 381-0232

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

## ALAN LEDERMAN

IN RECOGNITION OF SUCCESSFUL COMPLETION OF THE COURSE

# ASBESTOS INSPECTOR REVIEW

A 4-HOUR ANNUAL REVIEW PROGRAM OF STUDY PRESENTED IN ACCORDANCE WITH
THE PROVISIONS OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY MODEL
ACCREDITATION PLAN, 40 CFR PART 763, APPENDIX C TO SUBPART E,
FOR ACCREDITATION UNDER TSCA TITLE II.

PRESENTED BY



COURSE DIRECTOR
CLAYTON E. MILLER

August 31, 2007
EXPIRATION DATE

August 31, 2006
EXAMINATION DATE

84621
CERTIFICATE #

August 31, 2006
COURSE DATE

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
### Department of the Environment
Bureau of Hazardous Material and Toxic Subtances
Lead-Based Paint Management Program
### STATE LEAD CERTIFICATION
NAME:   Derek R Dauberman



COMPANY:   ATC Associates Inc
CLASS CODE:  RA
EXP. DATE:   9/22/08
CARD NO.:   DC06-3224

Elizabeth Berry
Authorized Signature

Identicard®Lancaster, PA USA

THIS CERTIFICATION IS THE PROPERTY OF THE DISTRICT OF COLUMBIA GOVERNMENT AND WHOSE PICTURE AND SIGNATURE APPEAR HEREON IS AUTHORIZED TO CONDUCT LEAD-BASED PAINT ACTIVITIES WITHIN THE DISTRICT OF COLUMBIA UNDER THE LAWS AND REGULATIONS ADMINISTERED BY THE DEPARTMENT OF HEALTH, ENVIRONMENTAL HEALTH ADMINISTRATION, BUREAU OF HAZARDOUS MATERIAL AND TOXIC SUBSTANCES.

#### CLASS CODES
RA = RISK ASSESSOR      S = SUPERVISOR
I  = INSPECTOR          PD = PROJECT DESIGNER
W = WORKER              BE = BUSINESS ENTITY

SIGNATURE

**Exhibit 2 to Affidavit of Jackie Duke:**

**Air Sampling Results Letter from ATC Associates Inc. (and attached Exhibits A-C)**



9231 Rumsey Road
Columbia, Maryland 21045
www.atc-enviro.com
410.381.0232
Fax 410.381.8908

August 28, 2007

Mr. Hank Doyle
Brookfield Properties
1250 Connecticut Avenue, NW
Suite 500
Washington, DC 20036

**Re:    Air Sampling Results**
       **1225 Connecticut Avenue, NW**
       **Washington, DC 20036**
       **ATC Project Number: 09.75084.0004**

Dear Mr. Doyle:

ATC Associates Inc. (ATC) of Columbia, Maryland, was retained by Brookfield Properties ("Client") to perform ambient air monitoring activities in selected areas of the lobby level at the above referenced property.

## Air Sampling Results

ATC Senior Industrial Hygienist, Mr. Derek Dauberman, collected five Transmission Electron Microscopy (TEM) air samples from pre-determined locations throughout the lobby level as determined by the Client on August 27, 2007. The flow rate for all samples was set at ten liters per minute and the samples were run for two hours. Air samples were collected on 25 millimeter, mixed-cellulose ester filter membranes (0.45 micron pores) contained in manufacturer pre-assembled, three-piece cassettes with electrically conductive, extended cowls. Pump flow rates were determined (both at the start and at the end of the sampling period) with a Dwyer Instruments, Inc. rotameter (#HF-4), which was calibrated on July 24, 2007. The samples were attached to stands and placed at breathing zone level with the cassettes placed in a downward 45 degree angle. The results of the air sampling can be found in Table 1 below.

### Table I – Air Sample Results

| ATC Sample Number | Sample Time | Sample Volume | Location | Result |
|---|---|---|---|---|
| DD-082707-1 | 1015-1215 | 1200 Liters | Location #1 | <15 s/mm$^2$ |
| DD-082707-2 | 1013-1213 | 1200 Liters | Location #2 | <15 s/mm$^2$ |
| DD-082707-3 | 1016-1216 | 1200 Liters | Location #3 | <15 s/mm$^2$ |
| DD-082707-4 | 1020-1220 | 1200 Liters | Location #4 | 15 s/mm$^2$ |
| DD-082707-5 | 1018-1218 | 1200 Liters | Location #5 | <15 s/mm$^2$ |

s/mm$^2$ – Structures per millimeter squared.

Air Monitoring Results                                          1225 Connecticut Avenue, NW
ATC Project No. 09.75084.0004                                              Washington, DC

The TEM air samples were submitted to AMA Analytical Services Inc. (AMA) of Lanham, Maryland for analysis. Samples were analyzed by AMA in accordance with the Asbestos Hazard Emergency Response Act (AHERA) "Interim Transmission Electron Microscopy Analytical Methods" protocol described in Appendix A to Subpart E of 40 CFR Part 763. Please find the AMA analysis results included as an attachment to this letter.

AMA satisfies the requirements of the National Voluntary Laboratory Accreditation Program (NVLAP) and American Industrial Hygiene Association (AIHA) Laboratory Quality Assurance Program (LQAP).

