UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK,<br><br>          Plaintiff,<br><br>v.<br><br>1225 CONNECTICUT CO. LLC,<br><br>          Defendant. | Civil Action No.  07-cv-1389 (JDB) |

**DEFENDANT 1225 CONNECTICUT CO. LLC'S
NOTICE OF FILING OF LENGTHY EXHIBITS**

Defendant 1225 Connecticut Co. LLC, by and through counsel, hereby gives notice that it will paper file with the Court a copy of the Response to Plaintiff Independence Federal Savings Bank's Reply Concerning Amended Application for Preliminary Injunctive Relief along with attached exhibits (including color photographs) since several exhibits were lengthy.  A copy of the filing, including color photographs, will be provided to Plaintiff's counsel.

Respectfully submitted,

              /S/ Joshua M. Greenberg
Richard W. Luchs, # 243931
William C. Casano, # 352492
Joshua M. Greenberg, #489323
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C.  20036
Telephone:  (202) 452-1400
Facsimile:  (202) 452-1410
rwl@gdllaw.com
wcc@gdllaw.com
jmg@gdllaw.com

*Counsel for Defendant 1225 Connecticut Co. LLC*

320923