UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**INDEPENDENCE FEDERAL SAVINGS BANK,**

   **Plaintiff,**

         v.

**1225 CONNECTICUT CO. LLC,**

   **Defendant.**

**Civil Action No. 07-1389 (JDB)**

---

### ORDER

Upon consideration of [2] plaintiff's original application for a preliminary injunction; [6] plaintiff's amended motion for a preliminary injunction; the opposition, reply, and surreply thereto; the arguments at the motions hearing held on September 7, 2007; the entire record herein; and for the reasons stated in the oral opinion read in open court on this date, it is this 11th day of September, 2007, hereby

**ORDERED** that plaintiff's motion for a preliminary injunction is **DENIED**; and it is further

**ORDERED** that the parties shall confer and shall file by not later than September 25, 2007, a Joint Status Report suggesting the course of, and schedule for, further proceedings in this matter.

**SO ORDERED**.

                              /s/   John D. Bates
                              JOHN D. BATES
                              United States District Judge

Dated:  September 11, 2007