UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INDEPENDENCE FEDERAL SAVINGS BANK )<br>1229 Connecticut Avenue, N.W. )<br>Washington, DC 20036, )<br>              ) <br>     Plaintiff,     ) <br>              ) <br>  v.          ) <br>              ) <br>1225 CONNECTICUT CO. LLC, ) <br>              ) <br>     Defendant.     ) <br>_____) | C.A. No. 07-1389<br>Honorable John D. Bates |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Independence Federal Savings Bank hereby voluntarily dismisses the above-captioned case without prejudice. Plaintiff files this Stipulation with the consent of Defendant 1225 Connecticut Co. LLC.

                                        Respectfully submitted,

                                        COOTER, MANGOLD, TOMPERT &
                                          KARAS, L.L.P.


                                        _____/s/_____
                                        Dale A. Cooter, #277454
                                        Donna S. Mangold, #358851
                                        5301 Wisconsin Avenue, N.W.
                                        Suite 500
                                        Washington, D.C. 20015
                                        (202)537-0700

                                        ***Counsel for Plaintiff Independence***
                                        ***Federal Savings Bank***

**CONSENTED TO:**                                        GREENSTEIN DELORME & LUCHS, PC


                                                                                                                                              /s/
                                                  Richard W. Luchs, #243931
William C. Casano, #352492
Joshua M. Greenberg, #489323
1620 L Street, N.W.
Suite 900
Washington, DC  20036-5605
(202) 452-1400


*Counsel for Defendant*
*1225 Connecticut Co. LLC*


S:\WPDOCS\IFSB-1225 Conn\Pleadings\Stipulation of Dismissal.wpd