**Conclusion/Recommendations**

All TEM air samples reported concentrations of airborne fibers that meet the requirements of AHERA and the District of Columbia for re-occupancy of an abated space (<70 structures/mm$^2$). No further action is recommended at this time.

Our professional services have been performed, our findings obtained, and our recommendations prepared in accordance with customary principles and practices in the field of environmental science and engineering. This statement is in lieu of other statements either expressed or implied. This report does not warrant against future operations or conditions, nor does it warrant against operations or conditions present of a type or at a location not investigated.

Should you have any questions or comments please contact us at 410-381-0232. This report is respectfully submitted this 28th day of August 2007.

Sincerely,
**ATC ASSOCIATES INC.**


_____              _____
Derek R. Dauberman                            Michael D. Plainte
Senior Industrial Hygienist                   Manager, Building Sciences

attachments

## APPENDIX A

## AMA ANALYTICAL SERVICES INC. AIR SAMPLE RESULTS

# AMA Analytical Services, Inc.

A Specialized Environmental Laboratory

NVLAP
101143-0
NY ELAP
10920

## CERTIFICATE OF ANALYSIS

| | | | |
|---|---|---|---|
| Client: | ATC Associates, Inc. | Job Name: | 1225 Connecticut Ave |
| Address: | 9231 Rumsey Road | Job Location: | Washington, DC |
| | Columbia, Maryland 21045 | Job Number: | Not Provided |
| | | P.O. Number: | Not Provided |
| Attention: | Derek Dauberman | | |

| | | |
|---|---|---|
| Chain Of Custody: | 167369 | |
| Date Analyzed: | 8/28/2007 | |
| Person Submitting: | Derek Dauberman | |

*Page 1 of 1*

## Summary of Transmission Electron Microscopy

Filter Type: MCE    Pore Size: 0.45 um    Filter Size: 25 mm    (385 mm²)

| AMA Sample Number | Client Sample Number | Volume (L) | Area Analyzed (mm²) | Analytical Sensitivity s/cc | Asbestos Type Amount | # Non Asbestos Structures | Concentration s/mm² | Concentration s/cc | Sample Type | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| 0779573 | DD-082707-1 | 1200 | 0.0670 | 0.0048 | 0 | 0 | <15 | <0.0048 | NP | |
| 0779574 | DD-082707-2 | 1200 | 0.0670 | 0.0048 | 0 | 0 | <15 | <0.0048 | NP | |
| 0779575 | DD-082707-3 | 1200 | 0.0670 | 0.0048 | 0 | 0 | <15 | <0.0048 | NP | |
| 0779576 | DD-082707-4 | 1200 | 0.0670 | 0.0048 | 1 Chrysotile | 0 | 15 | 0.0048 | NP | |
| 0779577 | DD-082707-5 | 1200 | 0.0670 | 0.0048 | 0 | 0 | <15 | <0.0048 | NP | |
| 0779578 | DD-082707-6 | 0 | 0.0000 | **** | **** | **** | **** | **** | BLK | Sample Not Analyzed |

Analytical procedures used meet or exceed the AHERA "Interim Transmission Electron Microscopy Analytical Methods" protocol described in Appendix A to Subpart E of 40 CFR Part 763.

G. Edward Carney

This report applies only to the sample, or samples, investigated and is not necessarily indicative of the quality or condition of apparently identical or similar products. As a mutual protection to clients, the public, and these Laboratories, this report is submitted and accepted for the exclusive use of the client to whom it is addressed and upon the condition that it is not to be used, in whole or in part, in any advertising or publicity matter without prior written authorization from us. Sample types, locations, and collection protocols are based upon the information provided by the persons submitting them and, unless collected by personnel of these Laboratories, we expressly disclaim any knowledge and liability for the accuracy and completeness of this information. Residual sample material will be discarded in accordance with the appropriate regulatory guidelines, unless otherwise requested by the client. NVLAP accreditation applies only to polarized light microscopy of bulk samples and transmission electron microscopy of AHERA air samples. This report must not be used to claim, and does not imply product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. All rights reserved. AMA Analytical Services, Inc.

An AIHA (#109470), NVLAP (101143-0), and NY ELAP (#10920) Accredited Laboratory

4475 Forbes Blvd. · Lanham, MD, 20706 · (301) 459-2640 · Toll Free (800) 346-0961 · Fax (301) 459-2643

**AMA Analytical Services, Inc.**

AIHA (#100470) NVLAP (#101143-0) NY ELAP (10920)
4475 Forbes Blvd. • Lanham, MD 20706
(301) 459-2640 • (800) 346-0961 • Fax (301) 459-2643
www.amalab.com

**CHAIN OF CUSTODY**

(Please Refer To This Number For Inquires)

**167369**

**Mailing/Billing Information:**

1. Client Name: ATC ASSOCIATES INL
2. Address 1: 9231 RUMSEY ROAD
3. Address 2: COLUMBIA, MD 21045
4.
5. Phone #: 410-381-0232    Fax #: 410-381-8908

☐ Verbals:    @ cell #

**Submitted Information:**

1. Job Name: 1225 CONNECTICUT AVE.
2. Job Location: WASHINGTON, DC
3. Job #:
4. Contact Person: D. DRUSZENAN
5. Submitted by: D. DRUSZENAN    Signature: [signature]

P.O. #:    @ phone # 240-731-8149

Reporting Information (Results will be provided as soon as technically feasible):
Date & Time Results Required: 1/26/07 @ 12:00  ☐Immd. ☒24hr ☐48hr ☐72hr ☐5 Day + ☐Immd. After-Hours* ☐24hr After-Hours* ☐Late-Night* (*must be pre-scheduled)
☐Email dclee @ amalab.com
☐Email dclee @ atc-enviro.com
☐ Fax Copy:    @ fax #

Please include COC/field data sheets with results

**Asbestos Analysis**

PCM Air – Please Indicate Filter Type:
☐ PC MCE Porosity____ in a 25mm 37mm
☐ NIOSH 7400____ (QTY)
☐ Fiberglass____ (QTY)
TEM Air – Please Indicate Filter Type:
☐ PC MCE Porosity 0.45 0.8 in a 25mm 37mm
☒ AHERA____ (QTY)
☐ NIOSH 7402____ (QTY)
☐ Other (specify)____

PLM Bulk
☐ EPA 600 – Visual Estimate____ (QTY)
☐ EPA Point Count____ (QTY)
☐ NY State Friable 198.1____
☐ Grav. Reduction ELAP 198.6____ (QTY)
☐ Other (specify)____ (QTY)

**TEM Bulk**
☐ ELAP 198.4/Chatfield____ (QTY)
☐ NY State PLM/TEM____ (QTY)
☐ Residual Ash____
**TEM Dust**
☐ Qual. (pres/abs) Vacuum/Dust____ (QTY)
☐ Quan. (s/area) Vacuum D5755-95____ (QTY)
☐ Quan. (s/area) Dust D6480-99____ (QTY)
**TEM Water**
☐ Qual. (pres/abs)____ (QTY)
☐ ELAP 198.2/EPA 100.2____ (QTY)
☐ EPA 100.1____
☒ All samples received in good condition unless otherwise noted.
☐ TEM Water samples____

**Lead Analysis**
☐ Paint Chip____ (QTY)
☐ Dust Wipe (wipe type____ )____ (QTY)
☐ Air____ (QTY)
☐ Soil/Solid____ (QTY)
☐ TCLP____ (QTY)
☐ Drinking Water____ (QTY)
☐ Waste Water____ (QTY)
☐ Dust Wipe Furnace (wipe type____ )____ (QTY)

**Mold – Direct Microscopic Analysis**
☐ Spore-Trap____ (QTY)  ☐ Bulk____ (QTY)
☐ Surface Swab____ (QTY) ☐ Surface Vacuum Dust____ (QTY)
☐ Surface Tape____ (QTY) ☐ Other (Specify____ )____ (QTY)

**LABORATORY STAFF ONLY:** CUSTODY

| CLIENT ID NUMBER | SAMPLE INFORMATION SAMPLE LOCATION IDENTIFICATION | DATE | VOLUME (LITERS) | WIPE AREA | TEM | PCM | PLM | LEAD | MOLD | AIR | BULK | DUST | WATER AND OTHER | SPORE TRAP | TAPE | SWAB | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DD-082107-1 | Location #1 | 8/21 | 1200L | | X | | | | | X | | | | | | | | | |
| DD-082107-2 | Location #2 | 8/21 | 1200L | | X | | | | | X | | | | | | | | | |
| DD-082107-3 | Location #3 | 8/21 | 1200L | | X | | | | | X | | | | | | | | | |
| DD-082107-4 | Location #4 | 8/21 | 1200L | | X | | | | | X | | | | | | | | | |
| DD-082107-5 | Location #5 | 8/21 | 1200L | | X | | | | | X | | | | | | | | | |
| DD-082107-6 | BLANK | | | | X | | | | | X | | | | | | | | | |

**LABORATORY STAFF ONLY:**

1. Date/Time RCVD: 08/22/07 /200  By (Print): DC  Via: [signature]  By (Print): [signature]  Date: [signature]  Via: [signature]  By (Print): [signature]  Date: [signature]

2. Date/Time Analyzed:

3. Results Reported To:

4. Comments:

**CLIENT CONTACT**
(LABORATORY STAFF ONLY)

Date/Time: ____  Contact: ____  By: ____

Date/Time: ____  Contact: ____  By: ____

Date/Time: ____  Contact: ____  By: ____

Sign: ____  Initials: ____
Time: ____

**APPENDIX B**

**AMA ANALYTICAL SERVICES INC. LABORATORY CERTIFICATIONS**

United States Department of Commerce
National Institute of Standards and Technology



# Certificate of Accreditation to ISO/IEC 17025:1999

**NVLAP LAB CODE: 101143-0**

**AMA Analytical Services, Inc.**
Lanham, MD

*is recognized by the National Voluntary Laboratory Accreditation Program for conformance with criteria set forth in NIST Handbook 150:2001 and all requirements of ISO/IEC 17025:1999. Accreditation is granted for specific services, listed on the Scope of Accreditation, for:*

**AIRBORNE ASBESTOS FIBER ANALYSIS**



2007-07-01 through 2008-06-30
*Effective dates*

_For the National Institute of Standards and Technology_

NVLAP-01C (REV. 2005-05-19)

 **National Voluntary
Laboratory Accreditation Program** 

## SCOPE OF ACCREDITATION TO ISO/IEC 17025:1999

**AMA Analytical Services, Inc.**
4475 Forbes Blvd.
Lanham, MD 20706
Mr. Andreas Saldivar
Phone: 301-459-2640   Fax: 301-459-2643
E-Mail: andreas@amalab.com
URL: http://www.amalab.com

**AIRBORNE ASBESTOS FIBER ANALYSIS (TEM)**          **NVLAP LAB CODE  101143-0**

| *NVLAP Code* | *Designation / Description* |
|---|---|
| 18/A02 | U.S. EPA's "Interim Transmission Electron Microscopy Analytical Methods-Mandatory and Nonmandatory-and Mandatory Section to Determine Completion of Response Actions" as found in 40 CFR, Part 763, Subpart E, Appendix A. |

2007-07-01 through 2008-06-30

*Effective dates*

Page 1 of 1

*For the National Institute of Standards and Technology*

NVLAP-01S (REV. 2005-05-19)

# AIHA

*Protecting Worker Health*

## The American Industrial Hygiene Association

*acknowledges that*

## AMA Analytical Services, Inc.

4475 Forbes Boulevard, Lanham, MD 20706

Laboratory ID: 100470

has fulfilled the requirements of the AIHA Laboratory Quality Assurance Programs (LQAP), thereby, conforming to the ISO/IEC 17025:2005 international standard, *General Requirements for the Competence of Testing and Calibration Laboratories*. The above named laboratory, along with all premises from which key activities are performed, as listed above, have been accredited by AIHA in the following:

## ACCREDITATION PROGRAMS

| | |
|---|---|
| ✓ **INDUSTRIAL HYGIENE** | Accreditation Expires: 07/01/2008 |
| ✓ **ENVIRONMENTAL LEAD** | Accreditation Expires: 07/01/2008 |
| ✓ **ENVIRONMENTAL MICROBIOLOGY** | Accreditation Expires: 08/01/2009 |
| ☐ **FOOD** | Accreditation Expires: |

Specific Field(s) of Testing (FoT)/Method(s) within each Accreditation Program for which the above named laboratory maintains accreditation is outlined on the attached Scope of Accreditation. Continued accreditation is contingent upon successful on-going compliance with LQAP requirements. This certificate is not valid without the attached Scope of Accreditation. Please review the AIHA website for the most current status of the scope of accreditation.

*James A. Kenny, CIH, CSP*
*Chairperson, Analytical Accreditation Board*

*Donald J. Hart, PhD, CIH*
*President, AIHA*

Date Issued: 08/07/2007

**APPENDIX C**

**SAMPLE LOCATIONS**



**Citibank**

Air Sampling Location #1

Air Sampling Location #2

Air Sampling Location #5

Air Sampling Location #3

Air Sampling Location #4

**Independence Federal**

**Sample Location Floor Plan**
Drawing Not to Scale



ATC
ASSOCIATES INC

Ambient Air Sampling
1225 Connecticut Avenue, NW
Washington, DC 20036

# Exhibit B: Affidavit of Kevin Parks

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| 1225 CONNECTICUT CO. LLC | : |
| | : |
| Defendant. | : |
| | : |

Case No. 07-cv-1389 (JDB)

## AFFIDAVIT OF KEVIN PARKS IN OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

I, KEVIN PARKS, under penalty of perjury, state as follows:

1.      I am over twenty one (21) years of age and make this Affidavit based on matters within my personal knowledge in support of the Opposition of Defendant 1225 Connecticut Co. LLC("1225") to Plaintiff's Application for Preliminary Injunctive Relief.

2.      I am the Lead Engineer for Brookfield Properties Management LLC ("Brookfield") assigned to 1225 Connecticut Avenue, N.W. in Washington, D.C. 20036 (the "Property").

3.      I have been the Lead Engineer at the Property for four (4) years.

4.      No member of the Brookfield staff assigned to the Property has removed any ceiling tiles from the commercial space occupied by Independence Federal Savings Bank ("Independence"), either in connection with the construction activities currently occurring at the Property (the "Renovation Project") or otherwise.

5.      The ceiling tiles that Independence implies were removed in connection with the Renovation Project were missing prior to the commencement of the Renovation Project.  Section

9.01(a) of the Lease provides that Independence shall keep the lease space, including fixtures, in good and working condition.

6.    The removal of the ceiling tiles from Independence would be a contributing factor to any increase in the temperature in the Independence space.

7.    The temperature of the chilled water that is provided to Independence has remained the same – between 41 to 48 degrees Fahrenheit – since long prior to the commencement of the Renovation Project. *See, Exhibit 1, Email from Mr. Parks dated August 14, 2007.*

8.    On July 31, 2007, Mr. Larry Alexander of Independence inquired into the temperatures of the chilled water being provided to the Independence space.  I informed Mr. Alexander that the temperature was within the acceptable range and that the chiller starts daily at 3:30 a.m.

9.    Contrary to suggestions of Independence, there has been no noted increase in rodent activity at the Property since the commencement of the Renovation Project.

**Remainder of Page Intentionally Left Blank.  Signature on Following Page.**

Kevin Parks

# Exhibit 1 to Affidavit of Kevin Parks:

# Email dated August 14, 2007

## Joshua M. Greenberg

**From:**  Jackie S Duke [Jackie.Duke@brookfieldproperties.com]
**Sent:**  Wednesday, August 29, 2007 3:05 PM
**To:**  Joshua M. Greenberg
**Subject:** FW: IFSB Chilled Water Readings

Here are the chilled water readings sent to Independence 8/14/07.

**From:** Kevin D Parks
**Sent:** Tuesday, August 14, 2007 1:04 PM
**To:** Karen E Hunt
**Subject:** RE:IFSB Chilled Water Readings

| **Date** | 8/1/07 | 42.0 deg. | **Leaving chilled water temperture** |
| **Date** | 8/2/07 | 42.0 deg. | **Leaving chilled water temperture** |
| **Date** | 8/3/07 | 42.0 deg. | **Leaving chilled water temperture** |
| **Date** | 8/6/07 | 43.2 deg. | **Leaving chilled water temperture** |
| **Date** | 8/7/07 | 43.1 deg. | **Leaving chilled water temperture** |
| **Date** | 8/8/07 | 43.2 deg. | **Leaving chilled water temperture** |
| **Date** | 8/9/07 | 44.0 deg. | **Leaving chilled water temperture** |
| **Date** | 8/10/07 | 43.0 deg. | **Leaving chilled water temperture** |
| **Date** | 8/13/07 | 43.0 deg. | **Leaving chilled water temperture** |
| **Date** | 8/14/07 | 43.0 deg. | **Leaving chilled water temperture** |

**Kevin Parks**
1225 Connecticut Avenue NW
Washington, DC., 20036,
Direct: (202) 659-8349 ; Fax: (202) 996-1255
Kevin.Parks@brookfieldproperties.com
www.brookfieldproperties.com



**Brookfield** Properties

**Jackie Duke**
1250 Connecticut Avenue NW, Suite 500
Washington, DC., 20036,
Direct: (202) 364-6339 ; Fax: (202) 364-6330
Jackie.Duke@brookfieldproperties.com
www.brookfieldproperties.com



**Brookfield** Properties

This email and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed.
It may contain confidential or proprietary information and may be subject to theattorney-client privilege, solicitor-client privilege or other confidentiality
protections.
Any other distribution, copying or disclosure of this email and/or files is strictly prohibited.
If you have received this email in error please notify us immediately and then delete this message from your system.

**From:** Karen E Hunt
**Sent:** Monday, August 13, 2007 4:35 PM
**To:** 'Larry Alexander'; Kevin D Parks
**Cc:** Robert B. Isard
**Subject:** RE:IFSB Chilled Water Readings

That should not be a problem. Kevin is out today but I will ask him to look at this tomorrow. Thank you.

**Karen Hunt**
2001 M Street NW
Washington, DC., 20036,
Direct: (202) 331-1337 , Ext. 104 ; Fax: (202) 331-1387
Karen.Hunt@brookfieldproperties.com
www.brookfieldproperties.com

**Brookfield** Properties 

---

**From:** Larry Alexander [mailto:LAlexander@ifsb.com]
**Sent:** Monday, August 13, 2007 4:03 PM
**To:** Karen E Hunt; Kevin D Parks
**Cc:** Robert B. Isard
**Subject:** RE: IFSB Chilled Water Readings

Thanks for the update.

We would like to have the weekly e-mails stating the daily readings. The last day I have a reading for is July 31, so please show from August 1, 2007 to current.

Thanks,

```
Larry C. Alexander Jr.
Independence Federal Savings Bank
Security Officer/Facilities Manager
202-626-0437
202-293-2295 fax
```

---

**From:** Karen E Hunt [mailto:Karen.Hunt@brookfieldproperties.com]
**Sent:** Monday, August 13, 2007 1:50 PM
**To:** Larry Alexander; Kevin D Parks
**Cc:** Robert B. Isard
**Subject:** RE: IFSB Chilled Water Readings

Hi, Larry.

Kevin forwarded your request on to me regarding viewing and recording the chilled water readings. Unfortunately, we cannot allow unlicensed or untrained persons into the penthouse area under any circumstances but we particularly are not comfortable allowing someone into this area during construction. It is simply too dangerous. We would be happy, however, to provide an e-mail once a week on Fridays with the temperature readings for each day. Our engineers check the chiller each morning at start up to ensure we are distributing water to the building within a standard range based on the outside conditions.

8/29/2007

We also ask that you inform your contractor if you are continually having condition problems within the space. We would be happy to meet with the technician while he is on site to provide information regarding the building and tenant's space and assist in trouble shooting the issue.

Sincerely,

Karen Hunt
Property Manager

**Karen Hunt**
2001 M Street NW
Washington, DC., 20036,
Direct: (202) 331-1337 , Ext. 104 ; Fax: (202) 331-1387
Karen.Hunt@brookfieldproperties.com
www.brookfieldproperties.com

**Brookfield** Properties 

This email and any files transmitted with it are intended solely for the use of the individual or entity to which they are addressed.
It may contain confidential or proprietary information and may be subject to theattorney-client privilege, solicitor-client privilege or other confidentiality protections.
Any other distribution, copying or disclosure of this email and/or files is strictly prohibited.
If you have received this email in error please notify us immediately and then delete this message from your system.

---

**From:** Larry Alexander [mailto:LAlexander@ifsb.com]
**Sent:** Monday, August 13, 2007 11:00 AM
**To:** Kevin D Parks
**Cc:** Robert B. Isard; Karen E Hunt
**Subject:** IFSB Chilled Water Readings

Kevin,

Have you heard any feedback about setting up a schedule for me to view and record/photo the chilled water readings?

Since the system does not allow for e-mailing of the reports, we are looking for another method to track the chilled water temperature.

Thanks,

Larry C. Alexander Jr.
Independence Federal Savings Bank
Security Officer/Facilities Manager
202-626-0437
202-293-2295 fax

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the e-mail address, fax number, or telephone number above and shred or discard this email/fax. Thank you.

# Exhibit C:  Affidavit of Henry Doyle

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK | : : |
| Plaintiff, | : : |
| v. | : : Case No. 07-cv-1389 (JDB) |
| 1225 CONNECTICUT CO. LLC | : : |
| Defendant. | : : |

## AFFIDAVIT OF HENRY DOYLE IN OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

I, HENRY DOYLE, under penalty of perjury, state as follows:

1.      I am over twenty one (21) years of age and make this Affidavit based on matters within my personal knowledge in support of the Opposition of Defendant 1225 Connecticut Co. LLC("1225") to Plaintiff's Application for Preliminary Injunctive Relief.

2.      I am the Director, Design and Construction for Brookfield Properties Management LLC ("Brookfield") with an office address of 1250 Connecticut Avenue, N.W., Suite 500, Washington, D.C.  20036.

3.      The attached photographs marked *Exhibits 1-5* and *Exhibit 8.1* are true and accurate representations of the condition of the commercial property located 1225 Connecticut Avenue, N.W. in Washington, D.C. (the "Property") as of Thursday, August 23, 2007, and were taken in my presence.  The attached photographs marked *Exhibits 6-10* are true and accurate representations of the condition of the Property as of Wednesday, August 29, 2007, and were taken in my presence.

4.    There are a total of six (6) elevators in the lobby of the Property which service all floors of the Property, including the parking garage.

5.    Due to the construction activities at the Property (the "Repositioning Project"), three (3) of the elevators have been sequestered from the main lobby and are reserved for exclusive use by the construction crews (the "Construction Elevators"). *See, Exhibit 1, Photograph of the Sequestered Construction Elevators.*

6.    Currently, there are three (3) elevators available for use by customers and employees of the two (2) remaining tenants of the Property (the "Public Elevators") – Independence Federal Savings Bank ("Independence" or the "Bank") and Citibank. *See, Exhibit 2, Photograph of Public Elevators.*

7.    The Public Elevators are restricted to the lobby level and the parking garage and will not travel to, or stop at, any other floors in the Property.  These elevators have been sealed off on the upper floors to prevent dust, debris or water infiltration. *See, Exhibit 3, Photographs of Sealed Elevators.*

8.    The route that must be taken to reach the dumpster servicing the Property passes through the sequestered portion of the lobby and down two (2) corridors leading to the back portion of the Property.

9.    In an effort to minimize inconvenience to Independence with respect to trash removal, Brookfield has placed a rolling trash container in the lobby of the Property in which Independence may deposit their trash. *See, Exhibit 4, Photographs of Trash Bin in Lobby.*  The trash bin is emptied into the dumpster servicing the Property by a Brookfield employee on a nightly basis.

10.    The location of the dumpster servicing the Property is in the rear of the Property. Due to the Renovation Project and the need for securing access points to the construction site, the dumpster has been relocated approximately ten (10) feet to the south. *See, Exhibit 5, Photograph of Dumpster Locations.* Contrary to the photographs provided by Independence, the dumpster is no longer located within the fenced in portion of the rear of the Property. The photographs of the dumpster provided by Independence depict a temporary condition which no longer exists.

11.    *Exhibit 6* is photographs of the construction staging area (the "Staging Area"). *Exhibit 7* is photographs of the lights installed on the roof of the covered walkway. *Exhibit 8* is photographs of the Independence handicapped entrance and walkway on the N Street side of the Property. *Exhibit 8.1* is a photograph of the handicapped accessible entrance door to Independence. *Exhibit 9* is photographs of the fire stand pipes, access to the stand pipes and temporary signage identifying the stand pipes. *Exhibit 10* is photographs of the emergency exit from Independence on the N Street side of the Property, including the exit point by the parking garage.

12.    1225 has no plans to shut-down the IFSB entrance, but in the event that such shut-down becomes necessary, 1225 will maintain an alternative entrance to the IFSB space.

13.    1225 will take all reasonable measures to assure that the IFSB space is secured during storefront renovations.

**Remainder of this page intentionally left blank.**

**Signature on following page.**

3

Henry Doyle

# Exhibit 1 to Affidavit of Henry Doyle:
# Photograph of Sequestered Construction Elevators



**Exhibit 2 to Affidavit of Henry Doyle:
Photograph of Public Elevators**



# Exhibit 3 to Affidavit of Henry Doyle: Photographs of Sealed Elevators





**Exhibit 4 to Affidavit of Henry Doyle:
Photographs of Trash Bin in Lobby for Independence
Federal Savings Bank's Use**







**Exhibit 5 to Affidavit of Henry Doyle:
Photographs of Dumpster in Current Location**





# Exhibit 6 to Affidavit of Henry Doyle:
# Photographs of Construction Staging Area











# Exhibit 7 to Affidavit of Henry Doyle:
# Photographs of Covered Walkway with Overhead Lights





# Exhibit 8 to Affidavit of Henry Doyle:
# Photographs of Handicapped Accessible Walkway to Independence Federal Savings Bank







# Exhibit 8.1 to Affidavit of Henry Doyle:
# Photograph of Handicapped Entrance to
# Independence Federal Savings Bank



# Exhibit 9 to Affidavit of Henry Doyle:
# Photographs of Fire Stand Pipes and Temporary Signage









**Exhibit 10 to Affidavit of Henry Doyle:
Photographs of Emergency Exit from Independence
Federal Savings Bank**









# Exhibit D:  Affidavit of Edward Green, III

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     Case No. 07-cv-1389 (JDB) |
| | : |
| 1225 CONNECTICUT CO. LLC | : |
| | : |
| Defendant. | : |
| | : |

## AFFIDAVIT OF EDWARD GREEN, III IN OPPOSITION TO APPLICATION FOR PRELIMINARY INJUNCTIVE RELIEF

I, EDWARD GREEN, III under penalty of perjury, state as follows:

1.      I am over twenty-one (21) years of age and make this Affidavit based on matters within my personal knowledge in support of the Opposition of Defendant 1225 Connecticut Co. LLC("1225") to Plaintiff's Application for Preliminary Injunctive Relief.

2.      I am a Senior Project Manager for James G. Davis Construction Corporation ("Davis"), working out of Davis' office located at 1430 Spring Hill Road, McLean, Virginia. Davis is the general contractor hired by Brookfield Properties Management LLC ("Brookfield") in connection with the renovation project (the "Renovation Project") occurring at 1225 Connecticut Avenue, N.W. in Washington, D.C. 20036 (the "Property").

3.      I have been employed by Davis for nine (9) years as a project manager on numerous commercial construction projects in the District of Columbia.

### FIRE CODE COMPLIANCE

4.      The emergency exit from Independence Federal Savings Bank ("Independence"), located on the N Street elevation has a covered walkway leading away from the Property towards

320745\1

the driveway servicing the parking garage. *See, Exhibit 10 to Affidavit of Henry Doyle (the "Doyle Affid."), Photographs of Emergency Exit and Parking Garage.* The exit point for this covered walkway is free of any obstruction or impediments. *Id.*

5.      Access to the emergency standpipes servicing the Property is not impeded or otherwise restricted. *See, Exhibit 9 to Doyle Affid., Photographs of Standpipes.* The scaffolding has been configured to allow for maximum accessibility to the standpipes from the adjacent streets. *Id.* Additionally, signage has been placed identifying each standpipe. *Id.*

6.      Davis has arranged for signage to be installed on the scaffolding clearly and prominently identifying the Property as "1225 Connecticut Avenue." The installation of this signage is scheduled for Friday, August 31, 2007.

### FIRE HAZARD PROTECTIONS / ELECTRICAL SYSTEMS

7.      During the removal of the pre-cast façade on the N Street elevation, no "explosive dust" was revealed.

8.      Davis has taken reasonable precautions to prevent the outbreak of fire during the pre-cast façade removal, interior demolition or any other construction work involving cutting, torching or the use of any open flame. Specifically, Davis has installed temporary hose connections on each floor of the Property. Any work that involves torches, open flame or activities that produce "sparks" (including, but not limited to cutting of pipes or ducts) is done in compliance with a "hot permit." The hot permits require the posting of a fire watch at the location where the work is being performed, as well as a fire extinguisher and dousing water. At the end of each day that work is performed pursuant to a "hot permit," the contractor with the permit is required to wait thirty (30) minutes past the stop work time, conduct a walkthrough inspection to ensure that conditions are satisfactory and then sign out. The interior standpipes

320745\1

will remain operational on each floor. Existing fire sprinkler coverage will remain operational on floors where demoltion is not being performed. As additional precautions against fire, the use of wet blankets is mandated for the cutting of any pipes.

9.      The first stage of the interior demolition is the draindown of the sprinkler system on the impacted floors of the Property. The draindown will have no impact on the 1st floor of the Property. The standpipes and fire closets on each of the floors will remain energized and available in the event of an emergency. The demolition crews will have a fire watch posted, along with the placement of fire extinguishers throughout the Property.

10.     There are no electrical or water outages planned for "on-hours." The Property is equipped with a generator for back-up power in the event of an unforeseen electrical interruption.

### SAFETY CODE COMPLIANCE

11.     Davis has installed overhead lighting on the inside of the covered walkways. *See, Exhibit 7 to Doyle Affid., Photographs of Covered Walkway.*

12.     The covered handicapped walkway along the N Street elevation of the Property has sufficient clearance widthwise to allow for the use of a wheelchair. *See, Exhibits 8 and 8.1 to Doyle Affid., Photograph of Handicapped Accessible Walkway.* The entrance to the covered handicapped walkway, located on the 18th Street/Connecticut Avenue elevation of the Property, is free of any obstruction or impediments. *Id.*

13.     Contrary to the assertions of Independence, the Pepco storage vaults are located within the Staging Area and Pepco's access to the storage vaults is no way impeded or otherwise restricted, either in the case of an emergency or otherwise. Pepco may enter the Staging Area through the 18th Street / N Street non-staging area.

14.    To allow for the installation of the demolition chutes on the N Street elevation, an entire tier of pre-cast façade needed to be removed. During the removal of the pre-cast façade it was noted that the pre-cast façade was in a good and sturdy condition with no crumbling observed. Based on this observation, there is a reduced likelihood of significant falling debris during the removal of the pre-cast façade from the Property.

### WATER PENETRATION PRECAUTIONS

15.    In order to protect the remaining two (2) tenants of the Property from leaks or other water infiltration, Davis will be sealing off the 1st floor from the rest of the Property. A temporary waterproofing membrane will be installed over the second floor slab and existing penetration points (e.g., for pipes) will be caulked and waterproofed. A temporary poly covered partition, installed from the floor slab to the ceiling slab above, will enclose the entire perimeter of the second and third floors. This work will commence in September.

### ERECTION OF SCAFFOLDING

16.    The overhead protection installed on the Connecticut Avenue portion of Independence's leased space, which Independence suggests was installed "at least 30 weeks too early" is a requirement pursuant to the Public Space Permit obtained for the Renovation Project. The Public Space Permit is for the entire Renovation Project and is not separated by the different elevations (i.e., N Street side, 18th Street/Connecticut Avenue side), nor can compliance with the Permit be phased in (in other words, all requirements of the Permit must be met at this time).

### DEMOLITION OF PRE-CAST FAÇADE

17.    It will take approximately three (3) weeks to remove the pre-cast façade from the 18th Street/Connecticut Avenue side of the Property. Work will commence above the

Independence space and move south down 18th Street/Connecticut Avenue towards the Citibank space.

18.    The removal of the pre-cast façade from the Property will commence in the northeast corner of the Property on the N Street elevation (above the entrance to the parking garage), then move counterclockwise to the 18th Street/Connecticut Avenue elevation and conclude with the alley-way elevation.

19.    The removal of the pre-cast façade is conducted in columns, starting at the top of the Property and moving down to the street level in a piece-by-piece, column by column manner.

20.    With respect to the removal of the pre-cast façade located above the entrance to Independence, Davis will take all reasonable measures to minimize any disruption to the operation of Independence.

21.    During the removal of the pre-cast façade, a debris netting system will be installed to arrest the fall of any debris which may break off.  The netting will run from the rooftop down to the street level of the particular section of the Property which is being worked on at that time.  The netting will not cover those portions of the front façade not being worked on.

22.    During the removal of the pre-cast façade, the covered walkway currently located on the 18th Street/Connecticut Avenue elevation of the Property will be altered.  The side of the walkway closest to the Property will be secured from the sidewalk to the top of the walkway with clear plexi-glass.  The plexi-glass will allow for continued visibility of Independence along with the requisite amount of safety precautions for conducting overhead construction.  There will be no increase in the height of the plywood which is currently installed on the street side of the walkway.

23.    The installation of the new curtainwall façade will be done via a monorail and cable system on the roof of the Property. Specifically, each piece of the new curtainwall façade will be lifted via crane, from the N Street elevation, into the Property on the appropriate floor where it will be installed. The installation of the curtainwall façade is done on a floor by floor basis around the building. There will be multiple crews working on the installation of the new curtainwall façade to have work progress on an expeditious basis.

**DUST AND DEBRIS**

24.    The ceiling panels that Independence claims were removed and which it contends allows dust to enter its leased space were not removed by Davis in preparation for the Renovation Project. Davis is unaware of who removed the panels or why.

**USE OF "BOBCATS" FOR INTERIOR DEMOLITION**

25.    The Bobcats utilized in the interior demolition of the Property are equipped with "scrubbers" designed to reduce the amount of emissions. Davis has used Bobcats in interior demolition of occupied buildings in the past and has not had a problem with carbon monoxide emissions.

26.    The Bobcats will only be employed on floors 3 through 8 at the Property. Any interior demolition on the 2nd floor will be done without the assistance of the Bobcats. The 2nd floor "soft architectural demolition" or removal of the tenant's build-out (i.e., pull up carpeting, removal of the acoustical grid) will be performed by hand.

27.    Independence does not draw its air supply from the office portion of the Property, but rather it is self-contained.

### RODENT PRESENCE

28.    During the removal of the pre-cast façade on the N Street elevation, no rodent nests were revealed.

### ASBESTOS

29.    As of the date of this Affidavit, no asbestos abatement has begun, nor have any asbestos containing materials been disturbed.

### SECURITY PRECAUTIONS

30.    Since the commencement of the Renovation Project, Davis is not aware of any instances of crime at the Property.

31.    The removal of the pre-cast façade is for floors 2 through 8.

32.    None of the demolition of pipes, ducts or wiring that will be performed at the Property will require access into the Independence space.

### CONSTRUCTION STAGING AREA

33.    The size of the construction staging area on the N Street side of the Property (the "Staging Area") is mandated by the Public Space Permit. Davis is not using the full allotment as provided by the Public Space Permit. Specifically, Davis has carved out an area in front of Independence on the corner of N Street and 18th Street/Connecticut Avenue, and the same remains unused by any construction personnel. *See, Exhibit 6 to Doyle Affid., Photographs of Staging Area.* This section of the Staging Area remains enclosed by the fence to prevent unauthorized access to the Staging Area and to prevent any vehicles from parking by the Property. *Id.*

7

34.     The green mesh fence lining that has been installed on the fence that delineates the Staging Area is for security and aesthetics. This type of fence line helps to obscure the Staging Area from pedestrian and vehicular traffic, maintain the overall appearance of the construction sight and reduce the likelihood of theft and/or vandalism at the construction sight.

Edward Green, NI